UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COUNTY OF MARIN

Plaintiff(s),

v.

DELOITTE CONSULTING, LLP; SAP AMERICA, INC.,; SAP PUBLIC SERVICES, INC..: and ERNEST CULVER.

Defendant(s).

_______________________________________/

No. C 11381-EMC

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: January 31, 2011

Signature

Counsel for Plaintiff
(Plaintiff, Defendant or indicate "pro se")