Matthew A. Taylor (prospective *pro hac vice*)
Patrick J. Loftus (prospective *pro hac vice*)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: 215.979.1000
Facsimile: 215.979.1020
E-mail: mataylor@duanemorris.com

STEPHEN H. SUTRO (SBN 172168)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail: shsutro@duanemorris.com

Attorneys for Defendants
SAP AMERICA, INC. and SAP PUBLIC SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COUNTY OF MARIN,

Plaintiffs,

vs.

DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC., and ERNEST W. CULVER,

Defendants.

Case No.: C-11381-EMC

**NOTICE OF WITHDRAWAL OF EX PARTE MOTION BY DEFENDANTS SAP AMERICA, INC. AND SAP PUBLIC SERVICES, INC.**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants SAP America, Inc. and SAP Public Services, Inc. hereby withdraw their Ex Parte Motion for Extension of Time to Respond to Complaint filed on January 26, 2011 (Dkt. No. 13) as moot. The undersigned counsel and counsel for Plaintiff entered a

stipulation and proposed order regarding the date for a response to the Complaint in this matter that is being filed concurrently herewith.

**DUANE MORRIS LLP**

Dated: January 31, 2011 By: /s/

Stephen H. Sutro

**Attorneys for Defendants SAP America, Inc. and SAP Public Services, Inc.**