MARK P. RESSLER *(pro hac vice pending)*
R. TALI EPSTEIN *(pro hac vice pending)*
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
mressler@kasowitz.com
tepstein@kasowitz.com

PATRICK K. FAULKNER (SBN 070801)
County Counsel
SHEILA SHAH LICHTBLAU (SBN 167999)
Deputy County Counsel
3501 Civic Center Drive, Room 275
San Rafael, California 94903
Telephone: (415) 499-6117
Facsimile: (415) 499-3796
pfaulkner@co.marin.ca.us
slichtblau@co.marin.ca.us

Attorneys for Plaintiff
COUNTY OF MARIN

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)**

| | |
|---|---|
| COUNTY OF MARIN,<br><br>Plaintiff,<br><br>v.<br><br>DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC., and ERNEST W. CULVER,<br><br>Defendants. | Case No. 11-CV-0381-EMC<br><br>**DECLARATION OF PATRICK K. FAULKNER IN SUPPORT OF PLAINTIFF COUNTY OF MARIN'S OBJECTION TO DEFENDANT DELOITTE CONSULTING LLP'S *EX PARTE* APPLICATION EXTENDING TIME TO PLEAD** |

I, Patrick K. Faulkner, declare as follows, pursuant to 28 U.S.C. § 1746:

I am County Counsel for the County of Marin ("the County"), Plaintiff in the above-referenced action. I submit this Declaration in support of the County's Objection to the *Ex Parte* Application Extending Time To Plead filed by Deloitte Consulting LLP ("Deloitte"). All statements herein are based on my personal knowledge and, if called upon to testify, I could and would competently testify to each of the facts set forth:

1. On or about December 16, 2010, the County's outside counsel, Mark P. Ressler, partner at the law firm Kasowitz, Benson, Torres & Friedman LLP, sent an e-mail to Geoffrey Holtz and Robert Lewis, counsel for defendant Deloitte Consulting LLP, informing Messrs. Holtz and Lewis of the above-referenced action and providing them with a courtesy copy of the corresponding Complaint. Attached hereto as **Exhibit A** is a true and correct copy of said e-mail.

2. On or about December 28, 2010, a process server retained by Mr. Ressler's firm caused the summons and Complaint in the above action, as well as other papers required by the Marin County Superior Court, to be served on Deloitte in accordance with the California Code of Civil Procedure. Attached hereto as **Exhibit B** is a true and correct copy of the return of said service.

3. On or about January 26, 2010, Deloitte caused the above action to be removed from Marin County Superior Court to federal court and concurrently filed the instant *Ex Parte* Application Extending Time and corresponding Motion To Reassign. Attached hereto as **Exhibit C** are true and correct copies of Deloitte's Notice of Removal, Application and Motion.

4. On or about January 26, 2010, at approximately 1:00 PM Pacific Standard Time, I received a joint voicemail message from Geoffrey Holtz and counsel for defendants SAP America, Inc. and SAP Public Services, Inc., informing the County for the first time of the defendants' removal papers and intention to seek a stay concerning their responsive pleadings.

5. On or about January 27, 2010, at approximately 2:00 PM Pacific Standard Time, Mr. Ressler and his partner Tali Epstein contacted Mr. Holtz by phone and offered to stipulate to a three-week extension for Deloitte to file its responsive pleading papers.

6. Mr. Ressler and Ms. Epstein extended the same offer to defendants SAP America, Inc. and SAP Public Services, Inc., which accepted. Attached hereto as **Exhibit D** is a true and correct copy of the Stipulation and Proposed Order Extending Time To Move Against, Answer, or Otherwise Respond To Complaint, agreed to by the County and defendants SAP America, Inc. and SAP Public Services, Inc.

7. At the time I executed this affidavit, Deloitte had not responded to the County's offer to stipulate.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Dated this 31st day of January in San Rafael, California

By: [signature]

PATRICK K. FAULKNER