PATRICK K. FAULKNER, COUNTY COUNSEL
Sheila S. Lichtblau SBN 167999
Room 303, Civic Center
San Rafael, CA 94903
Tel.: (415) 499-6117, Fax: (415) 499-3796

Attorney(s)Defendants, County of Marin

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN,<br><br>Plaintiff<br><br>vs.<br><br>DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC., and ERNEST CULVER,<br><br>Defendants | Case Number: C-11-0381 EMC<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE BY FIRST CLASS MAIL**

I the undersigned, state that I am employed in the County of Marin, State of California, in the office of a member of the bar of this Court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 3501 Civic Center Road, Suite 303, San Rafael, California 94903; that on the date set out below, I served a copy of the following:

**PLAINTIFF COUNTY OF MARIN'S OJECTION TO DEFENDANT DELOITT CONSULTING LLP'S EX PARTE APPLICATION EXTENDING TIME TO PLEAD AND DECLARATION OF PATRICK FAULKNER WITH EXHIBITS**

On each party listed below by placing such a copy enclosed in a sealed envelope with first class postage thereon affixed, in a United States Postal Service mailbox at San Rafael, California, addressed to each party listed.

///

///

Ernest Culver
932 Patricia Way
San Rafael, CA 94903

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Rafael, California, on February 1, 2011.

___________ /S/___________________
Patty Jackson