IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN,<br><br>    Plaintiffs,<br><br>vs.<br><br>DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC., and ERNEST W. CULVER,<br><br>    Defendants. | Case No.: C-11381-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MOVE AGAINST, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**Courtroom: C**<br><br>**Magistrate Judge Edward M. Chen, Presiding** |

WHEREAS the County of Marin ("the County") filed the above-captioned action on December 16, 2010 in the Superior Court of the State of California in and for the County of Marin, as case number CIV1006574;

WHEREAS defendants removed this action to this Court on January 26, 2011;

WHEREAS defendant SAP America, Inc.'s and defendant SAP Public Services, Inc.'s (collectively "SAP") response to the complaint in this action is due seven days from the date of removal, or February 2, 2011;

/ / /

/ / /

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, as follows:

The time for SAP to move against, answer, or otherwise respond to the Complaint is extended twenty-one (21) days to and including February 23, 2011.

IT IS SO STIPULATED.

**DUANE MORRIS LLP**

Dated: January 31, 2011         By:         /s/
                                    Stephen H. Sutro

**Attorneys for Defendants SAP America, Inc. and SAP Public Services, Inc.**

Dated: January 31, 2011         By:         /s/
                                    Patrick K. Faulkner, County Counsel

**Attorneys for Plaintiff County of Marin**

<u>Attestation</u>: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

Dated: 2/1/11                    IT IS SO ORDERED:

                                        M. Chen

                                *IT IS SO ORDERED*
                                *Judge Edward M. Chen*

- 2 -

CASE NO.: C-11381-EMC
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MOVE AGAINST, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT

DM1\2484077.1