UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COUNTY OF MARIN,

Plaintiff,

v.

DELOITTE CONSULTING LLP, *et al.*,

Defendants.

________________________________________/

No. C-11-0381 EMC

**ORDER GRANTING DEFENDANT DELOITTE CONSULTING LLP'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO PLEAD PENDING MOTION TO REASSIGN ACTION TO REFEREE**

**(Docket No. 8)**

The Court has considered the papers supporting and opposing Defendant Deloitte Consulting LLP's ("Deloitte") *ex parte* application. Good cause appearing therefor, the Court finds the interests of judicial economy favor granting the application. It makes sense to hear and decide in orderly fashion the impending Motion to Reassign Action to Referee prior to Defendant Deloitte's response to the Complaint herein. However, the rationale for the motion applies only to this Defendant. Accordingly, the time for Defendant Deloitte to respond to the Complaint is extended until 30 days after the pending Motion to Reassign Action to Referee is decided.

///

///

///

///

///

///

United States District Court
For the Northern District of California

The parties (including Defendant Deloitte) are cautioned that in the future, the Court expects full compliance with the Court's Local Rules.

This order disposes of Docket No. 8.

IT IS SO ORDERED.

Dated: February 1, 2011

EDWARD M. CHEN
United States Magistrate Judge