AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| County of Marin | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 11-CV-0381-EMC |
| Deloitte Consulting LLP; SAP America, Inc.; SAP Public Services, Inc., and Ernest W. Culver | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ernest W. Culver
932 Patricia Way
San Rafael CA 94903

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Patrick K. Faulkner, County Counsel
Sheila Shah Lichtblau, Deputy County Counsel
3501 Civic Center Drive, Rm. 275
San Rafael CA 94903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
CLERK OF COURT

Date: JAN 2 8 2011

*Signature of Clerk or Deputy Clerk*