**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking								General Court Number
Clerk											415.522.2000

**February 4, 2011**

CASE NUMBER:  CV 11-00381 EMC
CASE TITLE:  MARIN COUNTY OF-v-DELOITTE CONSULTING LLP

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable SUSAN ILLSTON**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SI**  immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 2/4/11

FOR THE EXECUTIVE COMMITTEE:

_____
                                                             Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies			Special Projects
Log Book Noted						Entered in Computer 2/4/11AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel					Transferor CSA