RECEIVED
2011 JAN 31 P 3:39
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COUNTY OF MARIN

Plaintiff,

v.

DELOITTE CONSULTING LLP, et al.

Defendant.

CASE NO. 11-CV-0381-EMC

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

R. TALI EPSTEIN, whose business address and telephone number is

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 BROADWAY, NEW YORK, NY 10019
(212) 506-1700

and who is an active member in good standing of the bar of THE S. DIST. OF NEW YORK having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing COUNTY OF MARIN

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/10/11

[signature: Susan Illston]

~~Edward M. Chen~~
United States ~~Magistrate~~ Judge