IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN<br><br>Plaintiff,<br><br>v.<br><br>DELOITTE CONSULTING LLP, et al.<br><br>Defendant. | CASE NO. 11-CV-0381-EMC<br><br>(Proposed)<br>ORDER GRANTING APPLICATION<br>FOR ADMISSION OF ATTORNEY<br>PRO HAC VICE |

RONALD R. ROSSI, whose business address and telephone number is

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 BROADWAY, NEW YORK, NY 10019
(212) 506-1700

and who is an active member in good standing of the bar of THE S. DIST. OF NEW YORK having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing COUNTY OF MARIN

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/10/11

Edward M. Chen
United States Magistrate Judge