AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| County of Marin <br><br> _Plaintiff_ <br><br> v. <br> Deloitte Consulting LLP; SAP America, Inc.; SAP Public Services, Inc., and Ernest W. Culver <br><br> _Defendant_ | ) ) ) ) ) Civil Action No. 11-CV-0381-EMC ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Ernest W. Culver
932 Patricia Way
San Rafael CA 94903

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Patrick K. Faulkner, County Counsel
Sheila Shah Lichtblau, Deputy County Counsel
3501 Civic Center Drive, Rm. 275
San Rafael CA 94903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
CLERK OF COURT

Date: JAN 2 8 2011

_Signature of Clerk or Deputy Clerk_

# United States District Court
# Northern District of California

PROOF OF SERVICE

**CASE NUMBER:** 11-CV-0381-EMC

**PLAINTIFF:** County of Marin

**DEFENDANT:** Deloitte Consulting LLP; SAP America, Inc.; SAP Public Services, Inc., and Ernest W. Culver

I declare that I am over the age of eighteen and not a party to the above entitled action.

On **January 28, 2011, at 8:48 p.m.,** I effectuated personal service of **Ernest W. Culver** by delivering a copy of the service documents please see attached document list; to **Ernest W. Culver,** at 1800 Old Bayshore Highway, Burlingame, California 94010.

| | |
|---|---|
| Person who served papers: | Reshanya Keough |
| Process servers License: | 831 |
| County of License: | Alameda County |
| Manner of Service: | California Code of Civil Procedure Sec. 415.90 and Federal Rules of Civil Procedure, Rule 4(e)(1). |
| Fee for Service: | $2,191.30 |

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

January 31, 2011

Reshanya Keough
484 Lake Park Avenue #162
Oakland, California 94610
(213)381-1500

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Ernest W. Culver

was received by me on *(date)*    01/28/2011    .

☑ I personally served the summons on the individual at *(place)*    1800 Old Bayshore Highway, Burlingame, California 94010    on *(date)*    01/28/2011    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $    126.82    for travel and $    2,064.48    for services, for a total of $    2,191.30    .

I declare under penalty of perjury that this information is true.

Date:    01/31/2011

*Server's signature*

Reshanya Keough Licensed Process Server
*Printed name and title*

484 Lake Park Avenue #162
Oakland, California 94610

*Server's address*

Additional information regarding attempted service, etc:

United States District Court
Northern District of California

Case number:     11-CV-0381-EMC
Plaintiff:       County of Marin
Defendant:       Deloitte Consulting LLP; SAP America, Inc.; SAP Public Services, Inc., and Ernest W. Culver

**List of Documents Served**

1. SUMMONS
2. COMPLAINT
3. CIVIL COVER SHEET
4. NOTICE OF REMOVAL
5. NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT
6. PROOF OF SERVICE BY OVERNIGHT DELIVERY AND EMAIL
7. NOTICE TO CLERK OF COURT OF REMOVAL TO FEDERAL COURT
8. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
9. STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN
10. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL
11. CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
12. DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The above documents were personally delivered on January 28, 2011 at 8:48 P.M.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

_____
Reshanya Keough

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Patrick K. Faulkner, County Counsel (SBN 070801)<br>Sheila Shah Lichtblau, Deputy County Counsel (SBN 167999)<br>3501 Civic Center Drive, Rm. 275, San Rafael CA 94903<br>TELEPHONE NO.: (415) 499-6117   FAX NO. *(Optional):* (415) 499-3796<br>E-MAIL ADDRESS *(Optional):* pfaulkner@co.marin.ca.us; slichtblau@co.marin.ca.us<br>ATTORNEY FOR *(Name):* County of Marin | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Marin<br>STREET ADDRESS: 3501 Civic Center Drive<br>MAILING ADDRESS: P.O. Box 4988<br>CITY AND ZIP CODE: San Rafael CA 94913<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: County of Marin<br>DEFENDANT/RESPONDENT: Deloitte Consulting LLP, et al. | CASE NUMBER:<br>CIV-1006574 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents):* Notice of Related Case; Notice of Case Management Conference

3. a. Party served *(specify name of party as shown on documents served):*
   Ernest W. Culver

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:
   1800 Old Bayshore Highway, Burlingame, California 94010
5. I served the party *(check proper box)*
   a. [✓] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* January 28, 2011   (2) at *(time):* 8:48 p.m.
   b. [ ] **by substituted service.** On *(date):*         at *(time):*         I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*         from *(city):*         or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: County of Marin | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Deloitte Consulting LLP, et al. | CIV-1006574 |

5.    c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

         (1) on *(date):*                             (2) from *(city):*

         (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

         (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

        ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
      under the following Code of Civil Procedure section:
         ☐ 416.10 (corporation)                         ☐ 415.95 (business organization, form unknown)
         ☐ 416.20 (defunct corporation)                  ☐ 416.60 (minor)
         ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
         ☐ 416.40 (association or partnership)          ☐ 416.90 (authorized person)
         ☐ 416.50 (public entity)                             ☐ 415.46 (occupant)
                                                                            ☐ other:

7. **Person who served papers**
   a. Name: Reshanya Keough
   b. Address: 484 Lake Park Avenue, #162, Oakland, California 94610
   c. Telephone number: 213-381-1500
   d. **The fee** for service was: $ 2,191.30
   e. I am:
     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☑ a registered California process server:
        (i) ☐ owner ☐ employee ☑ independent contractor.
        (ii) Registration No.: 831
        (iii) County: Alameda County California

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

     or

9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: January 31, 2011

*(signature)*

(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)            ▶            (SIGNATURE)