RECEIVED
2011 FEB 15 A 11: 28
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

COUNTY OF MARIN,

    Plaintiff,

    vs.

DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC., and ERNEST W. CULVER,

    Defendants.

Case No.: CV-11-00381 SI

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

PATRICK J. LOFTUS, whose business address and telephone number is DUANE MORRIS LLP, 30 South 17th Street, Philadelphia, PA 19103, (215) 979-1367, and who is an active member in good standing of the bar of Pennsylvania, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendants SAP AMERICA, INC. and SAP PUBLIC SERVICES, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:   2/16/11

_____
Hon. Susan Illston
United States District Judge

*United States District Court*
*For the Northern District of California*

DM1\2499837.1