Matthew A. Taylor (*pro hac vice* pending)
Patrick J. Loftus (*pro hac vice* pending)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: 215.979.1000
Facsimile: 215.979.1020
E-mail:  mataylor@duanemorris.com

STEPHEN H. SUTRO (SBN 172168)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:    shsutro@duanemorris.com

Attorneys for Defendants
SAP AMERICA, INC. and SAP PUBLIC SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN,<br><br>    Plaintiffs,<br><br> vs.<br><br>DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC., and ERNEST W. CULVER,<br><br>    Defendants. | Case No.:  11-CV-00381-SI<br><br>**DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANTS SAP AMERICA, INC. AND SAP PUBLIC SERVICES, INC.** |

DM1\2499500.1

1    Defendants SAP America, Inc. and SAP Public Services, Inc. hereby file this combined

2 Disclosure Statement, pursuant to Federal Rule of Civil Procedure 7.1, and Certification of Non-

3 Party Interested Entities or Persons, pursuant to Northern District of California Local Rule 3-16.

4    The undersigned certifies that the following listed persons, associations of persons, firms,

5 partnerships, corporations (including parent corporation) or other entities (i) have a financial interest

6 in the subject matter in controversy or in a party to the proceedings, or (ii) have a non-financial

7 interest in that subject matter or in a party that could be substantially affected by the outcome of this

8 proceeding:

9    (1) SAP Public Services, Inc., is a wholly owned subsidiary of SAP America, Inc.

10    (2) SAP America, Inc. is a wholly owned subsidiary of SAP AG, a corporation formed under

11 the laws of Germany.

12    (3) No other publicly held company owns ten percent (10%) or more of SAP America, Inc.'s

13 stock.

14

15                        **DUANE MORRIS LLP**

16 Dated: February 17, 2011        By:  _____/s/_____

17                             Stephen H. Sutro

18                             **Attorneys for Defendants SAP America, Inc. and SAP Public Services, Inc.**

19

20

21

22

23

24

25

26

27

28

DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY
DEFENDANTS SAP AMERICA, INC. AND SAP PUBLIC SERVICES, INC.

DM1\2499500.1