IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN,<br><br>    Plaintiffs,<br><br>    vs.<br><br>DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC., and ERNEST W. CULVER,<br><br>    Defendants. | Case No.: C-11-00381-SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS SAP AMERICA, INC. AND SAP PUBLIC SERVICES, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**Date:  April 22, 2011**<br>**Time:  9:00 a.m.**<br>**Dept.:  Courtroom 10, 19th Floor** |

- 2 -

1     On April 22, 2011 at 9:00 a.m, Defendant SAP America, Inc. and Defendant SAP Public Services, Inc.'s (collectively "SAP") Motion to Dismiss Plaintiff's Complaint came on for hearing before this Court, Honorable Susan Illston presiding. The Court fully considered all papers submitted in support of and in opposition to the Motion to Dismiss, and argument of counsel. Based thereon and good cause appearing,

    IT IS HEREBY ORDERED as follows: SAP's Motion to Dismiss is GRANTED without leave to amend.

    IT IS SO ORDERED.

Dated: _____, 2011.

_____
The Honorable Susan Illston
United States District Court Judge
for the Northern District of California