IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN,<br><br>    Plaintiffs,<br><br>    vs.<br><br>DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC., and ERNEST W. CULVER,<br><br>    Defendants. | Case No.: C-11-00381-SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS SAP AMERICA, INC. AND SAP PUBLIC SERVICES, INC.'S MOTION TO STRIKE PLAINTIFF'S COMPLAINT**<br><br>Date:  April 22, 2011<br>Time:  9:00 a.m.<br>Dept.:  Courtroom 10, 19th Floor |

On April 22, 2011 at 9:00 a.m, Defendant SAP America, Inc. and Defendant SAP Public Services, Inc.'s (collectively "SAP") Motion to Strike Plaintiff's Complaint came on for hearing before this Court, Honorable Susan Illston presiding. The Court fully considered all papers submitted in support of and in opposition to the Motion to Strike, and argument of counsel. Based thereon and good cause appearing,

IT IS HEREBY ORDERED that SAP's Motion to Strike is GRANTED and Plaintiff County of Marin's request for punitive and exemplary damages is stricken from the Complaint.

IT IS SO ORDERED.

Dated: _____, 2011.

_____
The Honorable Susan Illston
United States District Court Judge
for the Northern District of California