Thomas B. Mayhew (State Bar No. 183539)
tmayhew@fbm.com
Christina Hollander (State Bar No. 267292)
chollander@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
ERNEST W. CULVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF MARIN,<br><br>    Plaintiff,<br><br>    vs.<br><br>DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC. and ERNEST W. CULVER,<br><br>    Defendants. | Case No. 3:11-cv-00381-SI<br><br>DECLARATION OF THOMAS B. MAYHEW IN SUPPORT OF DEFENDANT ERNEST W. CULVER'S MOTION TO DISMISS (FRCP 9(b) AND 12(b)(6))<br><br>Judge:          Honorable Susan Illston<br>Hearing Date:  April 22, 2011<br>Time:           9:00 am<br>Courtroom:      10, 19th Floor |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

MAYHEW DECL. ISO MTN TO DISMISS
Case No.: 3:11-cv-00381-SI

26482\2531694.1

I, Thomas B. Mayhew, declare:

1. I am licensed to practice law in the state of California and am a partner at the law firm of Farella Braun + Martel LLP, counsel for Ernest Culver. I have personal knowledge of the matters stated herein and if called and sworn as a witness, I could and would competently testify to the facts set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of Deliverable Approval Form DED01, dated March 29, 2007.

3. Attached hereto as Exhibit B is a true and correct copy of The Order Re Deloitte's Demurrer To And Motion to Strike Portions of the Complaint, by the Honorable John F. Herlihy (Ret.), Referee in the related case *County of Marin v. Deloitte Consulting LLP.,* pending in The Superior Court of California, County of Marin, case number CIV 1002787.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of March, 2011, at San Francisco, California.

/s/ Thomas B. Mayhew
Thomas B. Mayhew

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

MAYHEW DECL. ISO MTN TO DISMISS
Case No.: 3:11-cv-00381-SI
- 2 -
26482\2531694.1