MARK P. RESSLER (*pro hac vice*)
R. TALI EPSTEIN (*pro hac vice*)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
mressler@kasowitz.com
tepstein@kasowitz.com

PATRICK K. FAULKNER (SBN 070801)
County Counsel
SHEILA SHAH LICHTBLAU (SBN 167999)
Deputy County Counsel
3501 Civic Center Drive, Room 275
San Rafael, California 94903
Telephone: (415) 499-6117
Facsimile: (415) 499-3796
pfaulkner@co.marin.ca.us
slichtblau@co.marin.ca.us

Attorneys for Plaintiff
COUNTY OF MARIN

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN,<br><br>                Plaintiff,<br><br>    v.<br><br>DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC. and ERNEST W. CULVER,<br><br>                Defendants. | No. CV11-0381-SI<br><br>**DECLARATION OF MARK P. RESSLER IN OPPOSITION TO DEFENDANT DELOITTE CONSULTING LLP'S MOTION TO REASSIGN ACTION TO REFEREE**<br><br>Date: March 25, 2011<br>Time: 9:00 A.M.<br>Place: Courtroom 10, 19th Floor, 450 Golden Gate Avenue<br>Judge: Hon. Susan Illston |

I, MARK P. RESSLER, declare:

I am an attorney at law and a partner at Kasowitz, Benson, Torres and Friedman LLP, admitted *pro hac vice* to practice in the United States District Court for the Northern District of California for the purposes of representing the County of Marin (the "County") in connection with the above-captioned matter. The facts set forth in this declaration are based upon my personal knowledge and, if called as a witness, I could and would testify competently under oath thereto.

1. A true and correct copy of the Complaint filed in *County of Marin v. Deloitte Consulting LLP, SAP America, Inc., SAP Public Services, Inc., and Ernest W. Culver*, Superior Court of the State of California in and for the County of Marin, Case No. CIV 1006574, is attached as **Exhibit A** to this declaration.

2. A true and correct copy of the Implementation Services Agreement, entered into by the County and Deloitte Consulting LLP on March 29, 2005, is attached as **Exhibit B** to this declaration.

3. A true and correct copy of the Stipulation and Order Appointing Discovery Referee filed in *County of Marin v. Deloitte Consulting LLP*, Superior Court of the State of California in the County of Marin, Case No. CIV 1002787, is attached as **Exhibit C** to this declaration.

4. A true and correct copy of *Bagdasarian Productions, LLC v. Twentieth Century Fox Film Corporation*, No. 2:10-cv-02991, 2010 U.S. Dist. LEXIS 135857 (C.D. Cal. Aug. 12, 2010), is attached as **Exhibit D** to this declaration.

5. A true and correct copy of *Tarrant Bell Property, LLC v. Superior Court*, S179378, 2011 Cal. LEXIS 1354 (Cal. Feb. 10, 2011), is attached as **Exhibit E** to this declaration.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

---

Declaration of Mark P. Ressler in Opposition to Defendant Deloitte Consulting LLP's Motion to Reassign Action to Referee; No. CV11-0381-SI

DATED: March 4, 2011

KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP

By: /s/ Mark P. Ressler
Mark P. Ressler

*Attorneys for Plaintiff County of Marin*