# EXHIBIT C



FILED

AUG 0 3 2010

KIM TURNER
Court Executive Officer
MARIN COUNTY SUPERIOR COURT
By: A. Garcia, Deputy

1  BINGHAM McCUTCHEN LLP
   DONN P. PICKETT (SBN 72257)
2  ROBERT A. LEWIS (SBN 83630)
   GEOFFREY T. HOLTZ (SBN 191370)
3  Three Embarcadero Center
   San Francisco, CA  94111
4  Telephone:  415.393.2000
   Facsimile:  415.393.2286
5  donn.pickett@bingham.com

6  DELOITTE LLP
   KAREN KENNARD (SBN 141925)
7  50 Fremont Street, Suite 3100
   San Francisco, CA  94105-2230
8  Telephone:  415.783.4000

9  Attorneys for
   DELOITTE CONSULTING LLP

10              SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                           COUNTY OF MARIN

12

13  COUNTY OF MARIN,                    Case No.  CIV 1002787

14                Plaintiff,            STIPULATION AND ORDER
                                        APPOINTING REFEREE
15       v.

16  DELOITTE CONSULTING LLP,

17                Defendant.

18

19      STIPULATION AND ORDER APPOINTING DISCOVERY REFEREE

20          Pursuant to Paragraph 17.14 of the Implementation Services Agreement, dated March 29,

21  2005, between Plaintiff County of Marin and Defendant Deloitte Consulting LLP (collectively

22  the "Parties") and Section 638 of the California Code of Civil Procedure, the Parties hereby

23  stipulate to the appointment of a Referee to hear and determine all of the issues in this action,

24  including any cross-complaint, whether of fact or of law, and to report a statement of decision, in

25  accordance with the following terms, conditions and procedures:

26      1.    Identity of the Referee

27          The Parties consent to Court appointment of The Honorable John F. Herlihy (Ret.), a

28

A/73410012.5/2011543-0000341735

STIPULATION AND ORDER APPOINTING REFEREE

1   member of JAMS, to serve as Referee.  The current business address of Judge Herlihy is JAMS,

2   160 W. Santa Clara Street, Suite 1150, San Jose, CA 95113, (408) 288-2240 (tel.); (408) 295-

3   5267 (fax).  All inquiries concerning scheduling, documents to be filed and served, and other

4   administrative matters shall be directed to Judge Herlihy's case manager, Kristianne Replogle,

5   who can be reached at the contact information listed above and by email at

6   kreplogle@jamsadr.com.

7       2.      **Scope of Referee's Powers**

8           The Referee's authority shall encompass all pre-trial, trial, and case management matters

9   relating to this action, including any cross-complaint.  The Civil Case Cover Sheet states that the

10  case is complex under rule 3.400 of the California Rules of Court, and the Referee shall preside

11  over this action as a complex case pursuant to rules 3.400-3.403 and 3.750 of the California

12  Rules of Court.

13      3.      **Hearings and Scheduling**

14          Unless otherwise instructed by the Referee, the California Code of Civil Procedure shall

15  govern hearing and briefing schedules and procedures.  All papers shall be served on the Parties,

16  with a copy to the Referee, by electronic mail or hand delivery.  Service by electronic mail shall

17  be considered the same as if service were by hand delivery for purposes of calculating dates and

18  deadlines for hearing and briefing schedules.  Papers to be filed with the Superior Court may be

19  submitted by hand delivery, express mail, or regular U.S. mail, and a court filing shall be

20  considered timely regardless of the manner of submission if it was timely served on the other

21  Parties per the terms of this paragraph.  Upon agreement of the Parties, or otherwise for good

22  cause shown, the Referee may shorten or extend the time for doing any act provided for or

23  permitted by this Stipulation and Order.

24          In the event a scheduling conflict arises regarding a hearing or briefing schedule, the

25  Parties shall attempt to resolve it in good faith.  To the extent they are unable to do so, the Parties

26  shall present the scheduling conflict to the Referee for resolution via telephone.

27          Hearings may be conducted in person or by telephone.  All in-person hearings will be

28  held at the JAMS office at Two Embarcadero Center, Suite 1500, San Francisco, CA 94111,

A/73410012.5/2011543-0000341735                                  2

1   unless otherwise directed by the Referee.  Unless both Parties agree otherwise, a court reporter

2   shall be present at all hearings, other than scheduling or administrative hearings involving no

3   determination relating to the merits, with the moving Party to arrange for the reporter's

4   attendance and the cost of the reporter to be divided between the Parties, with one-half borne by

5   each.  Orders, rulings, and decisions of the Referee shall be served on all Parties by electronic

6   mail or facsimile directed to each Party's respective counsel, as identified below.

7       4.   **Trial**

8           California state rules and procedures, including but not limited to the California Code of

9   Civil Procedure, Evidence Code, Civil Code, and Rules of Court, shall govern the trial of this

10  action, including any cross-complaint.  The Referee shall issue a written statement of decision

11  including findings of fact and conclusions of law that shall be reported to the Court within forty-

12  five (45) calendar days after the matter has been submitted.  The decision of the Referee shall

13  stand as the decision of the Court, and upon filing of the statement of decision with the clerk of

14  the Court, judgment may be entered thereon in the same manner as if the action had been tried by

15  the Court.  The decision of the Referee may be excepted to and reviewed in like manner as if

16  made by the Court.

17      5.   **Notifications**

18          Any notification, request or other document to be given by any Party pursuant to this

19  Stipulation, shall be delivered as follows:

| a. | If to County of Marin | Mark P. Ressler |
|---|---|---|
| | | R. Tali Epstein |
| | | Kasowitz, Benson, Torres & Friedman LLP |
| | | 1633 Broadway |
| | | New York, NY 10019 |
| | | Phone: (212) 506-1700 |
| | | Fax: (212) 506-1800 |
| | | Email: mressler@kasowitz.com |
| | | tepstein@kasowitz.com |
| | | |
| | | and |
| | | |
| | | Patrick K. Faulkner |
| | | Sheila Shah Lichtblau |

A/73410012.5/2011543-0000341735

3

| | | |
|---|---|---|
| 1 | | Office of the County Counsel, County of Marin |
| 2 | | 3501 Civic Center Drive, Room 275 |
| 3 | | San Rafael, California 94903 |
| 4 | | Phone: (415) 499-6117 |
| 5 | | Fax: (415) 499-3796 |
| | | Email: pfaulkner@co.marin.ca.us |
| | | slichtblau@co.marin.ca.us |
| 6 | b.   If to Deloitte Consulting LLP | Donn P. Pickett |
| 7 | | Robert A. Lewis |
| 8 | | Geoffrey T. Holtz |
| | | Bingham McCutchen LLP |
| 9 | | Three Embarcadero Center |
| 10 | | San Francisco, CA  94111 |
| 11 | | Phone: (415) 393-2000 |
| | | Fax: (415) 393.2286 |
| 12 | | Email: donn.pickett@bingham.com |
| | | robert.lewis@bingham.com |
| | | g.holtz@bingham.com |

If notice of a change in the foregoing information is given by a Party pursuant to this section, immediately thereafter the notices shall be provided to that Party using the newly noticed information.

6. **Referee's Compensation**

The hourly rate to be charged by Judge Herlihy is $425 per hour.  JAMS also may charge its standard non-refundable case management fee of $400 per party, per day for the first three 10-hour days, plus 10% of professional fees per party for time in excess of 30 hours.  JAMS' and the Referee's fees, administrative expenses, and costs will be divided between the Parties, with one-half borne by each.  The Parties shall equally pay in advance the estimated reasonable fees and costs of the Referee as may be specified by the Referee.  Notwithstanding the foregoing, each party retains its respective rights under the California Code of Civil Procedure, and as otherwise permitted by law, to move before the Referee for any available sanctions.

STIPULATION AND ORDER APPOINTING REFEREE

1   DATED: July 30, 2010

2

3

4                                    By: _____

5                                         Attorneys for County of Marin

6
    DATED: July 30 2010
7

8                                    BINGHAM McCUTCHEN LLP

9

10                                   By: _____
                                          Geoffrey T. Holtz
11                                       Attorneys for Deloitte Consulting LLP

12
    IT IS SO ORDERED
13          AUG 0 3 2010
14  DATED: _____, 2010         J.R. RITCHIE

15

16                                   _____

17                                       The Hon. James R. Ritchie

18

19

20

21

22

23

24

25

26

27

28
    A/73410012.5/2011543-0000341735              5
    _____
                STIPULATION AND ORDER APPOINTING REFEREE

PROOF OF SERVICE

I am over eighteen years of age, not a party in this action, and employed in San Francisco County, California at Three Embarcadero Center, San Francisco, California 94111-4067. I am readily familiar with the practice of this office for collection and processing of correspondence for mail/email delivery, and they are deposited that same day in the ordinary course of business.

Today, I served:

**STIPULATION AND ORDER APPOINTING REFEREE**

[X]   (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

[X]   (VIA EMAIL) by transmitting a true and correct copy via email the document(s) listed above on this date before 5:00 p.m. PST to the person(s) at the email address(es) set forth below.

Mark P. Ressler
R. Tali Epstein
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
Phone: (212) 506-1700
Fax: (212) 506-1800
Email: mressler@kasowitz.com
         tepstein@kasowitz.com

Patrick K. Faulkner
Sheila Shah Lichtblau
Office of the County Counsel,
County of Marin
3501 Civic Center Drive, Room 275
San Rafael, California 94903
Phone: (415) 499-6117
Fax: (415) 499-3796
Email: pfaulkner@co.marin.ca.us
         slichtblau@co.marin.ca.us

A/73410012.5/2011543-0000341735

6

STIPULATION AND ORDER APPOINTING REFEREE

1    I declare under penalty of perjury under the laws of the State of California that the

2    foregoing is true and correct and that this declaration was executed on August 2, 2010, at San

3    Francisco, California.

4

5    _Rosaleen Doran_
                             Rosaleen Doran
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28