| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | DONN P. PICKETT (SBN 72257) |
| 2 | ROBERT A. LEWIS (SBN 83630) |
| | GEOFFREY T. HOLTZ (SBN 191370) |
| 3 | Three Embarcadero Center |
| | San Francisco, CA  94111 |
| 4 | Telephone:  415.393.2000 |
| | Facsimile:  415.393.2286 |
| 5 | donn.pickett@bingham.com |
| 6 | DELOITTE LLP |
| | KAREN KENNARD (SBN 141925) |
| 7 | 50 Fremont Street, Suite 3100 |
| | San Francisco, CA  94105-2230 |
| 8 | Telephone:  415.783.4000 |
| 9 | Attorneys for |
| | DELOITTE CONSULTING LLP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN, | No. CV11-0381-SI |
| Plaintiff, | **DEFENDANT DELOITTE CONSULTING LLP'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO REASSIGN ACTION TO REFEREE** |
| v. | |
| DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC. and ERNEST W. CULVER, | Date:   March 25, 2011<br>Time:   9:00 a.m.<br>Place:  450 Golden Gate Ave. (Courtroom 10, 19th Floor)<br>Judge:  Hon. Susan Illston |
| Defendants. | |

## REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201 and the authorities cited below, Defendant Deloitte Consulting LLP ("Deloitte Consulting") requests that the Court take judicial notice of Referee Order No. 5, Sustaining in Part and Overruling in Part Deloitte's Demurrer and Denying in Part Deloitte's Motion to Strike Portions of the Second Amended Complaint ("Referee Order No. 5"), a publicly-available court documents in a related action. This document is proffered in support of Deloitte Consulting's Reply In Support of its Motion to Reassign Action to Referee,

which is filed herewith.

**BASIS FOR REQUESTING JUDICIAL NOTICE**

Under Rule 201, a court may take judicial notice of facts that are not "subject to reasonable dispute" and that are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b), (d). Exhibit A (Referee Order No. 5) is a publicly-available court document, which was filed in a related action entitled *County of Marin v. Deloitte Consulting LLP*, CIV1002787, in the Superior Court of the State of California in the County of Marin. The Court may take judicial notice of pleadings and other documents filed in related actions. *See MGIC INDEM. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) (taking judicial notice of pleadings filed in related lawsuits). The existence of these documents is not subject to reasonable dispute. *See Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir.2001) (explaining that a court may judicially notice matters of public record unless the matter is a fact subject to reasonable dispute).

**CONCLUSION**

For the foregoing reasons, the Court may properly consider Exhibits A in ruling on Defendant Deloitte Consulting's Motion to Reassign Action to Referee.

DATED: March 11, 2011

BINGHAM McCUTCHEN LLP

By:     /s/ *Geoffrey T. Holtz*
Geoffrey T. Holtz
Attorneys for Deloitte Consulting LLP