MARK P. RESSLER *(pro hac vice)*
R. TALI EPSTEIN *(pro hac vice)*
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone:     (212) 506-1700
Facsimile:     (212) 506-1800
mressler@kasowitz.com
tepstein@kasowitz.com

PATRICK K. FAULKNER (SBN 070801)
County Counsel
SHEILA SHAH LICHTBLAU (SBN 167999)
Deputy County Counsel
3501 Civic Center Drive, Room 275
San Rafael, California 94903
Telephone:     (415) 499-6117
Facsimile:     (415) 499-3796
pfaulkner@co.marin.ca.us
slichtblau@co.marin.ca.us

Attorneys for Plaintiff
COUNTY OF MARIN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN, | No. CV11-0381-SI |
| Plaintiff, | **DECLARATION OF MARK P. RESSLER IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER (1) EXTENDING PLAINTIFF'S TIME TO FILE AN AMENDED COMPLAINT; (2) DEFENDANTS' TIME TO MOVE AGAINST, ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT; AND (3) CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC. and ERNEST W. CULVER, | |
| Defendants. | |
| | Judge: Honorable Susan Illston |
| | Courtroom: 10, 19th Floor |

DECLARATION OF MARK P. RESSLER; Case No. CV11-0381-SI

1   I, Mark P. Ressler, declare:

2        I am an attorney at law and a partner at Kasowitz, Benson, Torres and Friedman LLP,

3   admitted *pro hac vice* to this Court and the bar of the State of California for the purposes of

4   representing the County of Marin (the "County") in connection with the above-captioned matter.

5   The facts set forth in this declaration are based upon my personal knowledge and, if called as a

6   witness, I could and would testify competently under oath thereto.

7        1.    On December 16, 2010, the County filed the above-captioned action in the Superior

8   Court of the State of California in and for the County of Marin, as case number CIV1006574.

9        2.    On January 26, 2011 defendants removed this action to this Court.

10       3.    The response of defendant SAP America, Inc. and defendant SAP Public Services,

11  Inc. (together, the "SAP Defendants") to the complaint in this action was due seven days from the

12  date of removal, or February 2, 2011.

13       4.    The response of defendant Ernest W. Culver ("Culver") to the complaint in this

14  action was due on March 4, 2011.

15       5.    On January 31, 2011 the parties stipulated that the SAP Defendants' time to move

16  against, answer or otherwise respond to the complaint would be extended to and including

17  February 23, 2011.

18       6.    Pursuant to the Clerk's Notice entered on February 10, 2011 (Doc. #35), the SAP

19  Defendants' and Culver's motions to dismiss are scheduled for hearing on April 22, 2011 at 2:30

20  p.m. before this Court.

21       7.    On February 23, 2011, the SAP Defendants moved to dismiss and strike the

22  County's complaint.

23       8.    On March 4, 2011, defendant Culver moved to dismiss and strike the County's

24  complaint.

25       9.    Pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure, the County's

26  time to amend the complaint as a matter of course expires 21 days after service of a motion under

27  Rule 12(b), or March 16, 2011.

28

DECLARATION OF MARK P. RESSLER; Case No. CV11-0381-SI

10.     In light of the motions to dismiss filed by the SAP Defendants and defendant Culver, and in an effort to promote the effective management of this case, the parties have agreed to extend the County's time to amend the complaint to and including April 6, 2011.

11.     The parties have further agreed to extend the SAP Defendants' and Culver's time to move against, answer or otherwise respond to the amended complaint to and including May 20, 2011.

12.     The parties have further agreed that the initial case management conference in this matter is continued ninety (90) days, to July 22, 2011, at 2:30 p.m.

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct.


Dated: March 16, 2011                              ____/s/  Mark P. Ressler____
                                                            Mark P. Ressler

DECLARATION OF MARK P. RESSLER; Case No. CV11-0381-SI