IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIN COUNTY OF, | No. C 11-00381SI |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| DELOITTE CONSULTING LLP, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the Motion to Reassign Action to Referee has been terminated as moot. Counsel may refile the motion after the filing of the amended complaint.

.

Dated: March 22, 2011

RICHARD W. WIEKING, Clerk

Tracy Torakis
Deputy Clerk