BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
ROBERT A. LEWIS (SBN 83630)
GEOFFREY T. HOLTZ (SBN 191370)
Three Embarcadero Center
San Francisco, CA 94111
Telephone: 415.393.2000
Facsimile: 415.393.2286
robert.lewis@bingham.com

DELOITTE LLP
KAREN KENNARD (SBN 141925)
50 Fremont Street, Suite 3100
San Francisco, CA 94105-2230
Telephone: 415.783.4000

Attorneys for
DELOITTE CONSULTING LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN,<br><br>Plaintiff,<br><br>v.<br><br>DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC. and ERNEST W. CULVER,<br><br>Defendants. | No. 3:11-CV-381-SI<br><br>**DEFENDANT DELOITTE CONSULTING LLP'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |

     Pursuant to Civil Local Rule 3-13, Defendant Deloitte Consulting LLP submits this Notice of Pendency of Other Action or Proceeding.

     The above-entitled action (the "Subject Action") involves all or a material part of the same subject matter and some of the same parties as the action entitled *County of Marin v. Deloitte Consulting LLP*, CIV 1002787, filed on May 28, 2010 in the Superior Court of the State of California for the County of Marin ("State Action").

     (1) The State Action was brought by the same plaintiff, the County of Marin,

1  against the same defendant, Deloitte Consulting LLP. The allegations in the State Action reference the other defendants in the Subject Action. The State Action involves the same subject matter as the Subject Action (complaints by the County of Marin about the implementation of an enterprise resource planning computer system) and seeks the same damages as the Subject Action. The second amended complaint in the State Action alleges causes of action for fraudulent inducement of contract, breach of contract, and breach of express and implied warranty. Upon filing the Subject Action, the County of Marin filed a Notice of Related Case in the State Action.

(2) Although the State Action is pending in Marin County Superior Court, the court on August 3, 2010 ordered, pursuant to Section 638 of the California Code of Civil Procedure and the stipulation of the parties under the terms of their contract, the appointment of former Santa Clara County Superior Court Judge John F. Herlihy, now a member of JAMS, as referee for all pre-trial, trial, and case management matters.

(3) The State Action and the Subject Action relate to the same transaction, the same facts, the same people, the same alleged wrongful acts and the same alleged damages. At a minimum, these proceedings should be coordinated to avoid conflicts, conserve resources and promote an efficient determination of these actions.

Dated: May 13, 2011           Bingham McCutchen LLP


                              By:        /s/ Robert A. Lewis
                                        Robert A. Lewis
                                 Attorneys for Deloitte Consulting LLP