```
 1  BINGHAM McCUTCHEN LLP
    DONN P. PICKETT (SBN 72257)
 2  ROBERT A. LEWIS (SBN 83630)
    GEOFFREY T. HOLTZ (SBN 191370)
 3  Three Embarcadero Center
    San Francisco, CA 94111
 4  Telephone: 415.393.2000
    Facsimile: 415.393.2286
 5  robert.lewis@bingham.com

 6  DELOITTE LLP
    KAREN KENNARD (SBN 141925)
 7  50 Fremont Street, Suite 3100
    San Francisco, CA 94105-2230
 8  Telephone: 415.783.4000

 9  Attorneys for
    DELOITTE CONSULTING LLP
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COUNTY OF MARIN,<br><br>        Plaintiff,<br><br>    v.<br><br>DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC. and ERNEST W. CULVER,<br><br>        Defendants. | No. 3:11-CV-381-SI<br><br>**CERTIFICATION OF DEFENDANT DELOITTE CONSULTING LLP OF INTERESTED ENTITIES OR PERSONS**<br><br>[FRCP 7.1(a) and Civil L.R. 3-16] |
|---|---|

Pursuant to FRCP 7.1(a) and Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Deloitte LLP.

Defendant Deloitte Consulting LLP is a subsidiary of Deloitte LLP. Deloitte LLP does not have a parent corporation. Deloitte Consulting LLP and Deloitte LLP are not corporations. No publicly held corporation owns ten percent or more of Deloitte Consulting LLP or Deloitte LLP.

Dated: May 13, 2011        Bingham McCutchen LLP


By: /s/ *Robert A. Lewis*
Robert A. Lewis
Attorneys for Deloitte Consulting LLP

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS