BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
ROBERT A. LEWIS (SBN 83630)
GEOFFREY T. HOLTZ (SBN 191370)
Three Embarcadero Center
San Francisco, CA 94111
Telephone: 415.393.2000
Facsimile: 415.393.2286
robert.lewis@bingham.com

DELOITTE LLP
KAREN KENNARD (SBN 141925)
50 Fremont Street, Suite 3100
San Francisco, CA 94105-2230
Telephone: 415.783.4000

Attorneys for
DELOITTE CONSULTING LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC. and ERNEST W. CULVER,<br><br>　　　　Defendants. | No. 3:11-CV-381-SI<br><br>**DECLARATION OF GEOFFREY T. HOLTZ IN SUPPORT OF DEFENDANT DELOITTE CONSULTING LLP'S MOTION FOR STAY PURSUANT TO** *COLORADO RIVER* **ABSTENTION DOCTRINE OR, IN THE ALTERNATIVE, RENEWED MOTION TO REASSIGN ACTION TO REFEREE**<br><br>Date:　　June 17, 2011<br>Time:　　10:30 a.m.<br>Place:　　450 Golden Gate Ave.<br>　　　　　(Courtroom 10, 15th Floor)<br>Judge:　Hon. Susan Illston |

I, Geoffrey T. Holtz declare:

1. I am an attorney at law licensed to practice in the State of California and am admitted to practice in the United States District Court for the Northern District of California. I am a partner at the firm of Bingham McCutchen LLP, counsel of record for Defendant Deloitte Consulting LLP ("Deloitte Consulting") in this action. I have personal knowledge of the facts

No. 3:11-CV-381-SI

DECLARATION OF GEOFFREY T. HOLTZ IN SUPPORT OF MOTION FOR STAY OR, IN THE
ALTERNATIVE, RENEWED MOTION TO REASSIGN ACTION TO REFEREE

set forth below and could and would testify competently to those facts if called to do so.

2. Attached as Exhibit A is a true and correct copy of the Implementation Services Agreement, an exhibit to the cross-complaint of Deloitte Consulting LLP in *County of Marin v. Deloitte Consulting LLP*, Superior Court of the State of California in the County of Marin, Case No. CIV1002787 (the "State Court Action"). In the State Court Action, the court took judicial notice of the Implementation Services Agreement, without opposition, in sustaining a demurrer to the complaint. In addition, the Amended Complaint expressly refers to the Implementation Services Agreement.

3. Attached as Exhibit B is a true and correct copy of a chart prepared by counsel for Deloitte Consulting LLP showing examples of how the allegations in the Amended Complaint filed in this above-captioned case relate to the Implementation Services Agreement, the operative agreement between the County of Marin ("Marin") and Deloitte Consulting.

4. Attached as Exhibit C is a true and correct copy of the docket from the State Court Action, downloaded from the Marin County Superior Court website on May 13, 2011.

5. The Honorable Judge John Herlihy (Ret.) held the first case management conference in the State Court Action on August 31, 2010.

6. Judge Herlihy has to date held seven case management conferences and issued orders as to each, and another case management conference is scheduled for May 17, 2011.

7. The pleadings in the State Court Action are now settled.

8. Both Marin and Deloitte Consulting have propounded and responded to first sets of specially prepared interrogatories, the first of which Deloitte Consulting served on October 7, 2010.

9. Both parties served supplemental interrogatory responses on April 7, 2011.

10. Deloitte Consulting served its Second Set of Specially Prepared Interrogatories on May 2, 2011.

11. Both Marin and Deloitte Consulting have propounded requests for production of documents, the first of which Deloitte Consulting served on January 3, 2011, Marin responding on February 14, 2011. Deloitte Consulting responded to Marin's requests for production on

1  May 9, 2011.

2      I declare under penalty of perjury under the laws of the United States and the State of
3  California that the foregoing is true and correct, and this declaration is executed in San
4  Francisco, California on May 13, 2011.

8                                             /s/ *Geoffrey T. Holtz*
                                              Geoffrey  T. Holtz

DECLARATION OF GEOFFREY T. HOLTZ IN SUPPORT OF MOTION FOR STAY OR, IN THE
ALTERNATIVE, RENEWED MOTION TO REASSIGN ACTION TO REFEREE