# EXHIBIT C

| MARIN SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN | | |
|---|---|---|
| COUNTY OF MARIN<br><br>Plaintiff(s)<br><br>VS.<br><br>DELOITTE CONSULTING LLP [COMPLEX]<br><br>Defendant(s) | DATE FILED: | 5/28/2010 |
| | CASE TYPE: | Civil Complaint |
| | CASE SUBTYPE: | Fraud |
| | DATE OF LAST ACTIVITY: | 4/22/2011 |
| | DATE/TIME RUN: | 05/13/2011 01:12 PM |
| REGISTER OF ACTIONS | CASE NUMBER: | CIV 1002787 |

INVOLVED PERSON/PARTY AND ATTORNEY SUMMARY:

    COUNTY OF MARIN is the Plaintiff and is represented by: LICHTBLAU, SHEILA S.

    DELOITTE CONSULTING LLP is the Defendant and is represented by: LEWIS, ROBERT A

    DELOITTE CONSULTING LLP, A DELAWARE LLP (1) is the Cross Complainant and is represented by: LEWIS, ROBERT A

    COUNTY OF MARIN (1) is the Cross Defendant and is represented by: LICHTBLAU, SHEILA S.

    RESSLER, MARK P. is the Other and is represented by: PRO PER

REGISTER OF ACTIONS:

| | |
|---|---|
| 05/28/2010 | CASE OPEN / ACTIVE STATUS Hon. James R. Ritchie |
| 05/28/2010 | FILING FEE WAIVED- GOVERNMENTAL AGENCY PLTF, COUNTY OF MARIN |
| 05/28/2010 | COMPLAINT/FIRST PAPER COMPLAINT FOR DAMAGES |
| 05/28/2010 | SUMMONS ISSUED AND FILED |
| 05/28/2010 | HEARING CONFIRMED FOR: 08/10/2010 AT: 08:30 AM FOR APPEARANCE TYPE: OSCH IN DEPARTMENT: D11 |
| 05/28/2010 | HEARING CONFIRMED FOR: 09/10/2010 AT: 08:30 AM FOR APPEARANCE TYPE: OSCH IN DEPARTMENT: D11 |
| 05/28/2010 | HEARING CONFIRMED FOR: 10/22/2010 AT: 08:30 AM FOR APPEARANCE TYPE: CMGT IN DEPARTMENT: D11 |
| 06/01/2010 | PROOF OF SERVICE FILED, AS TO: DEFT, DELOITTE CONSULTING LLP BY PERSONAL SERVICE ON ROBERT A. LEWIS AND gEOFFREY t. hOLTZ, COUNSEL FOR DEFT., ON 05/28/10. |
| 06/01/2010 | APPEARANCE DROPPED FOR 08/10/2010 AT: 08:30 AM FOR APPEARANCE TYPE: OSCH IN DEPARTMENT: D11 DROP REASON: SERVICE COMPLETE |
| 06/08/2010 | HEARING CONFIRMED FOR: 08/23/2010 AT: 08:30 AM FOR APPEARANCE TYPE: LMCV IN DEPARTMENT: D11 |
| 07/08/2010 | MINUTE ORDER POSTED<br><br>JUDGE/PROTEM/REFEREE JAMES R. RITCHIE , REPORTER ELLEN SPRING , DEP CLK S. DIENER<br><br>ATTORNEY ROBERT LEWIS APPEARED FOR DEFENDANT<br><br>ATTORNEY SHEILA LICHTBLAU APPEARED FOR PLAINTIFF<br><br>EX PARTE MINUTE ORDER : MATTER COMES BEFORE THE COURT ON DEFENSE MOTION TO EXTEND TIME TO FILE PLEADING.<br><br>MOTION(S) HEARD AND ARGUED.<br><br>MOTION GRANTED<br><br>ORDER SIGNED IN OPEN COURT.<br><br>HEARING BEFORE TRIAL<br><br>ENTERED BY: S.D. |
| 07/08/2010 | FILING FEE PROCESSED: DEFT, DELOITTE CONSULTING LLP - 355.00 - WHEN EX PARTE APPLICATION FOR EXTENSION OF TIME TO SERVE PLEADING WAS FILED. |
| 07/08/2010 | IT IS ORDERED: EX PARTE APPLICATION FOR EXTENSION OF TIME TO SERVE PLEADING AND ORDER EXTENDING TIME TO SERVE; THAT THE APPLICATION FOR AN ORDER EXTENDING TIME TO SERVE AND FILE THE PLEADING IS GRANTED; THE PLEADING MUST BE SERVED AND FILED NO LATER THAN 7/28/10. JUDGE JAMES R. RITCHIE |
| 07/26/2010 | MINUTE ORDER POSTED<br><br>JUDGE/PROTEM/REFEREE JAMES R. RITCHIE , REPORTER NONE , DEP CLK TERESA RAMIREZ<br><br>EX PARTE MINUTE ORDER |

Scheduled Hearings for Departments beginning with Z are for Court use only – No Appearances Required.

Disclaimer: This Register of Actions is not an official court record. For an official and/or certified record, visitors must obtain it from the Court.

Page 1 of 5

| MARIN SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN | | |
|---|---|---|
| COUNTY OF MARIN | DATE FILED: | 5/28/2010 |
| Plaintiff(s) | CASE TYPE: | Civil Complaint |
| VS. | CASE SUBTYPE: | Fraud |
| DELOITTE CONSULTING LLP [COMPLEX] | DATE OF LAST ACTIVITY: | 4/22/2011 |
| Defendant(s) | DATE/TIME RUN: | 05/13/2011 01:12 PM |
| REGISTER OF ACTIONS | CASE NUMBER: | CIV 1002787 |

| | |
|---|---|
| | ATTORNEY SHEILA LICHTBLAU APPEARED FOR PLAINTIFF |
| | ATTORNEY ROBERT A. LEWIS APPEARED FOR DEFENDANT |
| | MOTION FOR EXTENDING TIME TO SERVE AND FILE THE PLEADING IS HEARD AND ARGUED. |
| | THE COURT MAKES THE FOLLOWING FINDINGS AND ORDERS: |
| | IT IS ORDERED: THAT THE APPLICATION FOR AN ORDER EXTENDING TIME TO SERVE AND FILE THE PLEADINGS IS GRANTED. PLEADING MUST BE SERVED AND FILED NO LATER THAN 8/9/10. |
| | ORDER SIGNED IN OPEN COURT |
| | ENTERED BY: T. RAMIREZ |
| 07/26/2010 | IT IS ORDERED: THAT THE APPLICATION FOR AN ORDER EXTENDING TIME TO SERVE AND FILE THE PLEADING IS GRANTED; PLEADING MUST BE SERVED AND FILED NO LATER THAN 8/9/10. JUDGE JAMES R. RITCHIE |
| 08/03/2010 | STIPULATION AND ORDER APPOINTING REFEREE (JOHN F. HERLIHY) (SEE FILE FOR DETAILS)    JUDGE JAMES R. RITCHIE FILED |
| 08/09/2010 | CROSS-COMPLAINT FILED (1) BY ATTY. ROBERT A. LEWIS OBO CRCO. DELOITTE CONSULTING LLP FOR BREACH OF CONTRACT; SERVICES RENDERED; AND ACCOUNT STATED (AGAINST CRDF. COUNTY OF MARIN AND DOES 1-10) |
| 08/23/2010 | MINUTE ORDER POSTED  -  Appearance:  08/23/2010 at  8:30AM for HEARING |
| | JUDGE/PROTEM/REFEREE JAMES RITCHIE , REPORTER ELLEN SPRING , DEP CLK CASI HOBBS |
| | ATTORNEY SHEILA LICHTBLAU, DEPUTY COUNTY COUNSEL APPEARED FOR PLAINTIFF,  COUNTY OF MARIN. |
| | NO APPEARANCE BY/FOR DEFENDANT OR ANY OTHER PARTY. |
| | MATTER IS BEFORE THE COURT FOR HEARING ON PLAINTIFF'S MOTION FOR ADMISSION TO BAR OF THIS COURT, PRO HAC VIC AS TO R. TALI EPSTEIN AND MARK P. RESSLLER. |
| | COURT HAS ISSUED A TENTATIVE RULING IN THIS MATTER AND COURT RECEIVED NO NOTICE BY EITHER PARTY OF ANY OBJECTION TO SAID RULING, THE COURT HEREBY ADOPTS TENATIVE RULING. |
| | IT IS ORDERED: |
| | NO OPPOSITION HAVING BEEN FILED AND GOOD CAUSE APPEARING, THE APPLICATIONS OF R. TALI EPSTEIN AND MARK P. RESSLER FOR ADMISSION AS COUNSEL, PRO HAC VICE ARE HEREBY GRANTED. |
| | THE TENTATIVE RULING IS AFFIRMED AND MADE FINAL. |
| | ORDER SUBMITTED AND SIGNED BY COURT. |
| | ENTERED BY: CASI HOBBS |
| 08/23/2010 | IT IS ORDERED: THAT THE APPLICATION OF R. TALI EPSTEIN TO BE ADMITTED AS COUNSEL PRO HAC VICE IS GRANTED (OBO COUNTY OF MARIN) JUDGE JAMES R. RITCHIE |
| 08/23/2010 | IT IS ORDERED: THAT THE APPLICATION OF MARK P. RESSLER TO BE ADMITTED AS COUNSEL PRO HAC VICE IS GRANTED (OBO COUNTY OF MARIN). JUDGE JAMES R. RITCHIE |
| 09/08/2010 | ANSWER CRDF (1), COUNTY OF MARIN |
| 09/08/2010 | FILING FEE WAIVED- GOVERNMENTAL AGENCY CRDF, COUNTY OF MARIN (1) |
| 09/08/2010 | IT IS ORDERED: CASE MANAGEMENT ORDER NO. 1; THAT THE FOLLOWING BRIEFING SCHEDULED WAS AGREED UPON: OPPOSITION TO THE DEMURRER AND MOTION TO STRIKE IS DUE 9/17/10 BY CLOSE OF BUSINESS; REPLY IS DUE 9/28/10 BY CLOSE OF BUSINESS; HEARING ON THE DEMURRER AND THE MOTION TO STRIKE WILL TAKE PLACE AT 2 EMBARCADERO CENTER, #1500, SAN FRANCISCO, CA 94111 ON 10/07/10 AT 10:00 A.M.; THE CASE IS DETERMINED TO BE A COMPLEX CASE; THE NEXT CMC IS SCHEDULED FOR 10/7/10; FURTHER COUNSEL HAS AGREED: MR. DELANEY'S RATE IS $150 PER HOUR; FEES WILL BE BILLED THROUGH JAMS AND SHALL BE PAID BY THE PARTIES IN THE SAME MANNER THAT THE REFEREE'S FEES ARE PAID;. (SEE FILE FOR DETAILS) JUDGE JOHN HERLIHY (REFEREE) |

Scheduled Hearings for Departments beginning with Z are for Court use only – No Appearances Required.

Disclaimer: This Register of Actions is not an official court record.  For an official and/or certified record, visitors must obtain it from the Court.

Page 2 of 5

| MARIN SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN | | |
|---|---|---|
| COUNTY OF MARIN | DATE FILED: | 5/28/2010 |
| Plaintiff(s) | CASE TYPE: | Civil Complaint |
| VS. | CASE SUBTYPE: | Fraud |
| DELOITTE CONSULTING LLP [COMPLEX] | DATE OF LAST ACTIVITY: | 4/22/2011 |
| Defendant(s) | DATE/TIME RUN: | 05/13/2011 01:12 PM |
| REGISTER OF ACTIONS | CASE NUMBER: | CIV 1002787 |

| | |
|---|---|
| 09/10/2010 | MINUTE ORDER POSTED - Appearance: 09/10/2010 at 8:30AM for OSC RE: FILING OF ANSWER |
| | JUDGE/PROTEM/REFEREE JAMES R. RITCHIE , REPORTER TAMARA WILSON , DEP CLK S. DIENER |
| | NO APPEARANCE BY OR FOR THE PARTIES |
| | COURT NOTES THAT A SPECIAL MASTER IS INVOLVED- NO APPEARANCE NECESSARY TODAY. |
| | IT IS ORDERED: |
| | MATTER TO REMAIN AS PREVIOUSLY SET. |
| | HEARING BEFORE TRIAL |
| | ENTERED BY: S.D. |
| 10/05/2010 | NO ENVELOPE PROVIDED FOR CMC FILED BY ATTY ROBERT LEWIS. COPIES IN WILL CALL UNDER "L" |
| 10/22/2010 | MINUTE ORDER POSTED - Appearance: 10/22/2010 at 8:30AM for CASE MANAGEMENT CONFERENCE |
| | JUDGE/PROTEM/REFEREE JAMES R. RITCHIE , REPORTER TAMARA WILSON , DEP CLK S. DIENER |
| | NO APPEARANCE BY OR FOR THE PARTIES |
| | COURT NOTES THAT THIS MATTER HAS A SPECIAL MASTER. |
| | IT IS ORDERED: |
| | HEARING CONTINUED TO: 04/15/2011 AT: 08:30 AM FOR APPEARANCE TYPE: CMGT IN DEPARTMENT: D11 FROM DATE: 10/22/2010 FROM TIME: 08:30 AM FROM APPEARANCE TYPE: CMGT FROM DEPARTMENT: D11 |
| | HEARING BEFORE TRIAL |
| | ENTERED BY: S.D. |
| 11/01/2010 | AMENDED COMPLAINT FILED (1ST) BY ATTY.PATRICK K. FAULKNER OBO PLTF.-NO ADDITIONAL PARTIES |
| 12/14/2010 | CASE REASSIGNED TO JUDGE Comm. Roy O. Chernus |
| 12/14/2010 | APPEARANCE MOVED TO: 04/15/2011 AT: 08:30 AM FOR APPEARANCE TYPE: CMGT IN DEPARTMENT: D06 MOVE REASON: JUDICIAL RE-ASSIGNMENT FROM DATE: 04/15/2011 FROM TIME: 08:30 AM FROM APPEARANCE TYPE: CMGT FROM DEPARTMENT: D11 |
| 12/14/2010 | NOTICE OF CASE REASSIGNMENT AND NOTICE OF HEARING MAILED TO THE PARTIES |
| 12/21/2010 | IT IS ORDERED: CASE DEEMED COMPLEX JUDGE JAMES R. RITCHIE 12/21/10 |
| 12/21/2010 | CASE IS COMPLEX UNDER CRC 1800. |
| 01/03/2011 | AMENDED COMPLAINT FILED (2ND) BY ATTY. PATRICK K. FAULKNER OBO PLTF. - NO ADDITIONAL PARTIES |
| 01/03/2011 | IT IS ORDERED: CASE MANAGEMENT ORDER NO. 3; THAT THE DEMURRER AND MOTION TO STRIK WILL BE FIED ON 11/22/10 BY CLOSE OF BUSINESS; THE OPPOSITION TO THE DEMURRER AND MOTION TO STRIKE IS DUE 12/3/10 BY CLOSE OF BUSINESS; REPLY IN SUPPORT OF THE DEMURRER AND MOTION TO STRIKE IS DUE 12/9/10 BY CLOSE OF BUSINESS; HEAING ON THE DEMURRER AND MOTION TO STRIKE WILL TAKE PLACE AT SAN FRANCISCO JAMS RESOLUTION CENTER ON 12/17/10; NEXT CMC IS 12/17/10 AFTER THE HEARING ON THE DEMURRER AND MOTION TO STRIKE; PARTIES STIPULATED TO REFEREE GRANTED A 10 DAY EXTENSION TO THE COUNTY OF MARIN TO FILE RESPONSES TO DELOITTE CONSULTING'S 1ST SET OF SPECIALLY PREPARED INTERROGATORIES SERVED 10/7/10; REFEREE INDICATED HE WAS NOT INCLINED TO CALL THE MARIN SUPERIOR COURT JUDGE AND ASK THAT THE CMC SET FOR 4/15/11 BE VACATED; THE ALTERNATIVE PROPOSAL THAT THE PARTIES ENTER TO A STIP AND SUBMIT IT TO MARIN COURT FOR SIGNATURE. JUDGE JOHN F. HERLIHY (RET.) |

Scheduled Hearings for Departments beginning with Z are for Court use only – No Appearances Required.

Disclaimer: This Register of Actions is not an official court record. For an official and/or certified record, visitors must obtain it from the Court.

Page 3 of 5

| MARIN SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN | | | |
|---|---|---|---|
| COUNTY OF MARIN | | DATE FILED: | 5/28/2010 |
| Plaintiff(s) | | CASE TYPE: | Civil Complaint |
| VS. | | CASE SUBTYPE: | Fraud |
| DELOITTE CONSULTING LLP [COMPLEX] | | DATE OF LAST ACTIVITY: | 4/22/2011 |
| Defendant(s) | | DATE/TIME RUN: | 05/13/2011 01:12 PM |
| REGISTER OF ACTIONS | | CASE NUMBER: | CIV 1002787 |

| Date | Action |
|---|---|
| 01/03/2011 | IT IS ORDERED: CASE MANAGEMENT ORDER NO. 4; THAT THE PREVIOUS BRIEFING SCHEDULE SET FORTH IN CASE MANAGEMENT ORDER NO. 3 IS SET ASIDE; THERE WILL BE A CMC ON 12/17/10 AT 9:00 A.M. TO SET FUTURE DATES; THE DELAY IN RESPONDING TO THE COUNTY'S AMENDED COMPLAINT WILL NO WAY CONSTITUTE A WAIVER OF ANY RIGHT DELOITTE HAS TO FILE A DEMURRER, ANSWER OR OTHER PLEADING TO THE AMENDED COMPLAINT OR THE PROPOSED AMENDED COMPLAINT. (SEE FILE FOR DETAILS) JUDGE JOHN F. HERLIHY (RET.) |
| 01/03/2011 | IT IS ORDERED: CASE MANAGMENT ORDER NO. 5; THAT THE DEMURRER AND MOTION TO STRIKE WILL BE FILED ON 1/26/11; OPPOSITION TO THE DEMURRER AND MOTION TO STRIKE IS DUE 2/14/11; REPLY IS DUE 2/23/11; HEARING ON THE DEMURRER AND MOTION TO STRIKE WILL TAKE PLACE AT THE SAN FRANCISCO JAMS RESOLUTION CENTER ON 3/3/11 AT 10:00 A.M.; NEXT CMC IS 3/3/11 AFTER THE HEARING ON THE DEMURRER AND MOTION TO STRIKE; JOINT CMC STATEMENT WILL BE FILED ON 2/28/11. (SEE FILE FOR DETAILS) JUDGE JOHN F. HERLIHY (RET) |
| 01/14/2011 | STIPULATION AND ORDER THAT THE COUNTY IS PERMITTED TO FILE THE 2ND AMENDED COMPLAINT WITHOUT HAVING TO MAKE A MOTION FOR LEAVE TO AMEND.   JUDGE JOHN F. HERLIHY (REFEREE) FILED |
| 02/04/2011 | IT IS ORDERED: ORDER RE EX PARTE APPLICATION: THE MATTER CASE ON REGULARLY FOR HEARING ON 1/31/11 AT 9:00 A.M. AS TELEPHONIC EX PARTE APPLICATION TO MODIFY THE BRIEFING SCHEDULING FOR THE MOTION TO COMPEL FILED BY DELOITTE CONSULTING LLP. THE MOTION TO COMPEL WILL REMAIN SET FOR 3/2/11 AT 10:00 A.M. AT THE SAN FRANCISCO JAMS RESOLUTION CENTER. BRIEFING WILL BE FILED PER THE CODE OF CIVIL PROCEDURE. COUNSEL FOR MARIN INDICATD THAT IT WOULD BE FILING A MOTION TO COMPEL WHICH COULD BE HEARD ON 3/2/11. THAT MOTION WOULD ALSO BE BRIEFED PER CODE. THE REFEREE SUGGESTED THAT COUNSEL MEET AND CONFER IF THEY WISH TO RESCHEDULE THE HEARING DATES OR VARY THE BRIEFING SCHEDULE ON EITHER OR BOTH MOTIONS TO COMPEL. ANY CHANGE IN THE DATE OF THE HEARING MUST BE CLEARED WITH THE CASE MANAGER FOR THE REFEREE. HON. JOHN F. HERLIHY (RET) (SEE FILE FOR ENTIRE TEXT) |
| 03/09/2011 | IT IS ORDERED: REFEREE ORDER NO. 4 GRANTING DEFENDANT'S MOTION TO COMPEL RESPONSES TO SPECIALLY PREPARED INTERROGATORIES, SET NO. ONE: ORDER, DELOITTE'S MOTION TO COMPEL FURTHER RESPONSES TO SPECIAL INTERROGATORIES 1-10, 13-15 AND 19 IS GRANTED, THE COUNTY SHALL PROVIDE DELOITTE WITH AMENDED, CODE-COMPLAINT RESPONSES TO INTERROGATORIES BY NO LATER THAN 3/18/11. COUNSEL FOR DELOITTE SHALL FILE THIS ORDER AND SERVE OPPOSING COUNSEL, THE COURT AND THE UNDERSIGNED WITH FILED-ENDORSED COPIES. JUDGE JOHN HERLIHY (RET.) |
| 03/09/2011 | IT IS ORDERED: REFEREE NO. 5:SUSTAINING IN PART AND OVERRULING IN PART DELOITTE'S DEMURRER AND DENYING IN PART MOTION TO STRIKE PORTIONS OF THE 2ND AMENDED COMPLAINT: THE DEMURRER TO THE 1ST, 3RD AND 6TH CAUSES OF ACTION ON THE GROUND THAT ONE MAY NOT RECOVER IN TORT FOR A BREACH CONTRACT CLAIM AND THEREFORE THE CLAIM IS DUPLICATIVE OF THE BREACH OF CONTRACT CLAIM, IS SUSTAINED WITH 20 DAYS LEAVE TO AMEND FROM NOTICE OF THIS OREDER, THE DEMURRER IS OTHERWISE OVERRULED. THE MOTION TO STRIKE THE PUNITIVE DAMAGE ALLEGATIONS IN PARAGRAPH 15, 162 AND PARAGRAPH 3 OF THE PRAYER IS DENIED. THE MOTION TO STRIKE THE PUNITIVE DAMAGES ALLEGATIONS FOUND IN PARAGRAPH 154, 170 AND 188 IS MOOT. COUNSEL FOR DELOITTE SHALL FILE THIS ORDER AND SERVE OPPOSING COUNSEL, THE COURT THE UNDERSIGNED WITH FILED-ENDORSED COPIES. JUDGE JOHN F. HERLIHY (RET) |
| 04/15/2011 | MINUTE ORDER POSTED  -  Appearance:  04/15/2011 at  8:30AM for CASE MANAGEMENT CONFERENCE |
| | JUDGE/PROTEM/REFEREE ROY O. CHERNUS , REPORTER NOT REPORTED , DEP CLK D.THAI |
| | ATTORNEY SHEILA LICHTBLAU APPEARED FOR PLAINTIFF/CROSS DEFENDANT |
| | COURT CALL APPEARANCE BY ROBERT LEWIS FOR DEFENDANT/CROSS COMPLAINANT DELOITTE CONSULTING |
| | CASE HAS A SPECIAL REFEREE. |
| | IT IS ORDERED: CASE MANAGEMENT CONFERENCE 04/13/2012 AT 8:30 A.M. |
| | HEARING CONTINUED TO: 04/13/2012 AT: 08:30 AM FOR APPEARANCE TYPE: CMGT IN DEPARTMENT: D06 FROM DATE: 04/15/2011 FROM TIME: 08:30 AM FROM APPEARANCE TYPE: CMGT FROM DEPARTMENT: D06 |

Scheduled Hearings for Departments beginning with Z are for Court use only – No Appearances Required.

Disclaimer: This Register of Actions is not an official court record.  For an official and/or certified record, visitors must obtain it from the Court.

| MARIN SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN | | |
|---|---|---|
| COUNTY OF MARIN | DATE FILED: | 5/28/2010 |
| Plaintiff(s) | CASE TYPE: | Civil Complaint |
| VS. | CASE SUBTYPE: | Fraud |
| DELOITTE CONSULTING LLP [COMPLEX] | DATE OF LAST ACTIVITY: | 4/22/2011 |
| Defendant(s) | DATE/TIME RUN: | 05/13/2011 01:12 PM |
| REGISTER OF ACTIONS | CASE NUMBER: | CIV 1002787 |

        HEARING BEFORE TRIAL
        ENTERED BY: D.THAI

04/22/2011      ANSWER DEFT, DELOITTE CONSULTING LLP

Scheduled Hearings for Departments beginning with Z are for Court use only – No Appearances Required.

Disclaimer: This Register of Actions is not an official court record. For an official and/or certified record, visitors must obtain it from the Court.

Page 5 of 5