BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
ROBERT A. LEWIS (SBN 83630)
GEOFFREY T. HOLTZ (SBN 191370)
Three Embarcadero Center
San Francisco, CA  94111
Telephone:  415.393.2000
Facsimile:  415.393.2286
robert.lewis@bingham.com

DELOITTE LLP
KAREN KENNARD (SBN 141925)
50 Fremont Street, Suite 3100
San Francisco, CA  94105-2230
Telephone:  415.783.4000

Attorneys for
DELOITTE CONSULTING LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN,<br><br>            Plaintiff,<br><br>    v.<br><br>DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC. and ERNEST W. CULVER,<br><br>            Defendants. | No. 3:11-CV-381-SI<br><br>**DEFENDANT DELOITTE CONSULTING LLP'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR STAY PURSUANT TO *COLORADO RIVER* ABSTENTION DOCTRINE OR, IN THE ALTERNATIVE, RENEWED MOTION TO REASSIGN ACTION TO REFEREE**<br><br>Date:    June 17, 2011<br>Time:   10:30 a.m.<br>Place:   450 Golden Gate Ave. (Courtroom 10, 15th Floor)<br>Judge:  Hon. Susan Illston |

## REQUEST FOR JUDICIAL NOTICE

Pursuant to Rule 201 of the Federal Rules of Evidence and the authorities cited below, Defendant Deloitte Consulting LLP ("Deloitte Consulting") requests that the Court take judicial notice of publicly-available court documents in a related action.  These documents are listed in the attached Exhibit Index and are proffered in support of Deloitte Consulting's Motion for Stay Pursuant to *Colorado River* Abstention Doctrine or, in the alternative, Renewed Motion to

Reassign Action to Referee, which are filed concurrently with this request.

## BASIS FOR REQUESTING JUDICIAL NOTICE

Under Rule 201 of the Federal Rules of Evidence, a court may take judicial notice of facts that are not "subject to reasonable dispute" and that are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b), (d). The Court may take judicial notice of pleadings and other documents filed in related actions. *See MGIC INDEM. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) (taking judicial notice of pleadings filed in related lawsuits). Exhibit 1 (Stipulation and Order Appointing Referee), Exhibit 2 (Notice of Related Case), Exhibit 3 (the Second Amended Complaint) and Exhibit 4 (County of Marin's Amended Responses and Objections to Deloitte Consulting LLP's First Set of Specially Prepared Interrogatories) are publicly-available court documents, which were filed in a related action entitled *County of Marin v. Deloitte Consulting LLP*, CIV1002787, in the California Superior Court for the County of Marin. The existence of these documents is not subject to reasonable dispute. *See Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) (explaining that a court may judicially notice matters of public record unless the matter is a fact subject to reasonable dispute).

## CONCLUSION

For the foregoing reasons, the Court may properly consider Exhibits 1-4 in ruling on Defendant Deloitte Consulting's Motion for Stay or, in the alternative, Renewed Motion to Reassign Action to Referee.

DATED: May 13, 2011

BINGHAM McCUTCHEN LLP


By: _____/s/ *Geoffrey T. Holtz*_____
Geoffrey T. Holtz
Attorneys for Deloitte Consulting LLP

No. 3:11-CV-381-SI

REQUEST FOR JUDICIAL NOTICE