# EXHIBIT 2

Case3:11-cv-00381-SI Document69-2 Filed05/13/11 Page1 of 3

CM-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Patrick K. Faulkner, County Counsel (SBN 070801)<br>Sheila Shah Lichtblau, Deputy County Counsel (SBN 167999)<br>3501 Civic Center Drive, Rm. 275, San Rafael, CA 94903<br>TELEPHONE NO.: (415) 499-6117  FAX NO. (Optional): (415) 499-3796<br>E-MAIL ADDRESS (Optional): pfaulkner@co.marin.ca.us; slichtblau@co.marin.ca.us<br>ATTORNEY FOR (Name): County of Marin | **FILED**<br>DEC 16 2010<br>KIM TURNER<br>Court Executive Officer<br>MARIN COUNTY SUPERIOR COURT<br>By: C. Lucchesi, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN
STREET ADDRESS: 3501 Civic Center Drive
MAILING ADDRESS: P.O. Box 4988
CITY AND ZIP CODE: San Rafael CA 94913
BRANCH NAME:

PLAINTIFF/PETITIONER: County of Marin

DEFENDANT/RESPONDENT: Deloitte Consulting LLP, SAP America, Inc., SAP Public Services, Inc. and Ernest W. Culver

**NOTICE OF RELATED CASE**

CASE NUMBER: CIV1006574
JUDICIAL OFFICER: Chernus
DEPT.: B

*Identify, in chronological order according to date of filing, all cases related to the case referenced above.*

1. a. Title: County of Marin v. Deloitte Consulting LLP
   b. Case number: CIV-1002787
   c. Court: X same as above
      ☐ other state or federal court (name and address):
   d. Department: E
   e. Case type: ☐ limited civil  X unlimited civil  ☐ probate  ☐ family law  ☐ other (specify):
   f. Filing date: May 28, 2010
   g. Has this case been designated or determined as "complex?"   X Yes   ☐ No
   h. Relationship of this case to the case referenced above (check all that apply):

      ☐ Involves the same parties and is based on the same or similar claims.

      ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

      ☐ involves claims against, title to, possession of, or damages to the same property.

      X is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

      The two actions share a number of common factual questions and judicial resources will be substantially duplicated if discovery is not consolidated.

      ☐ Additional explanation is attached in attachment 1h

   i. Status of case:
      X pending
      ☐ dismissed ☐ with ☐ without prejudice
      ☐ disposed of by judgment

2. a. Title:
   b. Case number:
   c. Court: ☐ same as above
      ☐ other state or federal court (name and address):
   d. Department:

Form Approved for Optional Use
Judicial Council of California
CM-015 [Rev. July 1, 2007]

**NOTICE OF RELATED CASE**

Page 1 of 3
Cal. Rules of Court, rule 3.300
www.courtinfo.ca.gov

CM-015

| PLAINTIFF/PETITIONER: County of Marin | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Deloitte Consulting LLP, et al. | |

2. *(continued)*
   e. Case type: ☐ limited civil ☐ unlimited civil ☐ probate ☐ family law ☐ other (specify):
   f. Filing date:
   g. Has this case been designated or determined as "complex?" ☐ Yes ☐ No
   h. Relationship of this case to the case referenced above *(check all that apply)*:
      ☐ involves the same parties and is based on the same or similar claims.
      ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.
      ☐ involves claims against, title to, possession of, or damages to the same property.
      ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.
         ☐ Additional explanation is attached in attachment 2h
   i. Status of case:
      ☐ pending
      ☐ dismissed ☐ with ☐ without prejudice
      ☐ disposed of by judgment

3. a. Title:
   b. Case number:
   c. Court: ☐ same as above
      ☐ other state or federal court *(name and address)*:
   d. Department:
   e. Case type: ☐ limited civil ☐ unlimited civil ☐ probate ☐ family law ☐ other *(specify)*:
   f. Filing date:
   g. Has this case been designated or determined as "complex?" ☐ Yes ☐ No
   h. Relationship of this case to the case referenced above *(check all that apply)*: ☐
      ☐ involves the same parties and is based on the same or similar claims.
      ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.
      ☐ involves claims against, title to, possession of, or damages to the same property.
      ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.
         ☐ Additional explanation is attached in attachment 3h
   i. Status of case:
      ☐ pending
      ☐ dismissed ☐ with ☐ without prejudice
      ☐ disposed of by judgment

4. ☐ Additional related cases are described in Attachment 4. Number of pages attached: _____

Date:

_____
(TYPE OR PRINT NAME OF PARTY OR ATTORNEY)

▶ /s/ Patrick K Faulkner
(SIGNATURE OF PARTY OR ATTORNEY)