IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIN COUNTY OF,

    Plaintiff,

v.

DELOITTE CONSULTING LLP,

    Defendant.

No. C 11-00381SI

**CLERK'S NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT Judge Illston's civil law and motion calendar is held at 9:00 a.m.

All motions will be heard at 9 a.m. on June 17, 2011.

Please report to Courtroom #10, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

Dated: May 18, 2011

RICHARD W. WIEKING, Clerk

Tracy Forakis
Deputy Clerk