Thomas B. Mayhew (State Bar No. 183539)
tmayhew@fbm.com
Christina Hollander (State Bar No. 267292)
chollander@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant
ERNEST W. CULVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF MARIN,<br><br>    Plaintiff,<br><br>vs.<br><br>DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC. and ERNEST W. CULVER,<br><br>    Defendants. | Case No.  3:11-cv-00381-SI<br><br>[PROPOSED] ORDER GRANTING DEFENDANT ERNEST W. CULVER'S MOTION TO DISMISS THE AMENDED COMPLAINT (FRCP 9(b) AND 12(b)(6))<br><br>Judge:           Honorable Susan Illston<br>Hearing Date:  August 5, 2011<br>Time:            9:00 am<br>Courtroom:    10, 19th Floor |

The Court, having considered Defendant Ernest W. Culver's ("Culver") Motion to Dismiss The Amended Complaint under Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the briefing and argument of counsel, finds that the motion should be GRANTED.

IT IS HEREBY ORDERED that the County of Marin's Third Claim (Fraud), Fifth Claim (Breach of Fiduciary Duty/Duty of Loyalty), and Eighth Claim (Violation of Gov't Code § 1090) are dismissed with leave to amend, and the County of Marin's Ninth Claim (Return of Monies Received in Violation of Gov't Code § 1090) is dismissed as to Defendant Culver, with leave to amend.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER GRANTING CULVER'S
MOTION TO DISMISS AMENDED COMPLAINT
(Case No.: 3:11-cv-00381-SI)

25988\2619307.1

Dated: _____

By: _____
  Honorable Susan Illston
  United States District Court Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING CULVER'S
MOTH ON TO DISMISS AMENDED COMPLAINT
(Case No.: 3:11-cv-00381-SI)

- 2 -

25988\2619307.1