1  Thomas B. Mayhew (State Bar No. 183539)
   tmayhew@fbm.com
2  Christina R. Hollander (State Bar No. 267292)
   chollander@fbm.com
3  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 954-4400
5  Facsimile:  (415) 954-4480

6  Attorneys for Defendant
   ERNEST W. CULVER
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12  COUNTY OF MARIN,                    Case No.  3:11-cv-00381 SI

13              Plaintiff,              **DECLARATION OF THOMAS MAYHEW
                                        IN SUPPORT OF DEFENDANT ERNEST
14     vs.                             W. CULVER'S MOTION TO DISMISS
                                        THE AMENDED COMPLAINT (FRCP 9(b)
15  DELOITTE CONSULTING LLP, SAP        AND 12(b)(6))**
   AMERICA, INC., SAP PUBLIC
16  SERVICES, INC. and ERNEST W.        Judge:         Honorable Susan Illston
   CULVER,                             Hearing Date:  August 5, 2011
17                                      Time:          9:00 a.m.
              Defendants.              Courtroom:     10, 19th Floor
18

19  I, Thomas B. Mayhew, declare:

20       1.     I am licensed to practice law in the state of California and am a partner at the law

21  firm of Farella Braun + Martel LLP, counsel for Ernest Culver.  I have personal knowledge of the

22  matters stated herein and if called and sworn as a witness, I could and would competently testify

23  to the facts set forth herein.

24       2.     Attached hereto as Exhibit A is a true and correct copy of Deliverable Approval

25  Form DED12.

26       3.     Attached hereto as Exhibit B is a true and correct copy of The Order Re Deloitte's

27  Demurrer To And Motion to Strike Portions of the Complaint, by the Honorable John F. Herlihy

28  (Ret.), Referee in the related case *County of Marin v. Deloitte Consulting LLP.,* pending in The

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

T. MAYHEW DECL. ISO E. CULVER'S MTN TO
DISMISS (Case No. 3:11-cv-00381-SI)          - 1 -                    26482\2619106.1

1   Superior Court of California, County of Marin, case number CIV 1002787.

2         4.      Attached hereto as Exhibit C is a true and correct copy of Deliverable Approval

3   Form DED07.

4         5.      Attached hereto as Exhibit D is a true and correct copy of Deliverable Approval

5   Form DED01.

6         I declare under penalty of perjury under the laws of the United States of America that the

7   foregoing is true and correct.  Executed this 20th day of May, 2011, at San Francisco, California.

8

9                                          /s/ Thomas B. Mayhew
                                           Thomas B. Mayhew

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

T. MAYHEW DECL. ISO E. CULVER'S MTN TO
DISMISS (Case No. 3:11-cv-00381-SI)                - 2 -

26482\2619106.1