# EXHIBIT A

# EXHIBIT A

MERIT  DED12

# Deliverable Approval Form

## Project Information

| | |
|---|---|
| *Project Name:* | Project MERIT |
| *Marin Project Director:* | Ernest Culver |
| *Responsible Team Lead(s):* | Rob Roque<br>Steve Brooks |

## Deliverable Information

| | |
|---|---|
| *Deliverable Name:* | DED12 – Business Blueprint |
| *File Name and Location:* | T:\Project MERIT\Organizational Readiness\DED_Admin\DED12_Business Blueprint\ |
| *Description:* | Defines the business process flows and impact summaries, as well as the design of the coding structure. |
| *Expected Date of Completion:* | 10/31/2006 |
| *Hard Copy Location:* | Project MERIT Site |

## Deliverable Reviewers

| Reviewer Name | Role | Expected Dates of Review | Date and Initial of Completed Review |
|---|---|---|---|
| Rob Roque | County Lead | | |
| Steve Brooks | Deloitte Lead | | |
| | | | |

Additional comments for reviewers:

## Acceptance of Deliverable

| Approver Name | Role | Signature | Date |
|---|---|---|---|
| Ernest Culver | County Project Director | *[signed] Ernest Culver* | |
| Steve Brooks | Deloitte Project Manager | *[signed]* | |
| | | | |