# EXHIBIT C

# EXHIBIT C

# Deliverable Approval Form

## Project Information

| | |
|---|---|
| *Project Name:* | Project MERIT |
| *Marin Project Director:* | Ernest Culver |
| *Responsible Team Lead(s):* | Elise Lenox<br>Kirsten Mecklenburg |

## Deliverable Information

| | |
|---|---|
| *Deliverable Name:* | DED07 - Change Readiness Assessment |
| *File Name and Location:* | T:\Project MERIT\Organizational Readiness\DED_Admin\DED07_Change Readiness Assessment\ |
| *Description:* | Analysis of user surveys and interviews, and creation of recommendations for the Project implementation team, regarding change readiness. |
| *Expected Date of Completion:* | 8/9/2005 |
| *Hard Copy Location:* | Project MERIT Site |

## Deliverable Reviewers

| Reviewer Name | Role | Expected Dates of Review | Date and Initial of Completed Review |
|---|---|---|---|
| Elise Lenox | County Lead | — | — |
| Kirsten Mecklenburg | Deloitte Lead | (signature) | 1/1/07 |
| | | | |
| | | | |
| | | | |

Additional comments for reviewers:

## Acceptance of Deliverable

| Approver Name | Role | Signature | Date |
|---|---|---|---|
| Ernest Culver | County Project Director | *(signed)* | 12/26/06 |
| Steve Brooks | Deloitte Project Manager | *(signed)* | 12/26/06 |
| | | | |

| Change Order No. [ 00x ] |
|---|
| by and between THE COUNTY OF MARIN, CALIFORNIA and DELOITTE CONSULTING LLP under the Implementation Services Agreement dated effective as of [March 29, 2005] |
| This Change Order No. [00x] (this "Change Order") is issued and entered into pursuant to, and incorporates and is subject to, the terms of that certain Implementation Services Agreement dated effective as of [March 29, 2005] (as amended from time to time, the "Agreement") by and between the County of Marin, California (the "County") and Deloitte Consulting LLP ("Vendor"). All tasks and activities performed by Vendor pursuant to this Change Order shall constitute "Services" under the Agreement, and all deliverables produced or provided pursuant to this Change Order shall constitute "Deliverables" under the Agreement. Capitalized terms used but not defined in this Change Order have the meanings given them in the Agreement.<br><br>This Change Order is effective as of [January 3, 2006] (the "Change Order Date"). |
| **DESCRIPTION OF CHANGE** |
| Remove execution of deliverable DED07, Change Readiness Assessment, from the scope of the SAP implementation.<br><br>Rationale:<br>DED07 is dependent on the collective support of all departments for the a wide-spread survey or focus groups. These data gathering techniques were to determine the County of Marin's readiness for the change anticipated during the course of the SAP implementation. Counter to the recommendation of Deloitte Consulting, GFOA and SAP, the distribution of the Change Readiness Assessment was postponed indefinitely. Based on the County's resistance to conducting the CRA, Project MERIT has assumed the County is unprepared for the impending change and has planned change management, communication and training activities accordingly. |
| **FINANCIAL IMPACT OF CHANGE** |
| There will be a negligible impact on Project Cost or Resources due to the elimination of a need to analyze originally anticipated CRA data balanced by increased CRA preparatory work and the additional work required to mitigate the assumed broad scope of resistance. |

Except as expressly provided herein, this Change Order shall not result in any change to the Services to be performed, the Deliverables to be provided, or in the Fees to be paid, under the Agreement or in any other charges or fees. The Parties have caused this Change Order to be executed and delivered by their duly authorized representatives, effective as of the Change Order Date.

**County:** The County of Marin, California

_[signature]_
Signature

Ernest Culver
Printed Name

Asst. Auditor- Controller
Title

12/26/06
*Date*

**Vendor:** Deloitte Consulting LLP

_____
Signature

Mark S. Seidenfeld
Printed Name

Director
Title

_____
*Date*