# EXHIBIT D

# EXHIBIT D

MERIT    DED01

# Deliverable Approval Form

## Project Information

| | |
|---|---|
| *Project Name:* | Project MERIT |
| *Marin Project Director:* | Ernest Culver |
| *Responsible Team Lead(s):* | Rob Roque<br>Mark Anderson |

## Deliverable Information

| | |
|---|---|
| *Deliverable Name:* | DED01 - Project Plan |
| *File Name and Location:* | T:\Project MERIT\Organizational Readiness\DED_Admin\DED01_Project Plan\ |
| *Description:* | Identifies Project activities by Release and by Phase of the Project, including tasks, assigned personnel and resources, task dependencies, Deliverables, and estimated task completion dates, including those for review and approval activities |
| *Expected Date of Completion:* | 6/20/2005 |
| *Hard Copy Location:* | Project MERIT Site |

## Deliverable Reviewers

| Reviewer Name | Role | Expected Dates of Review | Date and Initial of Completed Review |
|---|---|---|---|
| Rob Roque | County Lead | | RR 5/7/07 |
| Mark Anderson | Deloitte Lead | | MA 5/7/07 |
| | | | |
| | | | |

Additional comments for reviewers:

## Acceptance of Deliverable

| Approver Name | Role | Signature | Date |
|---|---|---|---|
| Ernest Culver | County Project Director | *Ernest Culver* | 4/26/07 |
| Mark Anderson | Deloitte Project Manager | *Mark Anderson* | 5/7/07 |

| ID | Task Name | Duration | Start | Finish |
|---|---|---|---|---|
| 1 | ASAP Implementation | 480 days | Tue 3/1/05 | Mon 1/1/07 |
| 2 | Cross Phase Tasks | 194 days | Mon 10/31/05 | Thu 7/27/06 |
| 3 | Manage Phase Startups | 175 days | Mon 10/31/05 | Fri 6/30/06 |
| 4 | Organize Resources | 175 days | Mon 10/31/05 | Fri 6/30/06 |
| 5 | Organize Project | 175 days | Mon 10/31/05 | Fri 6/30/06 |
| 6 | Plan and Execute Kick-offs | 175 days | Mon 10/31/05 | Fri 6/30/06 |
| 7 | Prepare Strategy Documents | 175 days | Mon 10/31/05 | Fri 6/30/06 |
| 8 | Plan and Communicate Implementation Methodology | 175 days | Mon 10/31/05 | Fri 6/30/06 |
| 9 | Manage Project | 175 days | Mon 10/31/05 | Fri 6/30/06 |
| 10 | Confirm Scope | 20 days | Mon 10/31/05 | Fri 11/25/05 |
| 11 | Communicate and Track Status | 175 days | Mon 10/31/05 | Fri 6/30/06 |
| 12 | Manage Resources | 175 days | Mon 10/31/05 | Fri 6/30/06 |
| 13 | Monitor and Control Project | 175 days | Mon 10/31/05 | Fri 6/30/06 |
| 14 | Conduct Quality Assurance | 150 days | Mon 10/31/05 | Fri 5/26/06 |
| 15 | Manage Project Work Plan | 175 days | Mon 10/31/05 | Fri 6/30/06 |
| 16 | Maintain Project Work Plan | 175 days | Mon 10/31/05 | Fri 6/30/06 |
| 17 | Estimate Work | 175 days | Mon 10/31/05 | Fri 6/30/06 |
| 18 | Maintain Project Budget | 175 days | Mon 10/31/05 | Fri 6/30/06 |
| 19 | Monitor and Control Project | 175 days | Mon 10/31/05 | Fri 6/30/06 |
| 20 | Finalize Project Phase | 20 days | Fri 6/30/06 | Thu 7/27/06 |
| 21 | Review and Finalize Documentation | 20 days | Fri 6/30/06 | Thu 7/27/06 |
| 22 | Plan and Attend Project Training | 10 days | Mon 10/31/05 | Fri 11/11/05 |
| 23 | Manage Project Team Training | 10 days | Mon 10/31/05 | Fri 11/11/05 |
| 24 | Attend SAP Project Training | 10 days | Mon 10/31/05 | Fri 11/11/05 |
| 25 | Release 1 | 414 days | Tue 3/1/05 | Fri 9/29/06 |
| 26 | Project Preparation | 40 days | Mon 5/9/05 | Fri 7/1/05 |
| 29 | Business Blueprint | 105 days | Mon 7/4/05 | Fri 11/25/05 |
| 355 | Realization | 170 days | Thu 10/20/05 | Wed 6/14/06 |
| 356 | DG : Organizational Readiness | 152 days | Thu 10/20/05 | Fri 5/19/06 |
| 357 | Organizational Readiness Management | 145 days | Mon 10/31/05 | Fri 5/19/06 |
| 358 | Realization Detailed Plan | 145 days | Mon 10/31/05 | Fri 5/19/06 |

Project: ASAP Workplan - New
Date: Thu 3/29/07

Task / Split / Progress / Milestone / Summary / Project Summary / External Tasks / External Milestone / Deadline

| ID | Task Name | Duration | Start | Finish |
|---|---|---|---|---|
| 359 | Conduct Status Meetings | 139 days | Mon 10/31/05 | Thu 5/11/06 |
| 360 | Organizational Development | 75 days | Mon 11/14/05 | Fri 2/24/06 |
| 361 | Strategic Plan Tie-In Interviews | 13 days | Mon 11/14/05 | Wed 11/30/05 |
| 362 | Define Round 2 scope and approach | 13 days | Mon 11/14/05 | Wed 11/30/05 |
| 363 | DED09 Develop Strategic Change Plan | 33 days | Wed 1/11/06 | Fri 2/24/06 |
| 364 | Draft Strategic Change Plan | 13 days | Wed 1/11/06 | Fri 1/27/06 |
| 365 | Obtain Sign-Off on Strategic Change Plan | 15 days | Mon 1/30/06 | Fri 2/17/06 |
| 366 | Update Strategic Change Plan | 5 days | Mon 2/20/06 | Fri 2/24/06 |
| 367 | Change Leadership | 140 days | Mon 10/31/05 | Fri 5/12/06 |
| 368 | Leadership Alignment/Sponsorship | 140 days | Mon 10/31/05 | Fri 5/12/06 |
| 369 | Engage Leadership | 120 days | Thu 11/10/05 | Wed 4/26/06 |
| 370 | Meet with Department Heads/Assistant Department Heads | 120 days | Thu 11/10/05 | Wed 4/26/06 |
| 371 | Meet with Department Heads/Assistant Department Head | 120 days | Thu 11/10/05 | Wed 4/26/06 |
| 372 | Conduct leadership action support/coaching session | 11 days | Mon 1/9/06 | Mon 1/23/06 |
| 373 | Prepare for Leadership Action support/Coaching Session | 10 days | Mon 1/9/06 | Fri 1/20/06 |
| 374 | Conduct Leadership Action Support/Coaching Session | 1 day | Mon 1/23/06 | Mon 1/23/06 |
| 375 | Update Leadership Engagement Action Plans | 139 days | Tue 11/1/05 | Fri 5/12/06 |
| 376 | Review existing Executive actions required for Realization Phas | 6 days | Tue 11/1/05 | Tue 11/8/05 |
| 377 | Identify new Executive actions required for Realization phase | 3.33 days | Wed 11/9/05 | Mon 11/14/05 |
| 378 | Select managers for leadership action support | 1.25 days | Mon 11/14/05 | Tue 11/15/05 |
| 379 | Review approach and actions with managers | 1.67 days | Tue 11/15/05 | Thu 11/17/05 |
| 380 | Develop individual plans for selected managers | 5 days | Thu 11/17/05 | Thu 11/24/05 |
| 381 | Execute action plans | 10 days | Mon 5/1/06 | Fri 5/12/06 |
| 382 | Union Leadership enrollment plan | 51 days | Tue 11/15/05 | Tue 1/24/06 |
| 383 | Meet with Katie Gaier to discuss Union Leadership needs and | 1 day | Tue 11/15/05 | Tue 11/15/05 |
| 384 | Identify needs of union leadership to support on-going project a | 15 days | Wed 11/16/05 | Tue 12/6/05 |
| 385 | Develop joint plan of working with union leadership | 10 days | Wed 12/7/05 | Tue 12/20/05 |
| 386 | Review plan with HR and union leadership | 5 days | Wed 12/21/05 | Tue 12/27/05 |
| 387 | Finalize plan and conduct activities | 20 days | Wed 12/28/05 | Tue 1/24/06 |
| 388 | Change Impact | 27 days | Mon 10/31/05 | Tue 12/6/05 |
| 389 | Review Change Impact Summaries | 2 days | Mon 11/14/05 | Tue 11/15/05 |

Project: ASAP Workplan - New
Date: Thu 3/29/07

Task | Milestone | External Tasks
Split | Summary | External Milestone
Progress | Project Summary | Deadline

| ID | Task Name | Duration | Start | Finish |
|---|---|---|---|---|
| 390 | Develop action plan | 0.75 days | Fri 11/18/05 | Fri 11/18/05 |
| 391 | Obtain Approval on plan | 1.67 days | Mon 11/21/05 | Tue 11/22/05 |
| 392 | Identify Change Impact for Sub-Processes | 1 day | Tue 11/22/05 | Wed 11/23/05 |
| 393 | Finalize summary of Change Impact with level of degree and ac | 0.5 days | Tue 12/6/05 | Tue 12/6/05 |
| 394 | Communicate Summary of Change Impact to PMO | 1 day | Mon 10/31/05 | Mon 10/31/05 |
| 395 | **Change Readiness Assessment** | **127 days** | **Mon 10/31/05** | **Tue 4/25/06** |
| 396 | **Conduct CRA** | **33.6 days** | **Mon 10/31/05** | **Thu 12/15/05** |
| 397 | Administer CRA survey | 10 days | Mon 10/31/05 | Fri 11/11/05 |
| 398 | Conduct preliminary survey analysis | 3 days | Mon 11/7/05 | Wed 11/9/05 |
| 399 | Identify individuals for focus groups and interviews | 2 days | Thu 11/10/05 | Fri 11/11/05 |
| 400 | Schedule focus group/interview sessions | 3 days | Mon 11/14/05 | Wed 11/16/05 |
| 401 | Review findings from OD interviews, incorporate into CRA as a | 0.75 days | Thu 11/17/05 | Thu 11/17/05 |
| 402 | Conduct focus groups and interviews | 5 days | Thu 11/17/05 | Wed 11/23/05 |
| 403 | Develop CRA Report (identify key resistance areas and recomm | 9.6 days | Thu 11/24/05 | Wed 12/7/05 |
| 404 | Review CRA results with Organizational Readiness Team and | 1 day | Wed 12/7/05 | Thu 12/8/05 |
| 405 | Present CRA Report and findings and recommended change l | 1 day | Thu 12/8/05 | Fri 12/9/05 |
| 406 | Update Change Management Strategy, Communication Strateg | 4 days | Fri 12/9/05 | Thu 12/15/05 |
| 407 | Change Readiness Activities (Stakeholder Engagement) | 127 days | Mon 10/31/05 | Tue 4/25/06 |
| 408 | **Communications** | **149 days** | **Thu 10/20/05** | **Tue 5/16/06** |
| 409 | Develop appropriate communication materials | 140 days | Mon 10/31/05 | Fri 5/12/06 |
| 410 | Review appropriate communication materials | 140 days | Mon 10/31/05 | Fri 5/12/06 |
| 411 | **Execute Communications** | **149 days** | **Thu 10/20/05** | **Tue 5/16/06** |
| 412 | Participate in ESC Meetings | 144 days | Thu 10/20/05 | Tue 5/9/06 |
| 413 | Particpate in Dept Head Meetings | 139 days | Mon 10/31/05 | Thu 5/11/06 |
| 414 | Participate in Assistant Dept Head Meetings | 134 days | Thu 11/3/05 | Tue 5/9/06 |
| 415 | Participate in ASP Meetings | 130.48 days | Wed 11/9/05 | Wed 5/10/06 |
| 416 | All Hands Meetings | 128.3 days | Fri 10/28/05 | Thu 4/27/06 |
| 417 | BOS Aides Meetings | 119.24 days | Tue 11/29/05 | Mon 5/15/06 |
| 418 | Frequently Asked Questions | 120 days | Mon 10/31/05 | Fri 4/14/06 |
| 419 | Talking Points | 135.25 days | Mon 10/24/05 | Mon 5/1/06 |
| 420 | Press | 21 days | Mon 10/31/05 | Mon 11/28/05 |

Project: ASAP Workplan - New
Date: Thu 3/29/07

| Task | Milestone | External Tasks |
| Split | Summary | External Milestone |
| Progress | Project Summary | Deadline |

Page 3

| ID | Task Name | Duration | Start | Finish |
|---|---|---|---|---|
| 421 | BOS Agenda | 140 days | Mon 10/31/05 | Fri 5/12/06 |
| 422 | Track Feedback | 140 days | Mon 10/31/05 | Fri 5/12/06 |
| 423 | Maintain MERIT Website | 140 days | Mon 10/31/05 | Fri 5/12/06 |
| 424 | Newletter Update | 25 days | Mon 10/31/05 | Fri 12/2/05 |
| 425 | Change Leader Team | 142 days | Mon 10/31/05 | Tue 5/16/06 |
| 426 | Roadshows | 68 days | Mon 1/23/06 | Wed 4/26/06 |
| 427 | **DG : Training & Documentation** | **159 days** | **Mon 10/31/05** | **Thu 6/8/06** |
| 428 | Conduct RWD Learning Needs Analysis | 30 days | Mon 10/31/05 | Fri 12/9/05 |
| 429 | Define SAP Courses / Exercises / Instructor Guides / Environments | 0 days | Thu 11/3/05 | Thu 11/3/05 |
| 430 | Install InfoPak | 2 days | Mon 10/31/05 | Tue 11/1/05 |
| 431 | Define Training Document Templates | 1 day | Mon 10/31/05 | Mon 10/31/05 |
| 432 | Create and Manage Training Development Tracking Methodology and To | 1 day | Mon 10/31/05 | Mon 10/31/05 |
| 433 | Attend InfoPak training | 5 days | Mon 12/5/05 | Fri 12/9/05 |
| 434 | **(DED17) Role to Position Mapping (R2PM)** | **50 days** | **Mon 12/12/05** | **Fri 2/17/06** |
| 435 | Conduct Change Leader R2PM Training | 5 days | Mon 12/12/05 | Fri 12/16/05 |
| 436 | Perform R2PM with Change Leaders | 35 days | Mon 12/12/05 | Fri 1/27/06 |
| 437 | Finalize R2PM Data | 3 days | Wed 2/1/06 | Fri 2/3/06 |
| 438 | Map Curriculum to Job Roles | 5 days | Mon 2/6/06 | Fri 2/10/06 |
| 439 | Conduct R2PM Validation Workshops | 5 days | Mon 2/13/06 | Fri 2/17/06 |
| 440 | **(DED18) Training Production** | **134 days** | **Mon 12/5/05** | **Thu 6/8/06** |
| 441 | **Develop Instructional Materials** | **101 days** | **Mon 12/5/05** | **Mon 4/24/06** |
| 442 | Develop Detailed Plan Process for Courseware Development / QA / | 10 days | Mon 12/5/05 | Fri 12/16/05 |
| 443 | Develop Courseware | 80 days | Tue 1/3/06 | Mon 4/24/06 |
| 444 | Functional Review of Courseware | 5 days | Mon 4/3/06 | Fri 4/7/06 |
| 445 | **Establish Training System Environment** | **43 days** | **Wed 3/15/06** | **Fri 5/12/06** |
| 446 | Identify Training Data Requirements | 10 days | Wed 3/15/06 | Tue 3/28/06 |
| 447 | Create Data Build Strategy | 10 days | Mon 4/3/06 | Fri 4/14/06 |
| 448 | Build Training Data | 15 days | Mon 4/17/06 | Fri 5/5/06 |
| 449 | Validate Course Materials and Training Data | 10 days | Mon 5/1/06 | Fri 5/12/06 |
| 450 | **Train the Trainer** | **29 days** | **Mon 5/1/06** | **Thu 6/8/06** |
| 451 | Prepare for train the trainer | 25 days | Mon 5/1/06 | Fri 6/2/06 |

| ID  | Task Name | Duration | Start | Finish |
|-----|-----------|----------|-------|--------|
| 452 | Conduct Train the Trainer | 5 days | Fri 6/2/06 | Thu 6/8/06 |
| 453 | **(DED20) End-User Training Program** | **140 days** | **Mon 10/31/05** | **Fri 5/12/06** |
| 454 | Deploy Course Evaluation Metric | 1 day | Mon 10/31/05 | Mon 10/31/05 |
| 455 | Conduct SAP Course Pilots | 1 day | Mon 10/31/05 | Mon 10/31/05 |
| 456 | Refine Course Content / Presentation Based on Pilot Findings | 1 day | Mon 10/31/05 | Mon 10/31/05 |
| 457 | Print Training Materials | 1 day | Mon 10/31/05 | Mon 10/31/05 |
| 458 | Identify / Schedule Course Dates and Times | 140 days | Mon 10/31/05 | Fri 5/12/06 |
| 459 | Assign End-Users Training Courses | 140 days | Mon 10/31/05 | Fri 5/12/06 |
| 460 | Communicate End-User Course Assignments | 1 day | Mon 10/31/05 | Mon 10/31/05 |
| 461 | Obtain Sign-off on Preliminary End-User Training Schedules | 140 days | Mon 10/31/05 | Fri 5/12/06 |
| 462 | Training Kick-Off | 1 day | Mon 10/31/05 | Mon 10/31/05 |
| 463 | Conduct Training Effectiveness Assessment | 1 day | Mon 10/31/05 | Mon 10/31/05 |
| 464 | **DG: Developments, User Interface, Integration** | **100 days** | **Mon 11/14/05** | **Fri 3/31/06** |
| 465 | Forms | 100 days | Mon 11/14/05 | Fri 3/31/06 |
| 466 | **M : Forms Development** | **100 days** | **Mon 11/14/05** | **Fri 3/31/06** |
| 467 | Create Forms Technical Specifications | 100 days | Mon 11/14/05 | Fri 3/31/06 |
| 468 | Build and Test Forms | 100 days | Mon 11/14/05 | Fri 3/31/06 |
| 469 | Review and Sign-Off on Forms | 100 days | Mon 11/14/05 | Fri 3/31/06 |
| 470 | Reports | 100 days | Mon 11/14/05 | Fri 3/31/06 |
| 471 | **M : Reports Development** | **100 days** | **Mon 11/14/05** | **Fri 3/31/06** |
| 472 | Create Report Technical Specifications | 100 days | Mon 11/14/05 | Fri 3/31/06 |
| 473 | Build and Test Reports | 100 days | Mon 11/14/05 | Fri 3/31/06 |
| 474 | Review and Sign-Off on Reports | 100 days | Mon 11/14/05 | Fri 3/31/06 |
| 475 | Interface Programs | 100 days | Mon 11/14/05 | Fri 3/31/06 |
| 476 | **M : Interface Programs Development** | **100 days** | **Mon 11/14/05** | **Fri 3/31/06** |
| 477 | Create Interface Technical Specifications | 100 days | Mon 11/14/05 | Fri 3/31/06 |
| 478 | Build and Test Interfaces | 100 days | Mon 11/14/05 | Fri 3/31/06 |
| 479 | Review and Sign-Off on Interfaces | 100 days | Mon 11/14/05 | Fri 3/31/06 |
| 480 | Data Conversion Programs | 100 days | Mon 11/14/05 | Fri 3/31/06 |
| 481 | **M : Conversion Development** | **100 days** | **Mon 11/14/05** | **Fri 3/31/06** |
| 482 | Create Conversion Technical Specifications | 100 days | Mon 11/14/05 | Fri 3/31/06 |

Project: ASAP Workplan - New
Date: Thu 3/29/07

Task / Split / Progress / Milestone / Summary / Project Summary / External Tasks / External Milestone / Deadline

| ID | Task Name | Duration | Start | Finish |
|---|---|---|---|---|
| 483 | Build and Test Conversions | 100 days | Mon 11/14/05 | Fri 3/31/06 |
| 484 | Review and Sign-Off on Conversions | 100 days | Mon 11/14/05 | Fri 3/31/06 |
| 485 | **Enhancement Programs** | 100 days | Mon 11/14/05 | Fri 3/31/06 |
| 486 | **M : Enhancements Development** | 100 days | Mon 11/14/05 | Fri 3/31/06 |
| 487 | Create Enhancement Technical Specifications | 100 days | Mon 11/14/05 | Fri 3/31/06 |
| 488 | Build and Test Enhancements | 100 days | Mon 11/14/05 | Fri 3/31/06 |
| 489 | Review and Sign-Off on Enhancements | 100 days | Mon 11/14/05 | Fri 3/31/06 |
| 490 | **Workflow** | 100 days | Mon 11/14/05 | Fri 3/31/06 |
| 491 | **M : Workflow Development** | 100 days | Mon 11/14/05 | Fri 3/31/06 |
| 492 | Create Workflow Technical Specifications | 100 days | Mon 11/14/05 | Fri 3/31/06 |
| 493 | Build and Test Workflows | 100 days | Mon 11/14/05 | Fri 3/31/06 |
| 494 | Review and Sign-Off on Enhancements | 100 days | Mon 11/14/05 | Fri 3/31/06 |
| 495 | **Miscellaneous Development** | 100 days | Mon 11/14/05 | Fri 3/31/06 |
| 496 | **M : Miscellaneous Development** | 100 days | Mon 11/14/05 | Fri 3/31/06 |
| 497 | Create Technical Specification for Miscellaneous Development | 100 days | Mon 11/14/05 | Fri 3/31/06 |
| 498 | Build and Test Miscellaneous Development | 100 days | Mon 11/14/05 | Fri 3/31/06 |
| 499 | Review and Sign-Off on Misc. Development | 100 days | Mon 11/14/05 | Fri 3/31/06 |
| 500 | **DG: Baseline Configuration** | 45 days | Mon 11/14/05 | Fri 1/13/06 |
| 501 | **Configured and Confirmed Baseline** | 45 days | Mon 11/14/05 | Fri 1/13/06 |
| 502 | **M : Plans for Baseline Configuration** | 10 days | Mon 11/14/05 | Fri 11/25/05 |
| 503 | Refine Baseline | 5 days | Mon 11/14/05 | Fri 11/18/05 |
| 504 | Create and Approve Plan for Baseline Configuration | 5 days | Mon 11/21/05 | Fri 11/25/05 |
| 505 | **M : Initial Settings and Organizational Structure** | 5 days | Mon 11/21/05 | Fri 11/25/05 |
| 506 | Establish General Settings | 5 days | Mon 11/21/05 | Fri 11/25/05 |
| 507 | Establish Organizational Structure | 5 days | Mon 11/21/05 | Fri 11/25/05 |
| 508 | **M : Baseline Configuration** | 40 days | Mon 11/21/05 | Fri 1/13/06 |
| 509 | Configure Processes and Functions | 25 days | Mon 11/21/05 | Fri 12/23/05 |
| 510 | Verify Baseline Configuration Completion | 40 days | Mon 11/21/05 | Fri 1/13/06 |
| 511 | **M : Baseline Testing** | 40 days | Mon 11/21/05 | Fri 1/13/06 |
| 512 | Define Baseline Test Cases | 25 days | Mon 11/21/05 | Fri 12/23/05 |
| 513 | Test Baseline | 40 days | Mon 11/21/05 | Fri 1/13/06 |

| ID | Task Name | Duration | Start | Finish |
|---|---|---|---|---|
| 514 | Develop BPPS | 40 days | Mon 11/21/05 | Fri 1/13/06 |
| 515 | M : Baseline Confirmation | 9 days | Tue 1/3/06 | Fri 1/13/06 |
| 516 | Prepare Baseline Confirmation Session | 4 days | Tue 1/3/06 | Fri 1/6/06 |
| 517 | Perform Baseline Confirmation | 4 days | Tue 1/10/06 | Fri 1/13/06 |
| 518 | Review and Sign Off Baseline Confirmation | 1 day | Fri 1/13/06 | Fri 1/13/06 |
| 519 | MILESTONE: Baseline Completed | 0 days | Fri 1/13/06 | Fri 1/13/06 |
| 520 | DG: Quality Assurance Installation | 140 days | Mon 11/21/05 | Fri 6/2/06 |
| 521 | Quality Assurance Environment | 140 days | Mon 11/21/05 | Fri 6/2/06 |
| 522 | M : Install QA Environment | 140 days | Mon 11/21/05 | Fri 6/2/06 |
| 523 | Transport System Changes | 140 days | Mon 11/21/05 | Fri 6/2/06 |
| 524 | Build and Configure Quality Assurance Environment | 10 days | Wed 2/1/06 | Tue 2/14/06 |
| 525 | Set Up User Security for Project Team | 10 days | Wed 2/1/06 | Tue 2/14/06 |
| 526 | Install and Configure Project Output Devices | 10 days | Wed 2/1/06 | Tue 2/14/06 |
| 527 | Create training clients | 10 days | Wed 2/1/06 | Tue 2/14/06 |
| 528 | DG: Cutover and Go Live Planning | 83 days | Wed 2/1/06 | Fri 5/26/06 |
| 529 | Preliminary Go Live Plan | 40 days | Wed 2/1/06 | Tue 3/28/06 |
| 530 | M : Production Support and Cutover Planning | 40 days | Wed 2/1/06 | Tue 3/28/06 |
| 531 | Create Conversion Plan | 20 days | Wed 2/1/06 | Tue 2/28/06 |
| 532 | Finalize Cutover Plan | 20 days | Wed 3/1/06 | Tue 3/28/06 |
| 533 | Determine Production Support Plan | 20 days | Wed 2/1/06 | Tue 2/28/06 |
| 534 | Technical Operations and Handover Strategy | 83 days | Wed 2/1/06 | Fri 5/26/06 |
| 535 | M : User Support Strategy Refinement | 20 days | Wed 2/1/06 | Tue 2/28/06 |
| 536 | Define Roles and Responsibilities for Support | 20 days | Wed 2/1/06 | Tue 2/28/06 |
| 537 | Define User Support Infrastructure | 20 days | Wed 2/1/06 | Tue 2/28/06 |
| 538 | Define Procedures for Support | 20 days | Wed 2/1/06 | Tue 2/28/06 |
| 539 | M : Solution Management Procedures Definition | 20 days | Wed 2/1/06 | Tue 2/28/06 |
| 540 | Define Strategy for Business Process and Interface Mgmt | 20 days | Wed 2/1/06 | Tue 2/28/06 |
| 541 | Define Strategy for Program Management Scheduling | 20 days | Wed 2/1/06 | Tue 2/28/06 |
| 542 | Define System Management Strategy | 20 days | Wed 2/1/06 | Tue 2/28/06 |
| 543 | Software and Upgrade Management Strategy | 20 days | Wed 2/1/06 | Tue 2/28/06 |
| 544 | M : Solution Monitoring Strategy | 20 days | Wed 2/1/06 | Tue 2/28/06 |

| ID | Task Name | Duration | Start | Finish |
|---|---|---|---|---|
| 545 | Define Solution Landscape and setup Early Watch Alert | 20 days | Wed 2/1/06 | Tue 2/28/06 |
| 546 | Define Service Level Management Strategy | 20 days | Wed 2/1/06 | Tue 2/28/06 |
| 547 | Define System Monitoring Strategy | 20 days | Wed 2/1/06 | Tue 2/28/06 |
| 548 | Define Business Process Monitoring Strategy | 20 days | Wed 2/1/06 | Tue 2/28/06 |
| 549 | M : Systems Handover Strategy | 20 days | Wed 2/1/06 | Tue 2/28/06 |
| 550 | Define Scope of Systems Management Handover | 20 days | Wed 2/1/06 | Tue 2/28/06 |
| 551 | Define Requirements for Technical Infrastructure Handover | 20 days | Wed 2/1/06 | Tue 2/28/06 |
| 552 | Define Handover Schedule for Technical Infrastruture | 20 days | Wed 2/1/06 | Tue 2/28/06 |
| 553 | M : Application Handover Strategy | 20 days | Wed 2/1/06 | Tue 2/28/06 |
| 554 | Define Scope of the Application Handover | 20 days | Wed 2/1/06 | Tue 2/28/06 |
| 555 | Define Requirements for Application Handover | 20 days | Wed 2/1/06 | Tue 2/28/06 |
| 556 | Define Schedule for Application Handover | 20 days | Wed 2/1/06 | Tue 2/28/06 |
| 557 | M : User Support Setup | 40 days | Mon 4/3/06 | Fri 5/26/06 |
| 558 | Set Up Support Organization | 20 days | Mon 4/3/06 | Fri 4/28/06 |
| 559 | Set Up User Support Infrastructure | 40 days | Mon 4/3/06 | Fri 5/26/06 |
| 560 | M : Solution Management Procedures Setup | 10 days | Mon 4/3/06 | Fri 4/14/06 |
| 561 | Set Up Program Management Scheduling | 10 days | Mon 4/3/06 | Fri 4/14/06 |
| 562 | Set Up System Management | 10 days | Mon 4/3/06 | Fri 4/14/06 |
| 563 | DG: Authorizations and Security Implementation | 153 days | Mon 11/14/05 | Wed 6/14/06 |
| 564 | System User Roles, Authorizations and Security | 153 days | Mon 11/14/05 | Wed 6/14/06 |
| 565 | M : Security Strategy Implementation | 30 days | Mon 11/14/05 | Fri 12/23/05 |
| 566 | Implement System Security | 30 days | Mon 11/14/05 | Fri 12/23/05 |
| 567 | Implement Application Level Security | 30 days | Mon 11/14/05 | Fri 12/23/05 |
| 568 | M : User Roles and Authorizations Implementation | 60 days | Mon 11/21/05 | Fri 2/10/06 |
| 569 | Create Single Roles | 60 days | Mon 11/21/05 | Fri 2/10/06 |
| 570 | Create Derived Roles | 60 days | Mon 11/21/05 | Fri 2/10/06 |
| 571 | Create Composite Roles | 60 days | Mon 11/21/05 | Fri 2/10/06 |
| 572 | M : User Roles and Authorizations Validation | 4 days | Tue 2/7/06 | Fri 2/10/06 |
| 573 | Verify User Roles and Authorizations | 4 days | Tue 2/7/06 | Fri 2/10/06 |
| 574 | Sign Off User Roles and Authorizations | 4 days | Tue 2/7/06 | Fri 2/10/06 |
| 575 | M : Authorization Management Strategy and Procedures | 148 days | Mon 11/21/05 | Wed 6/14/06 |

Project: ASAP Workplan - New
Date: Thu 3/29/07

| Task | Milestone | External Tasks |
| Split | Summary | External Milestone |
| Progress | Project Summary | Deadline |

| ID | Task Name | Duration | Start | Finish |
|---|---|---|---|---|
| 576 | Define Technical Strategy for User and Authorization Management | 60 days | Mon 11/21/05 | Fri 2/10/06 |
| 577 | Define User and Authorization Management Procedures | 60 days | Mon 11/21/05 | Fri 2/10/06 |
| 578 | Train User and Authorization Administrators | 10 days | Thu 6/1/06 | Wed 6/14/06 |
| 579 | M : User Roles and Authorizations Cutover | 10 days | Mon 5/1/06 | Fri 5/12/06 |
| 580 | Create User Master Records for Production Users | 10 days | Mon 5/1/06 | Fri 5/12/06 |
| 581 | Integrate User Roles with mySAP Enterprise Portals | 10 days | Mon 5/1/06 | Fri 5/12/06 |
| 582 | Sign Off User Roles and Authorizations Project | 1 day | Fri 5/12/06 | Fri 5/12/06 |
| 583 | DG: Final Configuration | 64 days | Tue 1/3/06 | Fri 3/31/06 |
| 584 | Final Configuration and Development Cycle Plan | 4 days | Tue 1/3/06 | Fri 1/6/06 |
| 585 | M : Final Configuration and Development Planning | 4 days | Tue 1/3/06 | Fri 1/6/06 |
| 586 | Refine Configuration and Development Cycle Scope | 4 days | Tue 1/3/06 | Fri 1/6/06 |
| 587 | Approve Config and Development Plan for Final Scope | 4 days | Tue 1/3/06 | Fri 1/6/06 |
| 588 | Confirmed Configuration and Development - Cycle (1) | 29 days | Tue 1/3/06 | Fri 2/10/06 |
| 589 | M : Configuration and Development Planning - Cycle (1) | 4 days | Tue 1/3/06 | Fri 1/6/06 |
| 590 | Refine Scope - Cycle (1) | 4 days | Tue 1/3/06 | Fri 1/6/06 |
| 591 | Refine and Approve Test Plan - Cycle (1) | 4 days | Tue 1/3/06 | Fri 1/6/06 |
| 592 | Approve Configuration and Development Plan - Cycle (1) | 4 days | Tue 1/3/06 | Fri 1/6/06 |
| 593 | M : Configuration - Cycle (1) | 20 days | Mon 1/16/06 | Fri 2/10/06 |
| 594 | Configure Processes and Functions - Cycle (1) | 20 days | Mon 1/16/06 | Fri 2/10/06 |
| 595 | M : Development - Cycle (1) | 20 days | Mon 1/16/06 | Fri 2/10/06 |
| 596 | Develop RICEFW - Cycle (1) | 20 days | Mon 1/16/06 | Fri 2/10/06 |
| 597 | Verify Development Completion - Cycle (1) | 20 days | Mon 1/16/06 | Fri 2/10/06 |
| 598 | M : Testing - Cycle (1) | 20 days | Mon 1/16/06 | Fri 2/10/06 |
| 599 | Conduct Unit Testing - Cycle (1) | 20 days | Mon 1/16/06 | Fri 2/10/06 |
| 600 | Develop BPPs - Cycle (1) | 20 days | Mon 1/16/06 | Fri 2/10/06 |
| 601 | Confirmed Configuration and Development - Cycle (2) | 20 days | Mon 2/13/06 | Fri 3/10/06 |
| 602 | M : Configuration - Cycle (2) | 20 days | Mon 2/13/06 | Fri 3/10/06 |
| 603 | Configure Processes and Functions - Cycle (2) | 20 days | Mon 2/13/06 | Fri 3/10/06 |
| 604 | M : Development - Cycle (2) | 20 days | Mon 2/13/06 | Fri 3/10/06 |
| 605 | Develop RICEFW - Cycle (2) | 20 days | Mon 2/13/06 | Fri 3/10/06 |
| 606 | Verify Development Completion - Cycle (2) | 20 days | Mon 2/13/06 | Fri 3/10/06 |

Project: ASAP Workplan – New
Date: Thu 3/29/07

Task  Milestone  External Tasks
Split  Summary  External Milestone
Progress  Project Summary  Deadline

| ID | Task Name | Duration | Start | Finish |
|---|---|---|---|---|
| 607 | M : Testing - Cycle (2) | 20 days | Mon 2/13/06 | Fri 3/10/06 |
| 608 | Conduct Unit Testing - Cycle (2) | 20 days | Mon 2/13/06 | Fri 3/10/06 |
| 609 | Develop BPPs - Cycle (2) | 20 days | Mon 2/13/06 | Fri 3/10/06 |
| 610 | Confirmed Configuration and Development - Cycle (3) | 23 days | Wed 3/1/06 | Fri 3/31/06 |
| 611 | M : Configuration - Cycle (3) | 10 days | Mon 3/20/06 | Fri 3/31/06 |
| 612 | Configure Processes and Functions - Cycle (3) | 10 days | Mon 3/20/06 | Fri 3/31/06 |
| 613 | M : Development - Cycle (3) | 10 days | Mon 3/20/06 | Fri 3/31/06 |
| 614 | Develop RICEFW - Cycle (3) | 10 days | Mon 3/20/06 | Fri 3/31/06 |
| 615 | Verify Development Completion - Cycle (3) | 10 days | Mon 3/20/06 | Fri 3/31/06 |
| 616 | M : Testing - Cycle (3) | 10 days | Mon 3/20/06 | Fri 3/31/06 |
| 617 | Conduct Unit Testing - Cycle (3) | 10 days | Mon 3/20/06 | Fri 3/31/06 |
| 618 | Develop BPPs - Cycle (3) | 10 days | Mon 3/20/06 | Fri 3/31/06 |
| 619 | M : Final Confirmation | 22 days | Wed 3/1/06 | Fri 3/31/06 |
| 620 | Prepare Final Confirmation Session | 10 days | Wed 3/1/06 | Tue 3/14/06 |
| 621 | Perform Final Confirmation | 10 days | Wed 3/1/06 | Tue 3/14/06 |
| 622 | Review and Sign Off Confirmation - Cycle (3) | 0 days | Fri 3/31/06 | Fri 3/31/06 |
| 623 | MILESTONE: Solution Built | 0 days | Fri 3/31/06 | Fri 3/31/06 |
| 624 | DG: Final Integration Test | 53 days | Wed 3/1/06 | Fri 5/12/06 |
| 625 | Final Integration Test Plans | 22 days | Wed 3/1/06 | Fri 3/31/06 |
| 626 | M : Final Integration Test Preparation | 22 days | Wed 3/1/06 | Fri 3/31/06 |
| 627 | Set Up Test Team and Logistics | 20 days | Wed 3/1/06 | Tue 3/28/06 |
| 628 | Define Integration Test Cases and Scope | 20 days | Wed 3/1/06 | Tue 3/28/06 |
| 629 | Create and Approve Final Integration Test Plan | 20 days | Wed 3/1/06 | Tue 3/28/06 |
| 630 | Migrate Objects to QA Environment | 2 days | Tue 3/28/06 | Wed 3/29/06 |
| 631 | Verify Migration of All Objects to QA | 2 days | Tue 3/28/06 | Wed 3/29/06 |
| 632 | Freeze System | 0 days | Fri 3/31/06 | Fri 3/31/06 |
| 633 | Approved Final Integration Test | 30 days | Mon 4/3/06 | Fri 5/12/06 |
| 634 | M : Final Integration Test Execution | 30 days | Mon 4/3/06 | Fri 5/12/06 |
| 635 | Conduct Integration Test Cycle 1 | 15 days | Mon 4/3/06 | Fri 4/21/06 |
| 636 | Conduct Integration Test 2 | 15 days | Mon 4/24/06 | Fri 5/12/06 |
| 637 | Finalize System | 0 days | Fri 5/12/06 | Fri 5/12/06 |

Project: ASAP Workplan - New
Date: Thu 3/29/07

Task / Split / Progress / Milestone / Summary / Project Summary / External Tasks / External Milestone / Deadline

| ID | Task Name | Duration | Start | Finish |
|---|---|---|---|---|
| 638 | Review and Approve Final Integration Test | 0 days | Fri 5/12/06 | Fri 5/12/06 |
| 639 | MILESTONE: Solution Tested | 0 days | Fri 5/12/06 | Fri 5/12/06 |
| 640 | DG: Production Installation | 50 days | Mon 4/3/06 | Fri 6/9/06 |
| 641 | Production Infrastructure Readiness | 50 days | Mon 4/3/06 | Fri 6/9/06 |
| 642 | M : Final Site Inspection (Facilities Management) | 50 days | Mon 4/3/06 | Fri 6/9/06 |
| 643 | Review Technical Infrastructure in Data Center | 50 days | Mon 4/3/06 | Fri 6/9/06 |
| 644 | Review Procedures for Communicating with Data Center | 50 days | Mon 4/3/06 | Fri 6/9/06 |
| 645 | Review Operation Procedures in Data Center | 50 days | Mon 4/3/06 | Fri 6/9/06 |
| 646 | M : Network Infrastructure Setup | 50 days | Mon 4/3/06 | Fri 6/9/06 |
| 647 | Install or Upgrade LAN and/or WAN | 50 days | Mon 4/3/06 | Fri 6/9/06 |
| 648 | Set Up Network Interface Infrastructure | 50 days | Mon 4/3/06 | Fri 6/9/06 |
| 649 | Test Network Capabilities | 50 days | Mon 4/3/06 | Fri 6/9/06 |
| 650 | Production Environment Design & Setup | 50 days | Mon 4/3/06 | Fri 6/9/06 |
| 651 | M : Production Environment Setup | 50 days | Mon 4/3/06 | Fri 6/9/06 |
| 652 | Verify Data Management Strategy | 50 days | Mon 4/3/06 | Fri 6/9/06 |
| 653 | Review Production System Disk and Database Layout | 50 days | Mon 4/3/06 | Fri 6/9/06 |
| 654 | Install Backend and Middleware Servers | 50 days | Mon 4/3/06 | Fri 6/9/06 |
| 655 | Install Required Software Components | 50 days | Mon 4/3/06 | Fri 6/9/06 |
| 656 | Build and Configure Production Environment | 50 days | Mon 4/3/06 | Fri 6/9/06 |
| 657 | Install and Configure Output Devices | 50 days | Mon 4/3/06 | Fri 6/9/06 |
| 658 | Roll Out Frontend Software | 50 days | Mon 4/3/06 | Fri 6/9/06 |
| 659 | DG: Performance Test Planning | 70 days | Wed 2/1/06 | Tue 5/9/06 |
| 660 | System Test Plans | 70 days | Wed 2/1/06 | Tue 5/9/06 |
| 661 | M : Performance Test Plans | 10 days | Wed 3/15/06 | Tue 3/28/06 |
| 662 | Develop Functional and Performance Tests with Technical Team | 10 days | Wed 3/15/06 | Tue 3/28/06 |
| 663 | Develop Volume Test Plan | 10 days | Wed 3/15/06 | Tue 3/28/06 |
| 664 | Develop Stress Test Plan | 10 days | Wed 3/15/06 | Tue 3/28/06 |
| 665 | M : Technical Infrastructure Test Plans | 10 days | Wed 3/15/06 | Tue 3/28/06 |
| 666 | Develop System Administration Test Plan | 10 days | Wed 3/15/06 | Tue 3/28/06 |
| 667 | Develop Printing and Faxing Test Plan | 10 days | Wed 3/15/06 | Tue 3/28/06 |
| 668 | Develop Failure Scenarios Test Plan | 10 days | Wed 3/15/06 | Tue 3/28/06 |

Project: ASAP Workplan - New
Date: Thu 3/29/07

Task / Split / Progress / Milestone / Summary / Project Summary / External Tasks / External Milestone / Deadline

| ID | Task Name | Duration | Start | Finish |
|---|---|---|---|---|
| 669 | Define Disaster Recovery Procedures and Test Plan | 10 days | Wed 3/15/06 | Tue 3/28/06 |
| 670 | M : High Availability Implementation | 10 days | Wed 2/1/06 | Tue 2/14/06 |
| 671 | Implement Backup and Recovery Strategy | 10 days | Wed 2/1/06 | Tue 2/14/06 |
| 672 | Implement Switchover Strategy | 10 days | Wed 2/1/06 | Tue 2/14/06 |
| 673 | Implement Disaster Recovery Strategy | 10 days | Wed 2/1/06 | Tue 2/14/06 |
| 674 | M : Technical Infrastructure Tests Execution | 5 days | Wed 5/3/06 | Tue 5/9/06 |
| 675 | Conduct System Administration Tests | 5 days | Wed 5/3/06 | Tue 5/9/06 |
| 676 | Conduct Backup and Restore Procedures Test | 5 days | Wed 5/3/06 | Tue 5/9/06 |
| 677 | Conduct Printing and Fax Tests | 5 days | Wed 5/3/06 | Tue 5/9/06 |
| 678 | Conduct Failure Scenarios Test | 5 days | Wed 5/3/06 | Tue 5/9/06 |
| 679 | Conduct Disaster Recovery Test | 5 days | Wed 5/3/06 | Tue 5/9/06 |
| 680 | Conduct Test of Connectivity to All Systems | 5 days | Wed 5/3/06 | Tue 5/9/06 |
| 681 | SAP GoingLive Check | 0 days | Tue 5/2/06 | Tue 5/2/06 |
| 682 | Final Preparation | 349 days | Tue 3/1/05 | Sat 7/1/06 |
| 772 | Go Live and Support | 65 days | Mon 7/3/06 | Fri 9/29/06 |
| 827 | Release 2 | 260 days | Tue 1/3/06 | Mon 1/1/07 |

Project: ASAP Workplan - New
Date: Thu 3/29/07

Task / Split / Progress / Milestone / Summary / Project Summary / External Tasks / External Milestone / Deadline