MATTHEW A. TAYLOR (*pro hac vice*)
PATRICK J. LOFTUS (*pro hac vice*)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: 215.979.1000
Facsimile: 215.979.1020
E-mail:  mataylor@duanemorris.com

STEPHEN H. SUTRO (SBN 172168)
JENNIFER BRIGGS FISHER (SBN 241321)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:   shsutro@duanemorris.com
          jbfisher@duanemorris.com

Attorneys for Defendants
SAP AMERICA, INC. and SAP PUBLIC SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN, | Case No.: C-11-00381-SI |
| Plaintiffs, | **REQUEST FOR JUDICIAL NOTICE;** |
| vs. | **DECLARATION OF JENNIFER BRIGGS FISHER IN SUPPORT THEREOF** |
| DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC., and ERNEST W. CULVER, | Date:  August 12, 2011<br>Time:  9:00 a.m.<br>Dept.:  Courtroom 10, 19th Floor |
| Defendants. | |

## REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, Defendants SAP America, Inc. and SAP Public Services, Inc. (collectively "SAP") respectfully request that the Court take judicial notice of the documents identified below and attached hereto.

///

///

- 1 -
CASE NO.: C-11-00381-SI
REQUEST FOR JUDICIAL NOTICE; DECL. OF JENNIFER BRIGGS FISHER ISO THEREOF
DM1\2647800.1

I.   ARGUMENT

Federal Rule of Evidence 201 ("Rule 201") allows a court to take judicial notice of facts that are "not subject to reasonable dispute in that [they are] either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).

### A.   Public Records May be Considered in Ruling on a Motion to Dismiss.

In ruling on a motion to dismiss, the Court may consider public records. *Mack v. South Bay Beer Distributors*, 798 F.2d 1279, 1282 (9th Cir. 1986), abrogated on other grounds by *Astoria Federal Savings and Loan Ass'n v. Solimino*, 501 U.S. 104 (1991).  The letter from the Deputy Director of Human Resources for the County of Marin (the "County") regarding Defendant Ernest Culver's employment opportunities with SAP is a "public record" available under the California Public Records Act, Cal. Gov. Code § 6252(e) ("CPRA"), and may be therefore considered in connection with this motion.  A true and correct copy of the letter from the County is attached as Exhibit A to the Fisher Declaration.

### B.   Documents Incorporated into the Complaint May Also Be Considered.

Documents that are incorporated by reference into the complaint may be considered by the Court when ruling on a motion to dismiss. *Knievel v. ESPN,* 393 F.3d 1068, 1076 (9th Cir. 2005).  Even if the documents are not physically attached to the complaint, they may be considered if the authenticity of the documents is not contested and the plaintiff's complaint necessarily relies on them. *Lee v. City of Los Angeles*, 250 F.3d 668, 688 (9th Cir. 2001).

The software license agreement ("SLA") entered into by the County and SAP Public Services, Inc. is referenced in the Complaint at paragraph 58 and its authenticity is not contested. The County's complaint necessarily relies on the SLA because it forms the basis of the contractual relationship between the County and SAP Public Services, Inc. and provides the terms under which SAP would license the software to the County.  A true and correct copy of the pertinent portions of the SLA is attached as Exhibit B to the Fisher Declaration (voluminous exhibits to the SLA that are irrelevant to the issues addressed in this motion have not been included).

The Implementation Services Agreement ("ISA") entered into by the County and Deloitte is

referenced in the Complaint at paragraph 58 and its authenticity is not contested. The County's complaint necessarily relies on the ISA because it forms the basis of the contractual relationship between the County and Deloitte. A true and correct copy of the ISA is attached as <u>Exhibit C</u> to the Fisher Declaration.

## II. CONCLUSION

It is proper for the Court to take judicial notice of the documents referenced above, which are authenticated in the attached Declaration of Jennifer Briggs Fisher in Support of Request for Judicial Notice below and attached as exhibits hereto.

DUANE MORRIS LLP

Dated: May 20, 2011           By:      /s/ Jennifer Briggs Fisher
                                       Jennifer Briggs Fisher

**Attorneys for Defendants SAP America, Inc. and SAP Public Services, Inc.**

## DECLARATION OF JENNIFER BRIGGS FISHER IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE

I, Jennifer Briggs Fisher, declare:

1. I am an attorney at law admitted to the State Bar of California and duly licensed to practice before this Court. I am an attorney at Duane Morris LLP and am one of the attorneys for Defendants SAP America, Inc. and SAP Public Services, Inc. in this action. The facts set forth below are true of my personal knowledge and, if called upon, I could and would testify competently to these facts.

2. Exhibit A is a true and correct copy of the May 22, 2007 letter from the County of Marin's Deputy Director of Human Resources regarding Defendant Ernest Culver's employment opportunities with SAP.

3. Exhibit B is a true and correct copy of the Software License Agreement entered into by the County of Marin and SAP Public Services, Inc.

5. Exhibit C is a true and correct copy of the Implementation Services Agreement entered into by the County of Marin and Deloitte Consulting LLP.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 20th day of May, 2011, at San Francisco, California.

                                         */s/ Jennifer Briggs Fisher*
                                         Jennifer Briggs Fisher