# EXHIBIT A

Date: May 22, 2007

To Whom It May Concern:

This is to inform you that Marin County has been informed that Ernest Culver, a Marin County employee, has been pursuing employment opportunities outside our organization and has informed us that he has approached SAP America, Inc. regarding potential opportunities. The County has been informed that he initiated these discussions and that SAP America, Inc. did not pursue him.

Should a job offer result from these discussions, it will not affect the current contractual relationship between SAP America, Inc. and Marin County.

Sincerely,

Marin County

By: *Elizabeth Paris*
Deputy Director of Human Resources

23276.doc

05/22/2007 18:23    4154724472                CULVER                         PAGE 01/02

To: Hugh Curran
(610) 661 4626
SAP

From: Ernest Culver

Date: May 21, 2007

Hugh, see fax of release letter. This was reviewed and approved by Legal, and signed by HR.
Please see my email as well.

Ernest