# EXHIBIT B



### SOFTWARE LICENSE AGREEMENT
### ("Agreement")

This Agreement is made effective as of the 22nd day of March, 2005 (the "Effective Date"), by and between SAP Public Services, Inc., a Delaware corporation, with offices at 3999 West Chester Pike, Newtown Square, PA 19073 ("SAP,"), and The County of Marin, California, a political subdivision of the State of California, with offices at 3501 Civic Center Drive, San Rafael, CA 94903 ("Licensee").

### RECITAL

WHEREAS, SAP desires to grant to Licensee, and Licensee desires to accept from SAP, a license to Use (as defined herein) SAP's proprietary Software (as defined herein) upon the terms and conditions hereinafter set forth; NOW, THEREFORE SAP and Licensee agree as follows:

**1.     DEFINITIONS:**

1.1     "Business Partner" means an entity that requires or to which Licensee otherwise grants access to the Software in connection with the operation of Licensee's and/or a Subsidiary's business, such as, but not limited to customers, distributors, suppliers, and service providers (but excluding software implementers, system integrators, and other implementation consultants, who will be Named Users of Licensee, not of a Business Partner).

1.2     "Documentation" means SAP's commercial documentation that is generally made available to SAP's customers, in any medium which is delivered to Licensee under this Agreement, including SAP's manuals, training materials, program listings, data models, flow charts, logic diagrams, functional specifications, instructions, and complete or partial copies of the foregoing.

1.3     "Modification" means a change to the Software that changes the delivered source code, or an enhancement to the Software that is made using SAP tools or utilizing or incorporating SAP Proprietary Information.

1.4     "Named Users" means any combination of users licensed to Use the Software under this Agreement.

1.5     "Proprietary Information" means: (i) with respect to SAP and SAP AG (the licensor of the SAP Proprietary Information to SAP); (a) the Software and Documentation, any other third-party software licensed with or as part of the Software, benchmark results, manuals, program listings, data structures, flow charts, logic diagrams, functional specifications pertaining to the Software, and (b) the concepts, techniques, ideas, and know-how embodied and expressed in the Software; (ii) with respect to Licensee, any information and data relating to or describing Licensee's or its Subsidiaries' personnel, agents, subcontractors, clients, customers, suppliers, constituents, products, services, orders, business, business practices or procedures, financials, costs, or margins that is not generally known to the public;  and (iii) with respect to either party, information reasonably identifiable as the confidential and proprietary information of such party or its respective licensors (or with respect to Licensee, any of its Subsidiaries).  Notwithstanding the immediately preceding sentence, in no event shall the Proprietary Information of either party include any information that:  (a) is or becomes publicly available through no act or failure of the other party, or (b) was or is rightfully acquired by the other party from a source other than the disclosing party prior to receipt from the disclosing party, or (c) becomes independently available to the other party as a matter of right.

1.6     "Software" means (i) all software specified in duly executed Appendices, Schedules or Exhibits hereto, developed by or for SAP and/or SAP AG and delivered to Licensee hereunder; (ii) any new releases thereof made generally available pursuant to Maintenance (as described in Exhibit B, the Maintenance Schedule); and (iii) any complete or partial copies of any of the foregoing.

1.7     "Subsidiary" means any of those agencies, bodies, boards, or other governmental entities or organizations (including organizations such as, for example, special districts (e.g., school districts and fire districts), courts, joint power agencies, employee retirement boards, etc.) located in whole or in part within the jurisdictional boundaries of the County of Marin, California (or otherwise having a reasonable connection to such County) to which Licensee is directly responsible for providing financial or administrative services, either through (as indicated in Exhibit F attached hereto, as updated in accordance herewith) direct managerial/administrative control or through other authority granted or imposed by applicable law.  Each such agency, body, board, entity, or organization will be considered a Subsidiary for only such time as such responsibility and such status are maintained.  Licensee's Subsidiaries as of the Effective Date are set forth in Exhibit F to this Agreement, which Exhibit may be updated from time to time upon mutual written agreement.

1.8     "Territory" means the United States of America.

1.9     "Use" means:  (i) (as a verb) to activate the processing capabilities of the Software, to load, execute, access, employ the Software, or utilize, store, or display information resulting from such capabilities; or (ii) (as a noun) that which occurs when one Uses the Software.

**2.     LICENSE GRANT.**

2.1     License.

        (a)     SAP grants to Licensee and its Subsidiaries, a non-exclusive, perpetual (unless terminated in accordance with Section 5 herein), fully-paid (once any fees specified in the applicable Appendix have been paid with respect to any particular Software) license to Use (and to permit their respective Named Users to Use) the Software, the Documentation, and the other SAP Proprietary Information, at, in accordance herewith, specified site(s) within the Territory to operate or manage Licensee's and its Subsidiaries' internal business operations, to provide internal training, testing and development for such internal business operations and as further set forth in Appendices hereto.  This license does not permit Licensee to use the SAP Proprietary Information to provide services to third parties (e.g., business process outsourcing, service bureau applications or third party training). Business Partners may have screen access to the Software solely in conjunction with Licensee's or Subsidiaries' Use and may not Use the Software to run any of their internal business operations.

        (b)     Licensee agrees to install the Software only on hardware identified by Licensee pursuant to this Agreement that has been previously approved by SAP in writing or otherwise officially made known to the public as appropriate for Use or interoperation with the Software (the "Designated Unit").  Any individuals that Use the Software including employees or agents of Subsidiaries and Business Partners, must be licensed as Named Users. Use may occur by way of an interface delivered with or as a part of the Software, a Licensee or third-party interface, or another intermediary system.

(c)    Licensee may permit a service provider to access the Software solely for the purpose of providing facility or systems outsourcing, or disaster recovery, or other like services to Licensee in connection with the business of Licensee and its Subsidiaries for which the Software is herein licensed, provided: (i) SAP, Licensee, and such services provider execute a Confidentiality Agreement in the form attached as Exhibit E prior to such access; (ii) a minimum of five (5) employees of such services provider authorized to access the Software shall be licensed according to their respective named User type at a level no less than Limited Professional User under separate USERIDs; (iii) such services provider shall be permitted to Use the Software solely to operate the business of Licensee and its Subsidiaries as set forth herein, (or in the case of a disaster recovery vendor, to provide disaster recovery services only); (iv) under no circumstances may such services provider Use the Software to operate or provide processing services to any party other than Licensee and its Subsidiaries hereunder, or in connection with such service provider's own internal business operations; (v) Licensee shall be responsible for any additional Software, migration tools, or third party software needed for the provision of such services; and (vi) Licensee expressly agrees to indemnify SAP, its officers, employees, agents and subcontractors from and against all claims, liabilities, losses, damages and costs (including reasonable attorney fees) suffered by SAP arising from a breach by the services provider of the conditions of Exhibit E (Outsourcing Confidentiality Agreement) hereto.

(d)    Licensee may transfer the Software and third-party database from one Designated Unit to another at no additional license fee, and shall provide written notice to SAP within five business days of such transfer. Licensee shall be responsible for the cost of any migration tools, third-party database costs, third-party software or additional Software required for the new Designated Unit. The Software and any third-party database licensed from or through SAP must be promptly deleted in their entirety from the Designated Unit no longer in Use and from each back-up copy for that Designated Unit.

2.2    Subsidiary Use.  Subsidiaries may Use the Software subject to and in accordance with the terms herein. With respect to any Subsidiary that is designated in Exhibit F as being under an "Independent Board" (and therefore not under the direct managerial/administrative control of Licensee), such Independent Board Subsidiary may Use the Software provided: (i) such subsidiary agrees to be bound by the terms herein by executing a separate written agreement with SAP in the form of Exhibit A attached hereto; and (ii) a breach of such separate written agreement by such Subsidiary shall be considered a breach by Licensee hereunder.

2.3    Archival Copy; Restriction on Copies; Legends to be Reproduced.  Licensee may make one (1) copy of the Software for archival purposes and such number of backup copies of the Software as are consistent with Licensee's normal periodic backup procedures. Licensee shall maintain a log of the number and location of all originals and copies of the Software. Licensee may reproduce or copy any portion of the Documentation into machine-readable or printed form for its internal use and only as required to exercise its rights hereunder. Licensee shall include, and shall under no circumstances remove, SAP's and its licensors' copyright, trademark, service mark, and other proprietary notices on any complete or partial copies of the Software, Documentation, third-party database, or SAP Proprietary Information in the same form and location as the notice appears on the original work. The inclusion of a copyright notice on any portion of the Software, Documentation, third-party database, or SAP Proprietary Information shall not cause or be construed to cause it to be a published work.

3.    VERIFICATION.  Commencing no earlier than January 1, 2007, SAP shall be permitted to audit (no more frequently than once annually and in accordance with SAP standard procedures generally in effect for SAP customers, which procedures shall be provided to Licensee by SAP reasonably in advance) the usage of the SAP Proprietary Information, by requesting a SAP system-generated measurement report. In the event an audit reveals that Licensee underpaid license and/or maintenance fees to SAP, Licensee shall be notified in writing by SAP and shall have a reasonable time in which to resolve and pay such underpaid fees based on SAP's list of prices and conditions in effect at the time of the audit. Notwithstanding the foregoing, provided Licensee is willing to execute an Appendix for any resulting underpaid license and/or maintenance fees within sixty (60) days of SAP's notification, such underpaid fees shall be based on the price options in effect, if any, described in an applicable Appendix of the Agreement, pursuant to which SAP Software is licensed.

4.    PRICE AND PAYMENT.
4.1    License Fees.  Licensee shall pay to SAP license fees for the Software licensed hereunder and maintenance fees for any Maintenance provided hereunder on the terms in Appendices hereto. Fees for Services, if any, will be paid as set forth in the Professional Services Schedule hereto. Any nondisputed fees not paid when due shall accrue interest at the rate of 12% per annum, but not to exceed the maximum amount as allowed by law. Licensee shall have the right to dispute in good faith amounts invoiced by SAP by giving SAP written notice indicating Licensee's reasons for the dispute. SAP acknowledges and agrees that it shall not suspend or terminate, or otherwise fail to provide Maintenance based on the fact that Licensee has exercised its right to dispute in good faith any SAP Maintenance invoice.

4.2    Taxes.  Fees and other charges described in this Agreement, or in SAP's most recent list of prices and conditions, do not include federal, state or local sales, foreign withholding, use, property, excise, service, or similar taxes ("Taxes") now or hereafter levied, all of which shall be for Licensee's account (expressly excluding any taxes levied or based on the net income, corporate franchise, or property of SAP, which are the responsibility of SAP). With respect to state/local sales tax, direct pay permits or valid tax-exempt certificates must be provided to SAP prior to the execution of the applicable Appendix, and Licensee shall not be responsible or liable for payment of any Taxes with respect to which it has so provided SAP with such a permit or certificate. If SAP is required to pay Taxes, Licensee shall reimburse SAP for such amounts. Licensee hereby agrees to indemnify SAP for any such Taxes and related costs, interest and penalties paid or payable by SAP that are the responsibility of Licensee hereunder. If requested by Licensee, SAP agrees to provide reasonable cooperation in any protest of sales and use taxes made by Licensee to the applicable taxing authority, and shall reasonably cooperate with Licensee to lawfully minimize such sales and use taxes hereunder.

5.    TERM.
5.1.    Term.  This Agreement and the license granted hereunder shall become effective as of the Effective Date and shall continue in effect thereafter unless terminated upon the earliest to occur of the following: (i) thirty days after Licensee gives SAP written notice of Licensee's desire to terminate this Agreement, for any reason, but only after payment of all undisputed license and maintenance fees then due and owing; (ii) thirty days after SAP gives Licensee notice of Licensee's material breach of any provision of the Agreement (other than Licensee's breach of its obligations under Sections 6 or 10, which breach shall result in immediate termination), including more than thirty days delinquency in Licensee's payment of any undisputed amounts due hereunder, unless Licensee has cured such breach or materially commenced a cure in good faith during such thirty day period; (iii) immediately if Licensee files for bankruptcy, becomes insolvent, or makes an assignment for the benefit of creditors.

End of Term Duties.  Upon any termination hereunder, Licensee and its Subsidiaries shall immediately cease Use of all SAP Proprietary Information. Within thirty (30) days after any termination, Licensee shall deliver to SAP or destroy all copies of the SAP Proprietary Information in every form and SAP shall return the Licensee Proprietary Information, if any, to Licensee. Each party agrees to certify in writing to the other party that it and each of its Subsidiaries has performed the foregoing duties regarding return of Proprietary Information of the other party. Sections 3, 4, 5.2, 6, 7.2, 8, 9,

2

and 11 shall survive such termination. Without limiting any rights otherwise expressly set forth herein or any remedies otherwise available hereunder, in the event of any termination hereunder, Licensee shall not be entitled to any refund of any payments made by Licensee.

PROPRIETARY RIGHTS.

Protection of Proprietary Information. Licensee shall not copy, translate, disassemble, or decompile, nor create or attempt to create, by reverse engineering or otherwise, the source code from the object code of the Software. Except for the rights set forth below, Licensee is not permitted to make derivative works of the Software and ownership of any unauthorized derivative works shall vest in SAP. SAP and Licensee agree to take all reasonable steps to protect the Proprietary Information of the other from disclosure to third parties using the same protective precautions as with its own proprietary and confidential information, but no less than a reasonable degree of care, subject to any applicable public records act, or similar law. Each party shall only use the Proprietary Information of the other party as necessary and appropriate for performance under this Agreement. Neither party shall, without the other party's prior written consent, disclose, any of the Proprietary Information of the other party to any person, except to individuals who have a bona fide need for access and whose access is necessary to enable such party to exercise its rights or perform its duties or obligations hereunder. Each party agrees that prior to disclosing any Proprietary Information of the other party to any third party, it will obtain from that third party a written acknowledgment that such third party will be bound by the same terms as specified in this Section 6 with respect to the Proprietary Information of the other party. Proprietary Information shall be protected by the parties as provided herein throughout the term of this Agreement and: (i) in perpetuity, with respect to information that constitutes a trade secret under applicable laws; and (ii) with respect to all Proprietary Information other than that described by the foregoing clause (i), for the shorter of four (4) years after termination of this Agreement and the longest period of time that such information may be protected under applicable law.

6.2    Modifications.

Licensee may make Modifications to the Software, and shall be permitted to use Modifications with the Software in accordance with this Agreement. Licensee shall comply with SAP's registration procedure generally in effect for SAP customers prior to making changes to the source code. SAP shall provide the necessary access to make such Modifications at no cost to Licensee within five (5) days of receiving Licensee's correct and complete request for access. Unless otherwise agreed upon in a Statement of Work signed by the parties and entered into pursuant to the Professional Services Schedule (Exhibit C hereto) or other agreement between the parties, all Modifications and all rights associated therewith shall be the exclusive property of SAP and SAP AG. Licensee agrees to execute those documents reasonably necessary to secure SAP's rights in the foregoing. SAP retains the right to independently develop enhancements to the Software and to sell, assign, license or use SAP's own Software or Modifications or enhancements thereto.

7.    PERFORMANCE WARRANTY

7.1    Warranty. SAP warrants that the Software will substantially conform to the functional specifications contained in the Documentation, and to SAP's responses denoted "F" in SAP's Functional Requirements response matrix (to Licensee's RFP dated April 5, 2004) as updated and dated March 7, 2005, attached herein as Exhibit D, for twenty four (24) months following delivery of the Software to Licensee (the "Warranty Period") when Used without material alteration on the Designated Unit(s). It is understood that normal implementation activity associated with the Software is not a Use that constitutes a material alteration of the Software. The warranty shall not apply: (i) if a defect or other failure to satisfy such warranty is caused by Use of the Software other than in accordance with the Documentation; or (ii) if the defect is caused by a Modification, Licensee, or third-party software or third party database defect, failure or malfunction. SAP does not warrant that the Software will operate completely uninterrupted or that it will be totally free from minor defects or errors which do not materially affect such performance, or that the applications contained in the Software are designed to meet all of Licensee's business requirements. The foregoing warranty is subject to Licensee providing SAP with reasonably necessary access, including remote access, to the Software. Licensee shall provide SAP with commercially reasonable test time and support on Licensee's Designated Unit(s) to correct the defect.

Exhibit D is incorporated into this Agreement with the understanding and agreement of the parties that SAP formulated its responses in those sections based upon:

   a) SAP's best information, knowledge, and belief as of the date they were written;

   b) SAP's software as it existed as of that date; and

   c) The information provided in Licensee's RFP, and SAP's knowledge and understanding of that information as acquired during the solicitation phase of this project.

SAP agrees to adhere to reasonable governmental and Licensee security rules and regulations governing SAP's access to Licensee's Designated Unit(s). Licensee understands that SAP is not responsible for fulfilling its warranty obligations set forth in this Section 7.1 during periods of time when Licensee denies SAP access to the Software.

7.2    Viruses; Limiting Routines. SAP represents that it shall, prior to delivery of any given Software, have taken reasonable steps to ensure that the Software and Documentation licensed under this Agreement, and releases and versions thereof, are free of disabling devices, including but not limited to viruses, time bombs, time locks, worms, backdoors, Trojan horses, that are (i) designed to cause the Software, Documentation, or any of Licensee's software or hardware systems to malfunction or self-destruct; (ii) designed to cause damage to a computer, network, or any information, program or data contained therein; or (iii) designed to otherwise enable unauthorized access to any of Licensee's software or hardware systems.

7.3    Documentation. SAP warrants that the Documentation shall be reasonably complete and shall describe in all material respects the Software and the applicable releases and versions thereof.

7.4    Maintenance Services. SAP warrants that any maintenance services provided to Licensee pursuant to Exhibit B hereto (Maintenance Schedule) shall be provided in accordance with this Agreement in a professional, workmanlike manner, consistent with generally accepted industry standards. SAP agrees to adhere to reasonable governmental and/or Licensee security rules and regulations governing any maintenance services provided by SAP at Licensee's site. Licensee understands that SAP is not responsible for fulfilling its warranty obligations set forth in this Section 7.4 during periods of time when Licensee denies SAP access to the Software.

Third-Party Products. To the extent a warranty is made available to SAP by its licensors with respect to third-party software licensed to Licensee under this Agreement, SAP agrees that it shall, upon written request from Licensee, take all reasonable actions to enforce any applicable warranty that is enforceable by SAP in its own name. The availability of any such warranty shall be specified in the Appendix for the particular third party software product.

3

7.6 Express Disclaimer. OTHER THAN AS EXPRESSLY SET FORTH IN THIS SECTION 7 OR ELSEWHERE HEREIN, SAP AND ITS LICENSORS DISCLAIM ALL OTHER WARRANTIES EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE EXCEPT TO THE EXTENT THAT ANY WARRANTIES IMPLIED BY LAW CANNOT BE VALIDLY WAIVED. OTHER THAN AS EXPRESSLY SET FORTH IN THIS SECTION 7 OR ELSEWHERE HEREIN, LICENSEE MAKES NO REPRESENTATIONS OR WARRANTIES IN CONNECTION WITH THIS AGREEMENT, AND HEREBY EXPRESSLY DISCLAIMS ANY AND ALL WARRANTIES, WHETHER EXPRESS OR IMPLIED, IN CONNECTION WITH THIS AGREEMENT.

8. INDEMNIFICATION.

8.1 SAP Representation. SAP represents and warrants that its licensors own the Proprietary Information licensed by SAP hereunder, including all intellectual property rights therein, and that SAP has all rights from its licensors necessary to license, in accordance with the terms of this Agreement, such Proprietary Information to Licensee.

8.2 Indemnification of Licensee. SAP shall indemnify Licensee and its Subsidiaries against all claims, liabilities, and costs, including reasonable attorneys' fees, reasonably incurred in the defense of any claim brought against Licensee or its Subsidiaries in the Territory by third parties alleging that Licensee's or its Subsidiaries' Use of the Software and Documentation infringes or misappropriates any United States patent or other patent enforceable in the United States, a copyright, or trade secret rights, provided that such indemnity shall not apply to the extent the alleged infringement results from Use of the Software in conjunction with any software other than that licensed hereunder, or on an apparatus other than a Designated Unit, or from activities of Licensee or its Subsidiaries that are not permitted under this Agreement, and so long as Licensee promptly notifies SAP in writing of any such claim and SAP is permitted to control fully the defense and any settlement of such claim as long as such settlement shall not include a financial obligation on Licensee. Licensee shall cooperate fully in the defense of such claim and may appear, at its own expense, through counsel reasonably acceptable to SAP. SAP may settle any claim on a basis requiring SAP to substitute for the Software and Documentation alternative substantially equivalent non-infringing programs and supporting documentation. Licensee shall not undertake any action in response to any infringement or alleged infringement of the Software and Documentation in opposition to SAP's rights under this Section 8.2.

In the event that any preliminary injunction, temporary restraining order or final injunction shall be obtained in the Territory, SAP shall, at its sole option, either:

    (a)    obtain for Licensee and its Subsidiaries the right for continued use of the infringing Software and Documentation; or

    (b)    modify the infringing Software and Documentation to avoid such infringement while still providing at least equivalent functionality, features and performance; or

    (c)    substitute for the Software and Documentation alternative equivalent software and supporting documentation; or

    (d)    after using best efforts to provide (a), (b), or (c) above, provide a refund to Licensee of paid license fees for that part of the Software under claim of infringement, (unless such part is a major integral function of the Software, in which case a full refund of paid license fees shall be refunded).

8.3 SAP shall indemnify, defend and hold harmless Licensee from and against any and all liabilities, damages, losses, claims, suits or judgments, and expenses (including reasonable legal fees) that Licensee may incur for injury to or death of persons, or tangible property damage caused by the negligence or wilful misconduct of SAP while providing Services on Licensee's site under this Agreement.

8.4 THE FOREGOING PROVISIONS OF THIS SECTION 8 STATE THE SOLE, EXCLUSIVE, AND ENTIRE LIABILITY OF SAP AND ITS LICENSORS TO LICENSEE, AND IS LICENSEE'S SOLE REMEDY, WITH RESPECT TO THE INFRINGEMENT OF THIRD-PARTY INTELLECTUAL PROPERTY RIGHTS.

9. LIMITATIONS OF LIABILITY.

9.1 Licensee's Remedies. Except for indemnification required by Section 8 herein and any remedies otherwise expressly provided or available herein (including, but not limited to those available under Section 11.1), Licensee's sole and exclusive remedies for any damages or loss in any way connected with the Agreement, the Software, the Maintenance or the Services furnished by SAP and its licensors hereunder, whether due to SAP's negligence or breach of any other duty or obligation under this Agreement, shall be, (i) with respect to Maintenance or Services, SAP shall promptly reperform, in a manner that conforms to the Agreement, the Maintenance or Services that were not provided in accordance with the Agreement, at no additional charge by SAP to Licensee; (ii) with respect to Software, SAP shall, at no additional charge by SAP to Licensee, bring the performance of the Software into substantial compliance with the Documentation and, if any warranties are then in effect under Section 7.1 herein, with such warranties; or (iii) return the appropriate portion of any payment made by Licensee with respect to the applicable portion of the Software or Services. SAP will first exhaust all reasonable efforts in 9.1 (i) and 9.1 (ii) before returning any portion of payment as stated in 9.1 (iii). If entitled to such a return of any portion of payment, Licensee shall have the right to pursue any and all claims against SAP for monetary damages related to the nonconforming Software or Services (subject to the limitations as to types and amounts of damages set forth in this Section 9.

9.2 Not Responsible. Except as otherwise expressly provided herein, SAP will not be responsible under this Agreement (i) to the extent the defect is caused by a use of the Software that is not in accordance with the Documentation; or (ii) to the extent the defect is caused by Licensee, a Modification, or third-party software or third-party database defect, failure or malfunction. SAP does not warrant that the Software will operate completely uninterrupted or that it will be totally free from minor defects or errors that do not materially affect such performance. SAP AND ITS LICENSORS SHALL NOT BE LIABLE FOR ANY CLAIMS OR DAMAGES ARISING FROM INHERENTLY DANGEROUS USE OF THE SOFTWARE AND/OR THIRD-PARTY SOFTWARE LICENSED HEREUNDER. THE SOFTWARE IS NOT SPECIFICALLY DEVELOPED OR LICENSED HEREUNDER FOR USE IN ANY DIRECT AND ACTIVE OPERATIONS OF ANY EQUIPMENT IN ANY NUCLEAR, AVIATION, MASS TRANSIT, OR MEDICAL APPLICATIONS, OR IN ANY OTHER INHERENTLY DANGEROUS APPLICATIONS. THE PARTIES HERETO AGREE THAT USE OF THE SOFTWARE AND THIRD-PARTY SOFTWARE FOR FINANCIAL APPLICATION PURPOSES OR OTHER ADMINISTRATIVE PURPOSES SHALL NOT BE DEEMED INHERENTLY DANGEROUS APPLICATIONS IF SUCH USE DOES NOT INVOLVE THE OPERATIONS OR MAINTENANCE OF SUCH EQUIPMENT.

9.3    Limitation of Liability.    ANYTHING TO THE CONTRARY HEREIN NOTWITHSTANDING, EXCEPT FOR DAMAGES RESULTING FROM UNAUTHORIZED USE OR DISCLOSURE OF PROPRIETARY INFORMATION, UNDER NO CIRCUMSTANCES SHALL SAP, ITS LICENSORS OR LICENSEE BE LIABLE TO EACH OTHER OR ANY OTHER PERSON OR ENTITY FOR AN AMOUNT OF DAMAGES IN EXCESS OF ONE AND ONE-HALF (1.5) TIMES THE PAID LICENSE FEES (EXCEPT FOR SAP'S INFRINGEMENT INDEMNITY OBLIGATIONS PURSUANT TO SECTION 2, IN WHICH CASE THE AMOUNT OF DAMAGES SHALL NOT EXCEED TWO (2) TIMES THE PAID LICENSE FEES) OR BE LIABLE IN ANY AMOUNT FOR SPECIAL, INCIDENTAL, CONSEQUENTIAL, OR INDIRECT DAMAGES, LOSS OF GOOD WILL OR BUSINESS PROFITS, WORK STOPPAGE, DATA LOSS, COMPUTER FAILURE OR MALFUNCTION, OR EXEMPLARY OR PUNITIVE DAMAGES IN CONNECTION WITH THIS AGREEMENT.  The provisions of the Agreement allocate the risks between SAP and Licensee.  The license fees reflect this allocation of risk and the limitations of liability herein.

The foregoing limitation of liability on direct damages only does not apply to personal injury or death caused by the negligence or willful misconduct of SAP, or tangible property damage caused by the negligence or willful misconduct of SAP up to the amount by which such damage is paid by SAP's liability insurance, which is currently not less than $1,000,000.00 per occurrence, with $20,000,000.00 umbrella coverage.  SAP warrants such coverage will not be reduced during the term of this Agreement without Licensee's prior written approval.

9.4    Severability of Actions.    IT IS EXPRESSLY UNDERSTOOD AND AGREED THAT EACH AND EVERY PROVISION OF THIS AGREEMENT WHICH PROVIDES FOR A LIMITATION OF LIABILITY, DISCLAIMER OF WARRANTIES, OR EXCLUSION OF DAMAGES IS INTENDED BY THE PARTIES TO BE SEVERABLE AND INDEPENDENT OF ANY OTHER PROVISION AND TO BE ENFORCED AS SUCH.

10.    ASSIGNMENT.    Neither party may, without the other party's prior written consent, assign, delegate, pledge, or otherwise transfer this Agreement, or any of its rights or obligations under this Agreement, or the other party's Proprietary Information (except as expressly provided herein), to any third party, whether voluntarily or by operation of law, including by way of sale of assets, merger or consolidation, except that SAP may assign this Agreement to SAP AG without the need for Licensee's prior written consent.  This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors, and, if lawfully assigned, to its permitted assigns.

11.    GENERAL PROVISIONS.
11.1    Rights to Injunctive Relief.    Both parties acknowledge that remedies at law may be inadequate to provide SAP or Licensee with full compensation in the event of Licensee's material breach of Sections 2, 6, 10 or 11.6, or SAP's material breach of Section 6 with respect to Licensee Proprietary Information, and that the non-breaching party shall therefore be entitled to seek injunctive relief in the event of any such material breach.

11.2    Severability.    It is the intent of the parties that in case any one or more of the provisions contained in this Agreement shall be held to be invalid or unenforceable in any respect, such invalid or unenforceable provision shall be deemed stricken herefrom, such invalidity or unenforceability shall not affect the other provisions of this Agreement, and this Agreement shall be construed as if such invalid or unenforceable provision had never been contained herein.

11.3    No Waiver.    If either party should waive any breach of any provision of this Agreement, it shall not thereby be deemed to have waived any preceding or succeeding breach of the same or any other provision hereof, and any such waiver shall only be of effect if in writing and signed by an authorized representative of the waiving party.

11.4    Counterparts.    This Agreement may be signed in two counterparts, each of which shall be deemed an original and which shall together constitute one Agreement.

11.5    Export Control Notice.    The Software, Documentation and SAP Proprietary Information are being released or transferred to Licensee in the United States and are therefore subject to the U.S. export control laws.  Licensee acknowledges its obligation to ensure that its exports from the United States are in compliance with the U.S. export control laws.  Licensee shall also be responsible for complying with all applicable governmental regulations of any foreign countries with respect to the use of the SAP Proprietary Information by its Subsidiaries outside of the United States.  Licensee agrees that it will not submit the Software to any government agency for licensing consideration or other regulatory approval without the prior written consent of SAP.

11.6    Confidential Terms and Conditions.    Except as required under a public records act or other applicable law, or as necessary for a party to enforce or exercise its rights hereunder, neither party shall disclose the terms and conditions of this Agreement or the pricing contained therein to any third-party except as expressly provided herein.  Neither party shall use the name of the other party in publicity, advertising, or similar activity, without the prior written consent of the other, except that Licensee agrees that SAP may use Licensee's name in general customer listings or as part of SAP's marketing efforts.  SAP understands and acknowledges that the Agreement in its entirety (excepting Software, Documentation and any description of the Software's functionality) will have been copied as a public document and attached to a public report that will have been discussed at a regular public meeting of Licensee's County Board of Supervisors when it considered the Agreement for approval.

11.7    Public Records Act Requests.    If a request is received by Licensee under a public records act or other similar law for information relating to this Agreement marked "Confidential," "Trade Secret," or "Proprietary Information" or similar label, Licensee will provide SAP with reasonable notice to allow SAP to seek protection from disclosure by a court of competent jurisdiction.  Should SAP fail to secure an Order from a court of competent jurisdiction directing Licensee not to disclose the requested proprietary information, the requested information or records may be disclosed in accordance with the provisions of the applicable public records act or other similar law.

11.8    Governing Law.    This Agreement shall be governed by and construed under the laws of the State of California without reference to conflicts of law principles.  In the event of any conflicts between foreign law, rules, and regulations, and United States of America law, rules, and regulations, United States of America law, rules, and regulations shall prevail and govern.  The United Nations Convention on Contracts for the International Sale of Goods shall not apply to this agreement.  The Uniform Computer Information Transactions Act as enacted shall not apply.  The parties agree that exclusive jurisdiction of any actions arising out of, or relating to or in any way connected with this Agreement, its negotiation or termination, or services provided or to be provided by SAP, shall be in Marin County, California or a federal court located in the Northern District of California, as applicable, and each party hereby expressly consents to the jurisdiction of such courts over themselves and the subject matter of any such actions or proceedings.

11.9    Notices.    All notices or reports which are required or may be given pursuant to this Agreement shall be in writing and shall be deemed duly given when delivered to the respective executive offices of SAP and Licensee at the addresses first set forth above, and each party may update its respective address by notice duly given in accordance with this Section.

11.10 Force Majeure. Any delay in performance or nonperformance with respect to any provision of this Agreement (other than for the nonpayment of amounts due hereunder that is not attributable to a Force Majeure event) caused by conditions beyond the reasonable control of a party shall not constitute a breach of this Agreement, and the time for performance of such provision by such party, if any, shall be deemed to be extended for a period equal to the duration of the conditions preventing performance.

11.11 Independent Contractor. The relationship between SAP and Licensee in connection with this Agreement shall be that of independent contractors. Nothing contained in this Agreement shall be construed to create a partnership, joint venture, or agency relationship between the parties, and notwithstanding anything else contained herein, neither party shall have the right to incur any obligation on behalf of the other party.

11.12 Escrow of Source Code.

(a) SAP warrants that, at SAP's sole cost and expense, the source code for the Software, together with related Documentation as it is or becomes available, shall be and shall remain deposited in an escrow account (the "Escrow Account") maintained at Data Securities International Inc. Burlington, MA (the "Escrow Agent"), pursuant to an agreement between the Escrow Agent and SAP, (the "Escrow Agreement"). Within thirty (30) days after execution of this Agreement, SAP shall name Licensee as a subscribed licensee to the Escrow Account and shall provide Licensee written evidence of the same. Upon any termination of the Escrow Agreement, SAP shall enter into a substantially similar escrow arrangement with another party that is generally recognized in the industry as specializing in escrow services, promptly depositing all such source code for the Software and related Documentation into the Escrow Account established under such relationship, naming Licensee as a subscribed licensee or beneficiary to the Escrow Account and providing Licensee at least the same rights and privileges as those provided under this Section with respect to the current Escrow Agreement.

(b) SAP shall from time to time and in a prompt and timely manner deposit into the Escrow Account copies of the source code for releases, versions and correction levels of the Software and related Documentation as they become generally available.

(c) SAP or SAP's trustee in bankruptcy shall authorize the Escrow Agent to make and release a copy of the applicable deposited materials to Licensee upon the occurrence of any of the following events:

(i) The existence of any one or more of the following circumstances, uncorrected for more than thirty (30) days: entry of an order for relief under Title 11 of the United States Code; the making by SAP of a general assignment for the benefit of creditors; the appointment of a general receiver or trustee in bankruptcy of SAP's business or property; or action by SAP under any state insolvency or similar law for the purpose of its bankruptcy, reorganization, or liquidation; unless within the specified thirty (30) day period, SAP (including its receiver or trustee in bankruptcy) provides to Licensee adequate assurances, reasonably acceptable to Licensee, of its continuing ability and willingness to fulfill its maintenance obligations under this Agreement;

(ii) SAP has ceased its on-going business operations or that portion of its business operations relating to the sale, licensing and maintenance of the Software; or

(iii) Failure of SAP to carry out the material maintenance obligations imposed on it pursuant to this Agreement after a commercially reasonable period of time has been provided to SAP America, Inc. and SAP AG to perform such obligations.

(d) In no event shall Licensee have the right to access the applicable deposited materials if SAP America, Inc. or SAP AG agrees to assume and promptly performs SAP's maintenance obligations under this Agreement.

(e) In the event of release of the deposited materials as provided for under this Section 11.12, Licensee agrees that it will treat and preserve the deposited materials as a trade secret of SAP AG in accordance with the same precautions adopted by Licensee to safeguard its own trade secrets against unauthorized use and disclosure and in all cases at least with a reasonable degree of care. Release of the deposited materials as described in this Section shall not extend to Licensee any greater rights or lesser obligations than are otherwise provided or imposed under this Agreement. This Section shall survive any termination of this Agreement.

(f) SAP acknowledges that this Section 11.12 was a material inducement for Licensee to enter into this Agreement and that the Escrow Agreement shall be deemed to be an agreement supplementary to this Agreement for purposes of 11 U.S.C. 365(n)(1)(B). If SAP as a debtor in possession or its trustee in bankruptcy in a case under the bankruptcy laws of the United States (including Title 11 of the United States Code) rejects this Agreement or the Escrow Agreement, Licensee may elect to retain its rights under this Agreement and the Escrow Agreement as provided in Section 365(n) of Title 11 of the United States Code; provided that Licensee fulfills its statutory obligation under Section 365(n).

11.13 Cooperation with Implementation Vendor. SAP agrees to fully cooperate with Licensee's implementation vendor, hardware vendor, other software vendors and contractors throughout the implementation of the Software and thereafter to assist in the determination of the cause of any issues related to the Software in Licensee's system as implemented. SAP agrees to be responsible, in accord with the warranty and Maintenance provisions of this Agreement, for the resolution of issues as related to the Software licensed by SAP to Licensee hereunder.

11.14 Conflicts of Interest.

(a) SAP covenants that to the best of its knowledge and belief it presently has no interest, and will not acquire any interest, direct or indirect, financial or otherwise, which would conflict in any manner or degree with its performance under this Agreement.

(b) SAP further covenants that, to the best of its knowledge and belief, in its performance of this Agreement, it will not employ any contractor or person having such an interest. SAP certifies that to the best of its knowledge and belief no person who has or will have any financial interest under this Agreement is an officer or employee of the County of Marin, California. This provision will be interpreted in accordance with the applicable provisions of the Government Code of the State of California.

11.15 Insurance. SAP will maintain insurance coverage as described in Exhibit G hereto. SAP will further provide a compliant certificate of liability insurance naming the County of Marin as additionally insured, within five (5) days of the Effective Date of the Agreement. All insurance coverage shall maintained for the duration of the Agreement.

11.16 Non-Discrimination. SAP shall not discriminate in the employment of any person under this Agreement because of the age, race, color, national origin, ancestry, religion, disability, sexual preference or gender of that person. SAP acknowledges that it has read and understands the provisions of



FEHA and the Unruh Act relating to nondiscrimination requirements and the penalties for violation thereof, and agrees to meet all such requirements pertaining to nondiscrimination in employment.

11.17 Non-Appropriation of Funds. This Agreement is subject to appropriation of sufficient funds by The County of Marin, California. This Agreement may be terminated by Licensee without any penalty (i) at the end of any Licensee fiscal year in the event that funds are not appropriated for the following fiscal year, or (ii) at any time within a fiscal year in the event that funds are not appropriated for a portion of the fiscal year and funds for this Agreement are no longer available. In the event of any such termination, Licensee will be liable for payment of undisputed amounts in accordance with the terms of this Agreement for Software products delivered and for services performed prior to the effective date of such termination.

11.18 Compliance with Laws. SAP shall comply with all laws, rules, and regulations of the United States, and the State of California, and the ordinances of the County of Marin related to workplace health and safety, labor laws, and eligibility requirements to conduct business in the County of Marin, California (including, but not limited to the County of Marin Nuclear Free Zone Ordinance and Living Wage Ordinance) that are directly applicable to SAP in its performance of this Agreement.

11.19 Entire Agreement. This Agreement and each Exhibit, Schedule and Appendix hereto (each of which is incorporated herein by this reference) constitute the complete and exclusive statement of the agreement between SAP and Licensee with respect to the subject matter hereof, and all previous representations, discussions, and writings pertaining thereto are merged in, and superseded by, this Agreement. This Agreement may be modified only by a writing signed by both parties. This Agreement and each Exhibit, Schedule and Appendix hereto shall prevail over any additional, conflicting, or inconsistent terms and conditions which may appear on any purchase order or other document furnished by either party to the other.

The integrated Agreement is composed of this Software End-User License Agreement and the following documents, and such other Appendices, Amendments or modifications, with attachments thereto, as the parties may agree upon and execute:

1. Exhibit A, Subsidiary Use Agreement
2. Exhibit B, Maintenance Schedule to Agreement
3. Exhibit C, Professional Services Schedule to Agreement
4. Exhibit D, Functional Requirements Matrix dated March 7, 2005
5. Exhibit E, Outsourcing Confidentiality Agreement
6. Exhibit F, Licensee's Subsidiaries
7. Exhibit G, Insurance
8. Appendix 1, mySAP Business Suite Appendix and Schedule 1 thereto
9. Appendix 2, BSI Software Appendix
10. Appendix 3, RWD Info Pak Appendix and Schedule 1 thereto
11. Appendix 4, RWD Hosted eLearning Appendix and Schedules 1 and 2 thereto
12. Appendix 5, SAP Preferred Card Agreement

IN WITNESS WHEREOF, the parties, intending to be legally bound, have caused their respective undersigned representatives to duly execute this Agreement to become effective as of the Effective Date.

| SAP Public Services, Inc. (SAP) | The County of Marin, California (Licensee) |
|---|---|
| By: _Mary Beth Hanss_ | By: _____ |
| Title: VP & Assistant General Counsel | Title: President, Board of Supervisors |
| Date: 3/21/05 | Date: 3/29/05 |

REVIEWED BY CONTRACTS

K. Chappell

APPROVED AS TO FORM

By: _Patrick K Faulkner_

Patrick K. Faulkner
Marin County Counsel

**EXHIBIT A**
to
**SAP PUBLIC SERVICES, INC. ("SAP")**
**SOFTWARE LICENSE AGREEMENT effective March 22, 2005 ("Agreement")**
with
**THE COUNTY OF MARIN, CALIFORNIA ("Licensee")**

**SUBSIDIARY USE AGREEMENT**

This Subsidiary Use Agreement is made effective as of the _____ day of _____, 200_ between SAP Public Services, Inc., a Delaware Corporation, with offices at 3999 West Chester Pike, Newtown Square, PA 19073 ("SAP") and with offices at _____ ("Subsidiary").

1.  Subsidiary is entitled to have Named Users Use the Software on the Designated Unit(s) identified in the SAP Public Services, Inc./County of Marin, California Software License Agreement dated March 22, 2005 ("Agreement").

2.  Subsidiary agrees to be abide by and be bound by all of the terms and conditions of the Agreement applicable to Subsidiary and applicable to Licensee. SAP may directly enforce all such terms and conditions against Subsidiary directly.

3.  Subsidiary agrees that it's right to Use SAP Software and receive Maintenance services shall be governed by this Subsidiary Use Agreement and the Agreement. In the event that the Agreement is terminated, or this Subsidiary Use Agreement is terminated, or if Subsidiary ceases to meet the definition of "Subsidiary" given in the Agreement, Subsidiary agrees that all of its rights to the Software hereunder will cease effective as of the termination date.

IN WITNESS WHEREOF, the undersigned, intending to be legally bound, have duly executed this Subsidiary Use Agreement.

SAP Public Services, Inc.
(SAP)                                            (Subsidiary)

By: _____          By: _____

Title: _____        Title: _____

Date: _____        Date: _____

8

**EXHIBIT B**

**MAINTENANCE SCHEDULE ("Schedule")**
**to**
**SAP PUBLIC SERVICES, INC. ("SAP")**
**SOFTWARE LICENSE AGREEMENT effective March 22, 2005 ("Agreement")**
**with**
**THE COUNTY OF MARIN, CALIFORNIA ("Licensee")**

This Schedule is hereby annexed to and made a part of the Agreement specified above. In each instance in which provisions of this Schedule contradict or are inconsistent with the provisions of the Agreement, the provisions of this Schedule shall prevail and govern, and the contradicted or inconsistent provisions of the Agreement shall be deemed amended accordingly with respect to this Schedule. Capitalized terms used but not otherwise defined herein shall have the respective meanings given them in the Agreement.

1.   Licensee may request and SAP shall provide, to such degree as SAP makes such services generally available in the Territory, maintenance service with respect to the Software ("Maintenance") in accordance with the Agreement and this Schedule. Such Maintenance currently includes the delivery by SAP to Licensee of new releases of the Software and Software correction packages, support via telephone, remote support/update, Early Watch Sessions as described below, and SAP's support portal, and such related Documentation to the foregoing, as are made generally available by SAP to its customers. Maintenance shall be offered for at least the then-most current version of the Software and the immediately previous version. The support plans and schedules that SAP shall adhere to are published in release strategies that are communicated by SAP to its customers. In order to receive Maintenance, Licensee must make all required remote support and update connections to each Designated Unit as requested by SAP consistent with its Maintenance policies generally in effect for all customers. SAP agrees to adhere to reasonable governmental and Licensee security rules and regulations governing SAP's access to Licensee's Designated Unit(s), however Licensee understands and agrees that prices for Maintenance Fees as set forth in Appendices hereto are based on the assumption that access is granted. Licensee understands that SAP shall be excused from failure to fulfill its maintenance obligations set forth in this Schedule during periods of time when Licensee denies SAP access to the Software.

SAP agrees that it shall continue to generally be in the business of providing maintenance services for the Software that is licensed to Licensee pursuant to the Agreement, and that it shall continue to offer Maintenance to Licensee hereunder, for at least ten (10) years after the Effective Date and for such longer period of time as SAP makes such Maintenance generally available to its customers. Provided that Licensee is then current in payment of Maintenance Fees and its other maintenance-related obligations under this Agreement, Licensee shall be entitled to receive Maintenance in accordance with this Schedule throughout such period.

2.   mySAP Services: Maintenance currently includes Licensee's choice of one of the following services per live installation per year:
A.   One GoingLive Check for any new Software or other SAP application implementation;
B.   One GoingLive Upgrade Check for an upgrade to a higher functional release of Software (e.g. from R/3 4.0 to 4.6); or
C.   One GoingLive OS/DB Migration Check. This OS/DB Migration Check assists the Licensee in preparing for a migration of an operating system or database. Migration is the responsibility of the Licensee.

In addition to these options, Maintenance currently includes two EarlyWatch Sessions per live SAP installation for the continual optimization of Licensee's already live system, which may be requested by Licensee, and shall be provided by SAP in accordance with the scheduling instructions below.

To schedule GoingLive Check, GoingLive OS/DB Migration Check, or EarlyWatch Sessions, Licensee must contact Americas Customer Support Services at 800-677-7271 or internationally at 610-355-6821 and choose option 6 to schedule these services. To assist Licensee in this, SAP has established the following scheduling pre-requisites:
A.   The Licensee must provide remote access to its production system, as described above.
B.   To receive the GoingLive Check or GoingLive Upgrade Check Licensee must inform SAP at least three months prior to Licensee's go live or upgrade date.
C.   To receive the EarlyWatch Sessions, SAP requests a minimum of three months advance notification. In addition, Licensee must set the EarlyWatch Alert monitoring tool to automatically send data to SAP at least two weeks prior to the Session and cooperate with SAP in reviewing the data and determining the proper deployment of the EarlyWatch Sessions based on the EarlyWatch Alert data.
D.   To receive the GoingLive OS/DB Migration Check, Licensee must comply with all of the then current pre-Check requirements published and made generally available by SAP. These requirements currently include hiring a certified OS/DB migration consultant, proper testing, installation of tools, and advance scheduling. Licensee should contact its local SAP Customer Support Representative for more information.

Further information and detail about individual SAP services can be found on SAPNet site (http://www.sap.com/service/index.htm).
FAILURE TO UTILIZE THE MAINTENANCE SERVICES PROVIDED BY SAP MAY PREVENT SAP FROM BEING ABLE TO IDENTIFY AND ASSIST IN THE CORRECTION OF POTENTIAL PROBLEMS WHICH, IN TURN, COULD RESULT IN UNSATISFACTORY SOFTWARE PERFORMANCE.

3.   Licensee agrees to promptly disclose to SAP keep and maintain adequate and current records of all Modifications and, if needed to provide Maintenance services hereunder, provide such records to SAP upon SAP's request.

4.   Maintenance, from SAP, for the Software licensed hereunder is limited to the following site(s): 3501 Civic Center Drive, San Rafael, CA 94903. Licensee may change this location by providing SAP notice in accordance with this Agreement.

5.   Licensee agrees to establish and maintain Customer Competency Center(s) ("CCC") at the site(s) specified above within twelve months of the Effective Date. Each CCC must maintain an internal help desk or function to provide first level support to Licensee's Users. Such internal help desk(s) must be staffed with a reasonable number of SAP certified support consultants during Licensee's normal working hours, but no less than eight hours a day, five days a week excluding Licensee's holidays. SAP shall provide Licensee with reasonable direction and assistance for establishing the CCC. All Named Users may have access to SAP's then current support portal. However, only Licensee CCC employees are authorized to contact SAP after attempting to resolve the matter. Each CCC shall coordinate Licensee's Modification, notification and disclosure requirements and shall coordinate Licensee's development requests in accordance with the Agreement. Licensee's CCC is responsible for the administration and management of the requirements specified with respect to Licensee in the Agreement including, but not limited to, performing periodic self audits to ensure Licensee's compliance with the license grant, maintaining master and installation data, and managing the release order process. In the event Licensee does not establish and maintain CCC(s) in accordance with the above, or bring CCC(s) into substantial compliance within a reasonable time after SAP's notice of such noncompliance, such failure shall not constitute a

breach of the Agreement.  However in such an event SAP reserves the right to increase Licensee's then current maintenance percentage factor then in effect as set forth in Appendices hereto.

6.   Maintenance Fees shall be paid quarterly in arrears in accordance with respective Appendices to the Agreement.  In addition, Licensee shall be invoiced an annual fee of USD 1,500 for up to three designated SAP compliant remote connections.  Maintenance Services offered by SAP may be changed annually by SAP at any time upon three months prior written notice.  After Year 1 (i.e., after expiration of the first year after SAP begins to provide Maintenance hereunder), the Maintenance Fees, and any limitations on increases thereof, are subject to Licensee's compliance with the CCC requirements specified, and as described, in Section 5 above.  Maintenance may be terminated by Licensee in writing at any time upon three months' prior written notice, and Licensee shall be entitled to a pro-rata refund of any prepaid Maintenance Fees. Notwithstanding the foregoing, SAP may terminate Maintenance to Licensee after thirty days written notice if Licensee's failure to pay undisputed Maintenance Fees on a timely basis, in accordance herewith, continues uncured for thirty (30) days after SAP provides Licensee with written notice of such failure. Licensee is required to certify their CCC is in accordance with the requirements of SAP's CCC certification program.  Licensee should contact its SAP account team for further details on this program.

7.   In the event Licensee elects not to commence Maintenance upon the first day of the month following initial delivery of the Software, or Maintenance is otherwise declined for some period of time, and is subsequently requested or reinstated, SAP will invoice Licensee the accrued Maintenance Fees associated with such time period plus a reinstatement fee of not greater than 5% of the accrued Maintenance Fees.

8.   Provided SAP has the required access to Licensee's Software according to the requirements set forth herein, SAP shall provide Maintenance, as described herein, on a 24 x 7 x 365 basis (i.e., 24 hours a day, 7 days a week, 365 days a year).  SAP shall respond to problems of which it is notified by Licensee no less promptly than SAP responds to its other customers.

A narrative description of SAP's current standard support services is attached hereto as "Schedule 1 to Exhibit B" solely for informational purposes.

**SCHEDULE 1**
to
**MAINTENANCE SCHEDULE ("Schedule")**

**SAP Active Global Support Services**

**SAP Active Global Support**

SAP Active Global Support (AGS) maintains a Regional Support Center in the US which provides support services to the United States and Canada. Additionally, the US Support Center is part of the global, follow-the-sun support service network that provides 24 x 7 coverage for Priority 1 (Very High) messages with the SAP Global Support Centers (GSC's) in Germany, Austria, China, India, Ireland, and Spain.

AGS maintains local offices in over 40 countries which are responsible for managing questions of an administrative or country-specific nature, as well as translating issues before forwarding to a GSC. Regional Support Centers are located in Australia; Brazil; Japan; Germany; Singapore; and Newtown Square, PA (US).

This Exhibit is provided for informational purposes only, and is not intended to create contractual obligations between the parties.

**Maintenance (Standard Support) currently includes**

**Mission Critical Support**
- Global Message Handling 7 days a week, 24 hours a day - for messages with very high priority. (See the Global Message Handling description below).
- Global 24x7 Escalation Procedures – to get access to resources available to provide a solution to severe problems. (See the Escalation Procedures description below).

**Continuous Improvement**
- SAP Software Updates - covering new SAP Software Releases, R/3 HR support packages and tools, procedures and services for upgrades.
- Solution of Customer Issues:
  - SAP Notes – SAP's knowledge database.
  - SAP Note Assistant - a tool to install specific corrections and improvements to SAP components.
  - Support Packages – correction packages to reduce the effort of implementation of single corrections.
  - Global Message Handling from SAP – for SAP related problems (See the Global Message Handling description below).
- Access to SAP's Community – to get access to a variety of services from SAP and others through SAP Service Marketplace.
- Monitoring Tools for Systems and Core Business Processes – to optimize available resources and business processes with SAP EarlyWatch Alert and SAP Solution Manager.
  - The SAP Solution Manager contains tools that monitor systems and core business processes, giving a overview of the customer's entire solution landscape.
  - SAP EarlyWatch Alert - a monitoring tool that monitors the essential administrative areas of SAP components and keeps you up to date on their performance and stability. SAP EarlyWatch Alert is activated by the customer for each of your SAP components and runs automatically to keep you informed, so you can react to issues proactively, before they become critical. It is included in the SAP Solution Manager and it is from here that you activate it and read the weekly reports.
- Proactive Remote Services
  - SAP GoingLive Check The SAP GoingLive Check helps customers manage technical risk to ensure optimal performance, availability and maintainability of their SAP solution. It is best used during a new implementation or when customers experience a significant increase of data and user volume. It proactively analyzes core business processes within the solution landscape to guide customers to a smooth start of production and technically robust operations afterwards. The SAP GoingLive Check consists of three service sessions – Analysis, Optimization and Verification – that are delivered by certified consultants through a remote connection. The delivery of the individual sessions takes place at key phases in the implementation project.
  - SAP GoingLive Functional Upgrade Check - supports upgrades to a new software release through a set of service sessions that analyze compatibility with the target release, identify resource bottlenecks, and check system performance on the target release. SAP GoingLive Functional Upgrade Check consists of two to three service sessions: a planning session for when customers are upgrading to SAP R/3 Enterprise or upgrading SAP Business Warehouse. For all upgrade projects there is an analysis session and a verification session. Certified consultants perform them through a remote connection. Productive operations will not be affected during service sessions.
  - SAP OS/DB Migration Check - supports the migration of a database or operating system of an SAP system. These sessions help to stay aligned with the migration. The SAP OS/DB Migration Check consists of three service sessions – Remote Project Audit, Analysis and Verification session – that are delivered by certified consultants through a remote connection. The delivery of the individual session takes place at key phases in the migration project. The Remote Project Audit session lasts not more than half a day, while the Analysis and Verification sessions have a normal duration of one day. The actual SAP OS/DB migration is not performed as part of this service.
  - SAP EarlyWatch Check - proactively analyzes the performance and reliability of the operating system, database, and entire SAP system and show potential room for improvement. The delivery of the SAP EarlyWatch Check lasts one day and is delivered by experienced service engineers over a remote connection. Two weeks before service delivery, programs run in the background of the SAP component to collect data. This data is the basis for the analysis performed by the check. The collection of data and the delivery of this service do not affect productive operations. When the analysis is complete, SAP service engineers telephone the customer's designated contact person to discuss the actions necessary to optimize your SAP solution. All results are collected in a final report that is delivered to the customer.

**Implementation, Operation, Change Management Support**
- Updates and corrections of the purchased version. This also includes comprehensive support of third party operating system and databases with newest technologies and platforms.
- Administrative integration of distributed systems through the SAP Solution Manager
- Content and supplementary tools to increase efficiency, such as

- Implementation Methodologies – such as Accelerated SAP (ASAP), Global ASAP, Best Practices for mySAP solutions, Implementation Guide (IMG), Business Configuration (BC) Sets and Customizing Monitoring.
- Available source code for SAP applications and additionally released and maintained function modules.
- Test administration and automation based on core business processes documented in SAP Solution Manager.
- Software Change Management, such as changed configuration settings or software upgrades are extensively supported – for example with templates for phased roll out, roadmaps, tools for client copy and entity copy, tools for comparing and synchronization of customizing.

**Global Message Handling**

When malfunctions are reported, AGS provides support to the customer during normal business hours by providing information on how to remedy, avoid and bypass errors. The main channel for support will be the support infrastructure provided by SAP for the cooperation in problem resolution. Customers can send an error message at any time of day or night, every day of the week. All persons involved in the message solving process can call up the status at any time.

Customers enter their problem message directly into the SAP Service Marketplace; SAPNet R/3 Frontend or the SAP Solution Manager where it is replicated real-time into SAP's internal call tracking system. Problem messages are dispatched automatically to the correct GSC based on:

- Priority (the customer always sets the priority of their problem)
- Component Area
- Originating Country
- Resource Availability

In exceptional cases, customers can also contact SAP by telephone. SAP requires that customers have a remote data transmission unit, which meets SAP's technical specification. Support is provided exclusively to the customer's Customer Competence Center.

Customers classify each error or defect in the Software or related Documentation and report such error or defect to SAP for correction based on the following criteria:

Priority 1 (Very High) – System shutdown or severe restrictions in a Productive SAP System that prevents productive work.
Priority 2 (High) – Severe loss of functionality, significant restrictions in a Productive SAP System.
Priority 3 (Medium) – An individual function is not performing properly in a Production or Test SAP System.
Priority 4 (Low) – Design or documentation problem in a Production or Test SAP System.

If a customer message is not country-specific, and does not need to be translated, it is forwarded directly to the GSC which has the expertise and available resources to provide the quickest resolution.

AGS consultants proactively communicate with customers, partners, 3rd party consultants and the internal escalations team to gather supporting information about their problem. Consultants follow through to resolution and document all problems, customer complaints and escalations.

If the customer problem is occurring as a result of a software bug, SAP Development consultants will work to resolve software bugs identified either by external customers or internal consultants. They triage the issues to the appropriate developers and provide code recommendations to resolve the issue.

**Escalation Procedures**

An AGS Duty Manager and a representative from the Executive Management team are available to assist in the escalation of sensitive issues. A specific team of individuals is dedicated to working with SAP's customers so that they receive the service they need and the proper attention during critical phases of the product lifecycle.

Customer escalations can be reported directly by the customer, by SAP partners, or by SAP employees.

Prerequisites for customer escalations are:

- The customer has reported the problem via the support system
- The problems have to exist currently (no coming to terms with the past)
- The customer and the SAP employee have involved the competent authorities already and exploited the "usual" channels

If a customer escalation is concerned, the AGS Escalation Manager takes on the project managers for the time of the de-escalation project and assembles a team of experts.

**EXHIBIT D**

to
**SAP PUBLIC SERVICES, INC. ("SAP")**
**SOFTWARE LICENSE AGREEMENT effective March 22, 2005 ("Agreement")**
**with**
**THE COUNTY OF MARIN, CALIFORNIA ("Licensee")**

**"F" DESIGNATED RESPONSES TO FUNCTIONAL REQUIREMENTS MATRIX DATED MARCH 7, 2005**



# Virtual Contracts Library

**The Functional Requirement Matrix for this contract is not available in theVCL.**

**Any questions concerning the Functional Requirement Matrix should be addressed to the Public Services Contracts team.**

THE BEST-RUN BUSINESSES RUN SAP 

**EXHIBIT E**
to
**SAP PUBLIC SERVICES, INC. ("SAP")**
**SOFTWARE END-USER LICENSE AGREEMENT effective March 22, 2005 ("License Agreement")**
with
**THE COUNTY OF MARIN, CALIFORNIA ("Licensee")**

**OUTSOURCING CONFIDENTIALITY AGREEMENT ("Agreement")**

This Confidentiality Agreement ("Agreement") made this _____ day of _____, 200_ among SAP Public Services, Inc. having its principal place of business at The Ronald Reagan Building, International Trade Center, 1300 Pennsylvania Avenue, NW, Suite 600/North Tower/Gray, Washington, DC 20004 (hereinafter referred to as "SAP"), _____ having its principal place of business at _____ (hereinafter referred to as "Vendor") and The County of Marin, California, having its principal place of business at 3501 Civic Center Drive, San Rafael, CA 94903, hereinafter referred to as ("Licensee").

All capitalized terms defined in the Software License Agreement by and between SAP and Licensee dated _____ ("License Agreement") and referred to herein shall have the same meaning as set forth in the License Agreement unless otherwise modified herein.

WHEREAS, SAP is in the business of providing proprietary software, documentation, and related services to its customers;

WHEREAS, pursuant to the License Agreement, SAP has licensed its Software, Documentation and other Proprietary Information to Licensee for Use in its business operations;

WHEREAS, Licensee has engaged Vendor to perform certain facilities and/or information systems management services as set forth in the _____ Agreement between Vendor and Licensee dated _____ ("Services") that will require Vendor to have access to the Software, Documentation and other SAP Proprietary Information; and

WHEREAS, SAP and Licensee may disclose to Vendor the Software, whether in source or object code, including unique concepts or techniques embodied therein, Documentation, any third-party database or third-party software licensed from SAP, and any other Proprietary Information of SAP for the sole purpose of allowing Vendor to provide the Services to Licensee;

NOW THEREFORE, in consideration of disclosure to Vendor of such Proprietary Information, and intending to be legally bound, the parties agree as follows:

1. **Permissible Users.**

   Vendor agrees that it will use the Proprietary Information of SAP solely for providing the Services to Licensee and its Subsidiaries. Vendor will not use the Proprietary Information of SAP to process its own business information or to provide processing or facilities management or other services to any party other than Licensee and its Subsidiaries.

2. **SAP Proprietary Information.**

   (a)    Vendor acknowledges SAP's assertion that ownership of and title in and to all intellectual property rights, including patent, trademark, service mark, copyright, and trade secret rights, in the Proprietary Information of SAP are and shall remain in SAP and SAP AG and their respective licensors. Vendor acquires only the right to use the Proprietary Information of SAP under the terms and conditions of this Agreement and does not acquire any ownership rights or title in or to such Proprietary Information.

   (b)    SAP agrees that no restrictions are made upon Vendor with respect to any Proprietary Information of SAP that: (a) is already rightfully possessed by Vendor without obligation of confidentiality; or (b) is developed independently by Vendor without breach of this Agreement; or (c) is rightfully received by Vendor from a third party without obligation of confidentiality; or (d) is, or becomes, publicly available without breach of this Agreement.

   (c)    Vendor shall not remove any proprietary, copyright, trademark, or service mark legend from the Software, Documentation or other provided Proprietary Information of SAP.

   (d)    Vendor shall maintain a log of the number and location of all originals and copies of the Software for which it is responsible. The inclusion of a copyright notice on any portion of the Software or Documentation shall not cause or be construed to cause it to be a published work.

3. **Protection of Proprietary Information.**

   (a)    Vendor agrees that it will not disclose, provide, or make available any of the Proprietary Information of SAP in any form to any person, except to employees, officers, or directors whose access is necessary to enable Vendor to exercise its rights hereunder, without the SAP's prior written consent.

   (b)    Vendor shall not copy (except as necessary to provide the Services), translate, disassemble, or decompile, nor create or attempt to create the source code from the object code of the Software licensed hereunder or use such source code or object code to create a derivative work, unless authorized in writing by SAP.

   (c)    Vendor acknowledges that any disclosure to third parties of Proprietary Information of SAP may cause immediate and irreparable harm to SAP. Therefore, Vendor agrees to take the same protective precautions to protect the Proprietary Information of SAP from disclosure to third parties as it takes with regard to its own confidential and proprietary information of a similar nature.

4. **Duties Upon Termination.**

16

Upon any termination of the License Agreement or the Services hereunder, Vendor shall immediately cease Use of the Proprietary Information of SAP and shall promptly and irretrievably delete the Software, any third-party database licensed from or through SAP and Documentation from all Vendor computer hardware, including CPUs, application servers, terminals, workstations, and data files.

5.  **No Rights Transferred.**

Except as expressly provided herein, the furnishing of the Proprietary Information of SAP for the limited purposes set forth herein does not constitute the grant, option, license, sublicense, assignment, or other form of transfer to Vendor of any rights, title or interest in or to such Proprietary Information.

6.  **Modifications.**

Vendor, under the terms of this Agreement, expressly warrants and represents on its behalf, and on behalf of its agents and employees, that no Modifications for the licensed Software will be developed without providing prior written notice to SAP. All Modifications to the Software owned by SAP in accordance with the License Agreement shall be considered part of the Software for purposes of this Agreement.

7.  **Indemnification.**

(a)    Vendor agrees to indemnify and defend SAP, its parent, affiliates, its and their officers, directors and employees, from and against any and all loss, claim or damage, including attorney's fees and costs, which SAP may suffer that arise from or are in any way connected with a breach of Vendor's obligations hereunder.

(b)    ANYTHING TO THE CONTRARY HEREIN NOTWITHSTANDING, UNDER NO CIRCUMSTANCES SHALL SAP BE LIABLE TO VENDOR, LICENSEE OR ANY OTHER PERSON OR ENTITY FOR SPECIAL, INCIDENTAL, CONSEQUENTIAL, OR INDIRECT DAMAGES, LOSS OF GOOD WILL OR BUSINESS PROFITS, WORK STOPPAGE, DATA LOSS, COMPUTER FAILURE OR MALFUNCTION, ANY AND ALL OTHER COMMERCIAL DAMAGES OR LOSS, OR EXEMPLARY OR PUNITIVE DAMAGES IN CONNECTION WITH THIS OUTSOURCING CONFIDENTIALITY AGREEMENT.  THE FOREGOING LIMITATION OF LIABILITY DOES NOT APPLY TO PERSONAL INJURY OR DEATH CAUSED BY THE NEGLIGENCE OR WILLFUL MISCONDUCT OF SAP, OR IN ANY WAY AFFECT LICENSEE'S OR SAP'S RESPECTIVE RIGHTS AND DUTIES UNDER, OR THE LIMITATIONS OF LIABILITY SET FORTH IN, THE LICENSE AGREEMENT.

8.  **Assignment.**

Vendor may not, without SAP's prior written consent, assign, delegate, sublicense, pledge, or otherwise transfer this Agreement, or any of its rights or obligations under this Agreement. Any permitted assignment of this Agreement shall provide that the provisions of this Agreement continue in full force and effect with respect to the assignee and that Vendor shall guaranty the performance of its assignee and shall remain liable for all obligations hereunder.

9.  **Miscellaneous.**

(a)    This Agreement shall be binding upon and inure to the benefit of the parties hereto and their permitted successors and assigns.

(b)    The provisions of this Agreement shall (i) with regard to the subject matter hereof, together with any agreements incorporated or referred to herein, supersede all prior agreements and negotiations, and (ii) be modified only by a written agreement.

(c)    In the event that any provision of this Agreement shall, for any reason, be determined to be invalid, illegal, or unenforceable in any respect, the parties hereto shall negotiate in good faith to agree to such amendments, modifications, or supplements of or to this Agreement or such other appropriate actions as shall, to the extent practicable in light of such determination, implement and give effect to the intentions of the parties as reflected herein, and the other provisions of this Agreement shall, as so amended, modified, or supplemented, or otherwise affected by such action, remain in full force and effect.

(d)    This Agreement shall be governed by and construed under the laws of the State of California without reference to conflicts of law principles.

This Agreement shall be in effect beginning on the date set forth in the preamble hereto and shall continue in effect until otherwise agreed upon by the parties in writing.

IN WITNESS HEREOF, and intending to be legally bound, the parties have executed this Agreement on the date and year set forth in the preamble hereto.


SAP PUBLIC SERVICES, INC.                          _____ (Vendor)

By: _____                        By: _____

Title: _____                     Title: _____

Date: _____                      Date: _____


THE COUNTY OF MARIN, CALIFORNIA (Licensee)

_____

Title: _____

Date: _____

**EXHIBIT F**
to
**SAP PUBLIC SERVICES, INC. ("SAP")**
**SOFTWARE END-USER LICENSE AGREEMENT effective March 22, 2005 ("License Agreement")**
with
**THE COUNTY OF MARIN, CALIFORNIA ("Licensee")**

**LICENSEE'S SUBSIDIARIES**

**EXHIBIT F**

| Fund | Dept | Bud Center | Org | Budget Center | Governed By | Administered By | Payroll Svc | Benefits | Retirement | Current Accounting Services | Bond Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 202 | PW | MPK | | Murray Park Sewer Maintenance District | BOS | County Personnel | | | | | |
| 203 | PW | SQT | | San Quentin Sewer Maintenance District | BOS | County Personnel | | | | | |
| 207 | PW | C01 | | County Service Area #1 Loma Verde | BOS | County Personnel | | | | | |
| 209 | PW | C06 | | County Service Area #6 Santa Venetia | BOS | County Personnel | | | | | |
| 212 | AD | C13 | | County Service Area #13 Upper Lucas Valley | BOS | County Personnel | | | | | |
| 214 | AD | C17 | | County Service Area #14 Police Services | BOS | County Personnel | | | | | |
| 216 | AD | C19 | | County Service Area #19 Fire Prot Service | BOS | County Personnel | | | | | |
| 217 | AD | C19 | | County Service Area #19 Paramedics | BOS | County Personnel | | | | | |
| 218 | AD | C27 | | County Service Area #27 RV Paramedics | BOS | County Personnel | | | | | |
| 219 | AD | C28 | | County Service Area #28 W Marin Paramedic | BOS | County Personnel | | | | | |
| 222 | AD | C31 | | County Service Area #31 County Fire | BOS | County Personnel | | | | | |
| 224 | PK | C33 | | County Service Area #33 - Stinson Beach | BOS | County Personnel | | | | | |
| 225 | PW | MCL | | Marin County Lighting | BOS | County Personnel | | | | | |
| 227 | PW | FC1 | | Flood Control Zone #1 Novato | BOS | County Personnel | | | | | |
| 229 | PW | FC3 | | Flood Control Zone #3 Richardson Bay | BOS | County Personnel | | | | | |
| 230 | PW | FC4 | | Flood Control Zone #4 Bel Aire | BOS | County Personnel | | | | | |
| 231 | PW | FC5 | | Flood Control Zone #5 Stinson Beach | BOS | County Personnel | | | | | |
| 232 | PW | FC6 | | Flood Control Zone #6 San Rafael Meadow | BOS | County Personnel | | | | | |
| 233 | PW | FC7 | | Flood Control Zone #7 Santa Venetia | BOS | County Personnel | | | | | |
| 234 | PW | F8A | | Flood Control Zone #9 RV Corte Madera | BOS | County Personnel | | | | | |
| 235 | PW | FC9 | | Flood Control Zone #9 Ross Valley | BOS | County Personnel | | | | | |
| 236 | PW | F10 | | Flood Control Zone #10 Inverness | BOS | County Personnel | | | | | |
| 232 | PW | F4A | | Flood Control Zone #F4A - Strawberry Circle | BOS | County Personnel | | | | | |
| 241 | PW | C09 | | County Service Area #9 Northbridge | BOS | County Personnel | | | | | |
| 242 | PK | C14 | | County Service Area #14 Homestead Valley | BOS | County Personnel | | | | | |
| 243 | PK | C16 | | County Service Area #16 Greenbrae | BOS | County Personnel | | | | | |
| 244 | PK | C17 | | County Service Area #17 Kentfield | BOS | County Personnel | | | | | |
| 245 | PK | C18 | | County Service Area #18 Gallinas Village | BOS | County Personnel | | | | | |
| 246 | PK | C20 | | County Service Area #20 Indian Valley | BOS | County Personnel | | | | | |
| 251 | PK | RCL | | Rush Creek-Lighting & Landscape | BOS | County Personnel | | | | | |
| 253 | PK | SBL | | Highway Lighting-Stinson | BOS | County Personnel | | | | | |
| 254 | PK | HLS | | HL-Strawberry Landscaping | BOS | County Personnel | | | | | |
| 257 | PK | C29 | | County Service Area #29 Paradise Cay | BOS | County Personnel | | | | | |
| 260 | AD | BOL | | Bolinas Highlands Permanent Road Division | BOS | County Personnel | | | | | |
| 261 | AD | MCR | | Monte Cristo Permanent Road Division | BOS | County Personnel | | | | | |
| 262 | AD | ID2 | | Inverness Sub #2 Permanent Road Division | BOS | County Personnel | | | | | |
| 263 | AD | MVD | | Mt. View Ave Lane Permanent Road Division | BOS | County Personnel | | | | | |
| 264 | AD | PED | | Paradise Estates Permanent Road Division | BOS | County Personnel | | | | | |
| 266 | AD | MPC | | Madrone Park Circle Permanent Road Division | BOS | County Personnel | | | | | |
| 287 | AD | RID | | Ridgewood Permanent Road Division | BOS | County Personnel | | | | | |
| 402 | PK | 917 | | Marin County Open Space | Board of Directors | County Personnel | | | | | |
| 411 | PW | MCT | | Marin County Transit District | Board of Directors | County Personnel | | | | | |
| 964 | PL | RDV | | Marin County Redevelopment Agency | Board of Commissioners | County Personnel | | | | | |
| 96X | SD | CWM | | Marin County Hazardous and Solid Waste—Joint Powers Authority | Board of Commissioners | County Personnel | | | | | |

**EXHIBIT F**

Listing of Licensee's Subsidiaries

EXHIBIT F

| Fund | Dept | Bud Center | Org | Budget Center | Governed By | Administered By | Payroll Svc | Benefits | Retirement | Current Accounting Services | Bond Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Martin Nichols | | | | | |
| 96B | GS | MCS | | McStorm Wtr. Pollution Prevention Prog. - Joint Powers Authority | Appointed (It will go back to DPW 7/1/05) | | | | | 1 | |
| 96C | GS | CJP | | Marin Emergency Radio Authority - Joint Powers Authority | Appointed & Elected | | | | | | Y |
| 96H | GS | SLJ | | Marin County Street Lighting Acquistion - Joint Powers | Appointed | | | | | | |
| 997 | GS | TMA | | Marin Telecommunications Agency - Joint Powers Authority | Elected | | | | | | |
| 951 | SD | TAM | | Transporation Authority of Marin | Elected | County Personnel | | | | | |
| 994 | SD | RBH | | Richardson Bay Regional Agency - Joint Powers Authority | Elected | County Personnel | | | | | |
| 995 | SD | 711 | | Marin Automated Resources and Information Network (MARINet) | Independent Board | Non-County Personnel | | | | 1 | |
| 406 | SD | MSQ | | Marin / Sonoma Mosquito Abatement District | Independent Board | Non-County Personnel | | | | 2 | |
| 410 | SD | BAQ | | Bay Area Air Quality Management | Independent Board | Non-County Personnel | | | | 3 | |
| 412 | SD | LAF | | Local Agency Formation Commission | Independent Board | Non-County Personnel | Y | Y | Y | 1 | Y |
| 416 | SD | BMK | | Bel Marin Keys Community Service District | Independent Board | Non-County Personnel | | | | 3 | |
| 420 | SD | MCD | | Marin City Community Service District | Independent Board | Non-County Personnel | | | | | |
| 427 | SD | TVC | | Tomales Village Community Service District | Independent Board | Non-County Personnel | | | | 3 | |
| 430 | SD | TMD | | Tamalpais Community Service District | Independent Board | Non-County Personnel | | | | 3 | |
| 435 | SD | BOF | | Bolinas Fire Protection District | Independent Board | Non-County Personnel | | | | 2 | |
| 437 | SD | KTF | | Kentfield Fire Protection District | Independent Board | Non-County Personnel | | | | 2 | |
| 439 | SD | KRV | | Ross Valley Paramedic Kentfield | Independent Board | Non-County Personnel | | | | 3 | |
| 440 | SD | N81 | | Novato Fire Protection District | Independent Board | Non-County Personnel | | | | 1 | |
| 422 | SD | MWD | | Marinwood Community Service District | Independent Board | Non-County Personnel | | | | 3 | |
| 428 | SD | MBD | | Muir Beach Community Service District | Independent Board | Non-County Personnel | | | | 3 | |
| 509 | SD | SMS | | Sausalito-Marin City Sanitary | Independent Board | Non-County Personnel | | | | 3 | |
| 545 | SD | STR | | Strawberry Recreation District | Independent Board | Non-County Personnel | | | | 2 | Y |
| 515 | SD | BUD | | Bolinas Community Public Utility District | Independent Board | Non-County Personnel | | | | 2 | Y |
| 525 | SD | INV | | Inverness Public Utility District | Independent Board | Non-County Personnel | | | | 3 | Y |
| 526 | SD | NMW | | North Marin Water District | Independent Board | Non-County Personnel | | | | 3 | Y |
| 542 | SD | SBW | | Stinson Beach County Water District | Independent Board | Non-County Personnel | | | | 3 | Y |
| 841 | SD | IPA | | In-Home Supportive Services Public Authority of Marin | Independent Board | Non-County Personnel | Y | Y | | 1 | |
| 443 | SD | SLF | | Sleepy Hollow Fire Protection District | Independent Board | Non-County Personnel | | | | 3 | |
| 445 | SD | SRV | | Ross Valley Paramedics - Sleepy Hollow | Independent Board | Non-County Personnel | | | | 3 | |
| 446 | SD | STF | | Stinson Beach Fire Protection District | Independent Board | Non-County Personnel | | | | 2 | |
| 451 | SD | SMF | | Southern Marin Fire District | Independent Board | Non-County Personnel | | | | 2 | |
| 452 | SD | TBF | | Tiburon Fire Protection District | Independent Board | Non-County Personnel | | | | 3 | |
| 473 | SD | RVS | | Ross Valley Sanitary District #1 | Independent Board | Non-County Personnel | | Y | | 3 | Y |
| 474 | SD | CMS | | Corte Madera Sanitary District #2 | Independent Board | Non-County Personnel | | | | 3 | |
| 476 | SD | TBS | | Tiburon Sanitary District #5 | Independent Board | Non-County Personnel | | | | 2 | |
| 482 | SD | NVS | | Novato Sanitary #6 | Independent Board | Non-County Personnel | | | | 3 | |
| 483 | SD | ALM | | Almonte Sanitary District | Independent Board | Non-County Personnel | | | | 2 | |
| 485 | SD | ALS | | Alto Sanitary District | Independent Board | Non-County Personnel | | | | 2 | |
| 487 | SD | HVS | | Homestead Valley Sanitary District | Independent Board | Non-County Personnel | Y | Y | Y | 2 | Y |
| 490 | SD | LGV | | Las Gallinas Valley Sanitary District | Independent Board | Non-County Personnel | Y | Y | | 2 | Y |
| 975 | SD | LLB | | Marin County Law Library | Independent Board | Non-County Personnel | | | | 1 | |
| 98W | SD | CFC | | First 5 Marin Children and Families Commission | Independent Board | Non-County Personnel | Y | | | 1 | Y |
| 501 | SD | RBS | | Richardson Bay Sanitary District | Independent Board | Non-County Personnel | | | | 2 | |
| 503 | SD | SRS | | San Rafael Sanitation District | Independent Board | Non-County Personnel | | | | 2 | |
| 408 | SD | MRC | 918 | Marin County Resource Conservation District | Independent Board | Non-County Personnel | | | | 2 | |

EXHIBIT F

Listing of Licensee's Subsidiaries

EXHIBIT F

| Fund | Dept | Bud Center | Org | Budget Center | Governed By | Administered By | Payroll Svc | Benefits | Retirement | Current Accounting Services | Bond Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Various | SD | | | Novato Schools | Independent Board | Non-County Personnel | | | | 2 | Y |
| Various | SD | | | MCOE (also includes Marin Community College) | Independent Board | Non-County Personnel | | | | 2 | Y |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

*A/C Svc Codes:
1. Full accounting svc (in system). Month end reports, budget. County issued checks.
2. JVs & CROs, Month end reports, budget. Outside Warrants.
3. Clearing Fund: Funds come in for checks written to agency, Month-end reports, budget.

Listing of Licensee's Subsidiaries

EXHIBIT F

**EXHIBIT G**
to
**SAP PUBLIC SERVICES, INC. ("SAP")**
**SOFTWARE END-USER LICENSE AGREEMENT effective March 22, 2005 ("License Agreement")**
with
**THE COUNTY OF MARIN, CALIFORNIA ("Licensee")**

## INSURANCE

### 1. INSURANCE:

All required insurance coverages shall be documented by duly issued certificates of insurance naming Licensee as an additional insured. SAP shall provide compliant certificates of insurance to Licensee within five (5) days after the Effective Date. Each certificate shall require thirty (30) days' advance notice to Licensee of any cancellation in coverage, and SAP shall make commercially reasonable efforts to enforce such advance notice requirement on its carriers. Said policies shall remain in force throughout the term of this Agreement and such policies shall be written on a "per occurrence" basis only, with the exception of Professional Liability, which shall be written on a "claims made" basis.

Failure by SAP to provide and maintain the insurance required by this Agreement will constitute a material breach of the Agreement by SAP. The following insurance requirements are required:

### A. GENERAL LIABILITY

SAP shall maintain a commercial general liability insurance policy in an amount of no less than one million dollars ($1,000,000.00). Licensee shall be named as an additional insured on the commercial general liability policy and the certificate of insurance shall include an additional endorsement page.

### B. AUTO LIABILITY

Where the services to be provided under this Agreement involve or require the use of any type of vehicle by SAP in order to perform said services, SAP shall also provide comprehensive business or commercial automobile liability coverage, including non-owned and hired automobile liability coverage in the amount of at least one million dollars ($1,000,000.00).

### C. WORKERS' COMPENSATION

SAP acknowledges that the provisions of the Labor Code of the State of California require every employer to be insured against liability for workers' compensation or to undertake self-insurance in accordance with the provisions of that Code, and SAP agrees that it will comply with such provisions before commencing the performance of the work under this Agreement. If SAP has employees, a copy of the certificate evidencing such insurance or a copy of the Certificate of Consent to Self-Insure shall be provided to Licensee within five (5) days after the Effective Date of the Agreement.

### D. PROFESSIONAL LIABILITY

SAP shall maintain a professional liability policy in an amount of no less than five million dollars ($5,000,000.00).

19



MAINTENANCE SCHEDULE ADDENDUM for PREMIUM SUPPORT SERVICES ("Schedule")
effective November 1, 2007
to
SAP PUBLIC SERVICES, INC. ("SAP")
SOFTWARE LICENSE AGREEMENT effective March 22, 2005 ("License Agreement")
with
THE COUNTY OF MARIN, CALIFORNIA ("Licensee")

SAP PREMIUM SUPPORT SERVICES

This Schedule is hereby annexed to and made a part of the Agreement specified above. In each instance in which provisions of this Schedule contradict or are inconsistent with the provisions of the License Agreement, its Appendices or terms and conditions of the Maintenance Schedule to the Agreement (together, the "Agreement") the provisions of this Schedule shall prevail and govern, and the contradicted or inconsistent provisions of the Agreement shall be deemed amended accordingly.

1. **SAP Premium Support Services.** SAP Premium Support Services include the following:

1.1 **Service Level Agreement.** The following Service Level Agreement ("SLA") commitments shall be offered commencing in the first full Calendar Quarter following the completion of Licensee's implementation of the recommendations resulting from the Initial Assessment specified in Section 1.3 below. As used herein, "Calendar Quarter" is the three month period ending on March 31, June 30, September 30 and December 31 respectively of any given calendar year.

1.1.1 **SLA for Initial Response Times:**

a. *Priority 1 Support Messages ("Very High")*. SAP shall respond to Priority 1 support messages (currently defined as production system shut-down or severe restrictions in the SAP productive system that prevent productive work) within one (1) hour of SAP's receipt (twenty-four hours a day, seven days a week) of such Priority 1 support messages.

b. *Priority 2 Support Messages ("High")*. SAP shall respond to Priority 2 support messages (currently defined as severe loss of functionality, significant restrictions in the SAP productive system) within four (4) hours of SAP's receipt (during SAP's normal business hours (in the region Licensee is located) Monday-Friday, excluding United States and German legal and public holidays) of such Priority 2 support messages.

c. For further information on assigning priority levels, see SAP Note 67739 available in the SAP Notes Database on the SAP Service Marketplace via www.service.sap.com/support.

1.1.2 **SLA for Corrective Action Response Time for Priority 1 Support Messages:** SAP shall provide a solution, work around or action plan for resolution ("Corrective Action") of Licensee's Priority 1 support message within four (4) hours of SAP's receipt (twenty-four hours a day, seven days a week) of such Priority 1 support messages. In the event an action plan is submitted to Licensee as a Corrective Action, such action plan shall include: (i) status of the error resolution process; (ii) planned next steps, including identifying responsible SAP resources; (iii) required Licensee actions to support error resolution process; (iv) to the extent possible, due dates for SAP's actions; and (v) date and time for next status update from SAP. Subsequent status updates shall include a summary of the actions undertaken so far, planned next steps; and date and time for next status update. The time for Corrective Action refers only to that part of the processing time when the support message is in the status "in-process" at SAP.

1.1.3 **Service Level Credit.** SAP shall have met the stated SLAs provided SAP reacts within the stated time frames in ninety-five percent (95%) or greater of the aggregate cases for all SLAs within a Calendar Quarter. In the event Licensee submits less than twenty (20) messages (in the aggregate for all SLAs) subject to the above stated SLAs in any Calendar Quarter during the Premium Support Services term, Licensee agrees that SAP shall be deemed to have met the stated SLA provided it does not exceed the stated SLA time-frame in more than one support message during the applicable Calendar Quarter. In the event Licensee claims in writing to SAP that SAP failed to meet the stated SLAs as measured in accordance with this Section 1.1.3, SAP shall investigate such claim and provide a written report of SLA performance during the applicable Calendar Quarter. Should the report show that SAP failed to meet the stated SLAs as measured in accordance with this Section 1.1.3, SAP shall apply a Service Level Credit ("SLC") to Licensee's next Premium Support Service Fee invoice equal to two percent (2%) of Licensee's Premium Support Service Fee for the applicable Calendar Quarter for each failure reported and demonstrated in accordance with this Section 1.1.3, subject to a maximum SLC cap per Calendar Quarter of fifty percent (50%) of Licensee's Premium Support Service Fee for such Calendar Quarter. In order to be considered for SLC hereunder, Licensee must notify SAP in writing of the alleged failure to meet the SLAs within thirty (30) days of the close of the applicable Calendar Quarter. The SLC stated in this Section 1.1.3 is Licensee's sole and exclusive remedy with respect to any alleged or actual failure of SAP to achieve any applicable SLA. Licensee shall provide reasonable assistance to SAP in its effort to correct any problems or processes inhibiting SAP's ability to achieve the SLAs.

1.1.4 In the event Licensee's productive use of the Software or the Priority 1 message is not closed or the Priority 1 message status is not lowered within two (2) business days (Monday-Friday, excluding United States and German legal or public holidays), SAP reserves the right, in SAP's sole judgment, to provide additional support at Licensee's site where the Designated Unit is located for the purpose of restoring productive use of the Software. The parties shall agree in writing as to the scope and duration of the on-site support on a case-by-case basis. The additional on-site support shall in no case extend past the time when Licensee resumes productive use of the Software and shall not depend on closure of the Priority 1 message or the lowering of its status to a lower priority level.

1.1.5 Premium Support Services are only available for SAP Software products for which Licensee is receiving standard Maintenance services. In the event SAP licenses third party software to Licensee under the Agreement, SAP shall provide Premium Support Services on such third party products to the degree the applicable third party makes such Premium Support Services available to SAP. Licensee shall submit such support messages via the SAP Solution Manager Software in accordance with SAP's then current support message processing logon procedure which contain the relevant details necessary (as specified in SAP Note 16018 or any future SAP Note which replaces SAP Note 16018) for SAP to take action on the reported error related to an identified Licensee productive installation of SAP Software. Licensee must provide reproducible errors in order for SAP to provide the SLAs specified herein. The SLAs specified herein shall not apply to: (i) support messages related to SAP Software products that are in shipment status "restricted shipment" as identified in SAP's Release Strategy published on the SAP Service Marketplace; (ii) support messages related to SAP Software products that are in a maintenance status of "Customer Specific Maintenance"; (iii) support message for a release, version and/or functionality of SAP Software developed specifically for Licensee, e.g. by SAP Custom Development and/or by an SAP AG subsidiary; (iv) support messages regarding country versions that are not part of the SAP standard software and instead are realized as partner add-ons, enhancements, or modifications (even if these country versions were created by SAP or an associated organization); (v) the root-cause of the reported error is functionality not covered in the Documentation and not an error in the SAP Software; and (vi) submitted error messages that have been assigned to remote consulting.



1.2  **SAP Premium Support Advisor.**  SAP shall designate one (1) resource in the SAP Active Global Support ("AGS") Organization at one of SAP's support centers to be Licensee's support contact person. Upon request from Licensee, this Support Advisor shall be responsible for: (i) planning, coordinating and delivering (in cooperation with Licensee) the Assessments described in Section 1.3 below; (ii) advising Licensee on the implementation of recommended actions resulting from delivery of SAP support services; (iii) periodic follow-up with the Licensee with respect to mutually agreed actions resulting from the Assessments; (iv) acting as an additional escalation contact for exception handling in the support process; (v) providing information regarding SAP products, strategy, news and best practices as related to support and operational issues; and (vi) facilitating Licensee's certification of the Customer Competence Center.

The designated SAP Support Advisor shall be available via telephone and email during normal business hours in a time zone mutually agreed to by the parties.  Normal business hours are 8:30 am to 5:30 pm local time, Monday through Friday unless otherwise agreed to in writing by the parties. SAP shall make available a substitute Support Advisor during any periods where the primary Support Advisor is unavailable.  All Services of the designated SAP Support Advisor shall be coordinated with Licensee's designated Premium Support Program Manager, as described in Section 2 below.

1.3  **Assessment Services.**  Licensee and SAP agree to jointly conduct an initial assessment ("SAP Premium Support Setup Service") and thereafter one (1) assessment per calendar year during the Premium Support Services term ("Annual Assessment").  The focus of the SAP Premium Support Setup Service may include: (i) securing remote connectivity between Licensee and SAP; (ii) explaining best practices for collaboration with SAP Active Global Support Organization; (iii) reviewing Licensee solution landscape for SLA readiness; (iv) review of Licensee project roadmap; and (v) initiating Licensee's use of SAP Solution Manager.  Thereafter, the Annual Assessments shall be a review of Licensee's solution landscape and priorities as may be mutually agreed by the parties.  Such Annual Assessments may address the following areas: (i) technical risk analysis of a planned SAP solution (system landscape and core business processes) and plan for SAP related implementation projects; (ii) software operational readiness or software operational optimization assessment and plan for supporting a new SAP solution; and (iii) SAP Solution Optimization Assessment for a productive SAP solution (including potential landscape optimization possibilities).  The output of such Assessments shall be a summary service report which may include findings, risks or issues identified, and corresponding recommendations.  Such Assessments shall be scheduled for delivery at dates and times mutually agreed to by the parties.  Licensee is responsible for making the necessary internal arrangements for the delivery of the Assessment Services hereunder on a non-interference basis.  Licensee agrees to provide appropriate resources, including but not limited to equipment, data, information, workspace and appropriate and cooperative personnel, to facilitate the performance of the Assessment Services hereunder.

2.  **Licensee Requirements for SAP Premium Support Services.**

2.1  **SAP Premium Support Services Program Management.**  Licensee shall designate an English speaking Premium Support Program Manager.  Such Premium Support Program Manager shall cooperate with the designated SAP Support Advisor to administer the terms of this Schedule.  Licensee's designated Premium Support Program Manager shall be Licensee's authorized representative empowered to make necessary decisions for Licensee or bring about such decision without undue delay.

2.2  **Other Requirements.**  In order to receive Premium Support Services hereunder, Licensee must: (i) continue to pay all Maintenance Fees and Premium Support Service Fees for the Software licensed under and in accordance with the Agreement; (ii) otherwise fulfil its obligations under the Agreement and this Schedule; (iii) have installed, configured and be using the then current release of SAP Solution Manager Software system or (available in accord with SAP Maintenance services), with the latest patch levels for Basis, ABAP, and the latest SAP Solution Manager Software support packages, as the Service delivery platform for documenting top issues, core business processes and critical system information for the SAP Software products for which Licensee is receiving standard Maintenance services; (iv) document all core business processes and system landscapes in the SAP Solution Manager Software system; (v) activate SAP EarlyWatch Alert for all SAP Software for which Licensee receives standard Maintenance; and (v) inform SAP of planned changes to Licensee's system landscape.

3.  **References and Publicity.**  Licensee agrees to provide telephone references for prospective SAP customers.  Licensee also agrees to provide press testimonials, releases and announcements at SAP's request.

4.  **Term and Termination.**  The term of the Premium Support Services specified herein shall be two (2) years from the effective date of this Schedule ("Initial Term").  Following the expiration of the Initial Term, this Schedule shall automatically renew for additional one (1) year terms unless terminated by either party upon ninety (90) days written notice prior to the anniversary date of this Schedule.  Premium Support Services offered by SAP may be changed annually after the Initial Term by SAP at any time upon three (3) months prior written notice.  Notwithstanding the foregoing, SAP may terminate Premium Support Services after thirty (30) days written notice of: (i) Licensee's failure to pay Premium Support Services Fees hereunder or Maintenance Fees under the Agreement; or (ii) other Licensee breach unless cured within such thirty (30) day period.  Premium Support Services hereunder will terminate effective the same date of any termination of standard Maintenance under the Agreement.  In the event of termination hereunder, Licensee shall be entitled to a prorate refund of any prepaid Premium Support Service Fees for the period in which such termination occurred.

Accepted by:

SAP Public Services, Inc.
(SAP)

By:  ___Christopher Pfendner_____

Title:  ___Senior Director, Contracts___

Date:  ___10-22-07___

Accepted by:

The County of Marin, California
(Licensee)

By:  ___D. ? Hil_____

Title:  ___David  H4  CIo___

Date:  ___11.15.07___