**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIN COUNTY OF,

    Plaintiff,

v.

DELOITTE CONSULTING LLP,

    Defendant.

No. C 11-00381SI

**CLERK'S NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT **ALL MOTIONS TO DISMISS** SHALL BE SCHEDULED FOR ARGUMENT ON FRIDAY, AUGUST 12, 2011, AT 9:00 A.M.

Counsel is reminded to try to attempt to coordinate motion hearing dates for the same date and time.

Please report to Courtroom #10, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

Dated: May 24, 2011                                   RICHARD W. WIEKING, Clerk

                                                                  Tracy Forakis
                                                                  Deputy Clerk