IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: 6/17/11 CIVIL LAW AND MOTION CALENDARS

**CLERK'S NOTICE**

_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT due to the Court's unavailability, the following cases have been continued to Friday, July 15, 2011, at 9:00 a.m.

**09:00AM**

3:07-md-01827-SI - In Re TFT-LCD (Flat Panel) Antitrust Litigation
Motion Hearing (#2739, 2743, 2754)

3:10-cv-04572-SI - Best Buy Co., Inc. et al v. AU Optronics Corp. et al
Motion Hearing (#31)

3:10-cv-05452-SI - Eastman Kodak Company v. Epson Imaging Devices Corporation et al
Motion Hearing (#12)

3:10-cv-02240-SI - The Board of Trustees of the California Winery Worker's Pension Trust Fund v. Union Bank, N.A. Motion Hearing (#82)

3:11-cv-00381-SI - County of Marin v. Deloitte Consulting LLP et al
Motion Hearing (#66 and 67)

**Counsel shall not adjust the briefing schedule for the new hearing date.**

Please report to Courtroom #10, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

Dated: May 24, 2011

RICHARD W. WIEKING, Clerk

_____
Tracy Pezakis
Deputy Clerk