MARK P. RESSLER *(pro hac vice)*
R. TALI EPSTEIN *(pro hac vice)*
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
mressler@kasowitz.com
tepstein@kasowitz.com

PATRICK K. FAULKNER (SBN 070801)
County Counsel
SHEILA SHAH LICHTBLAU (SBN 167999)
Deputy County Counsel
3501 Civic Center Drive, Room 275
San Rafael, California 94903
Telephone: (415) 499-6117
Facsimile: (415) 499-3796
pfaulkner@co.marin.ca.us
slichtblau@co.marin.ca.us

Attorneys for Plaintiff
COUNTY OF MARIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN,<br><br>Plaintiff,<br><br>v.<br><br>DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC. and ERNEST W. CULVER,<br><br>Defendants. | No. CV11-0381-SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING (1) PLAINTIFF'S TIME TO RESPOND IN OPPOSITION TO DEFENDANT DELOITTE CONSULTING LLP'S MOTION TO STAY AND RENEWED MOTION TO REASSIGN; AND (2) DEFENDANT DELOITTE CONSULTING LLP'S TIME TO REPLY TO PLAINTIFF'S RESPONSES IN OPPOSITION TO MOTIONS**<br><br>Judge: Honorable Susan Illston<br>Courtroom: 10, 19th Floor |

STIPULATION AND [PROPOSED] ORDER; Case No. CV11-0381-SI

1

2       WHEREAS the County of Marin (the "County") filed the above-captioned action on

3 December 16, 2010 in the Superior Court of the State of California in and for the County of

4 Marin, as case number CIV1006574;

5       WHEREAS defendants removed this action to this Court on January 26, 2011;

6       WHEREAS defendant Deloitte Consulting LLP ("Deloitte Consulting") filed a motion to

7 stay (Dkt. 66) and a renewed motion to reassign action to referee (Dkt. 67) on May 13, 2011, both

8 originally set for hearing on June 17, 2011;

9       WHEREAS pursuant to Local Rule 7-3(a) the County's responses in opposition to the

10 motion to stay and the renewed motion to reassign action to referee are due on May 27, 2011;

11       WHEREAS pursuant to Local Rule 7-3(c) Deloitte Consulting's reply briefs in support of

12 the motion to stay and the renewed motion to reassign action to referee are due on June 3, 2011;

13       WHEREAS pursuant to the Clerk's Notice in this matter (Dkt. No. 78) the hearing on these

14 motions is continued to July 15, 2011;

15       WHEREAS counsel for the County contacted the clerk of the Court regarding the briefing

16 schedule for these motions and was informed that the parties could stipulate to a briefing schedule

17 as long as the briefing was completed on or before June 24, 2011.

18       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the

19 undersigned counsel as follows:

20       The County's time to file responses in opposition to the motion to stay and the renewed

21 motion to reassign action to referee is extended to and including June 3, 2011;

22       Deloitte Consulting's time to file reply briefs in support of the motion to stay and the

23 renewed motion to reassign action to referee is extended to and including June 17, 2011.

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER; Case No. CV11-0381-SI

IT IS SO STIPULATED

Dated: May 26, 2011

By: ____/s/_ Mark P. Ressler_____
Mark P. Ressler
Kasowitz, Benson, Torres & Friedman LLP
*Attorneys for Plaintiff County of Marin*

Dated: May 26, 2011

By: _____/s/_ Geoffrey T. Holtz_____
Geoffrey T. Holtz
Bingham McCutchen LLP
*Attorney for Defendant Deloitte Consulting LLP*

Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

PURSUANT TO THE STIPULATION, AND GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

_____
Hon. Susan Illston

2
STIPULATION AND [PROPOSED] ORDER; Case No. CV11-0381-SI