1  MARK P. RESSLER *(pro hac vice)*
2  R. TALI EPSTEIN *(pro hac vice)*
   KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
3  1633 Broadway
   New York, New York 10019
4  Telephone:   (212) 506-1700
   Facsimile:   (212) 506-1800
5  mressler@kasowitz.com
6  tepstein@kasowitz.com

7  PATRICK K. FAULKNER (SBN 070801)
   County Counsel
8  SHEILA SHAH LICHTBLAU (SBN 167999)
9  Deputy County Counsel
   3501 Civic Center Drive, Room 275
10 San Rafael, California 94903
   Telephone:   (415) 499-6117
11 Facsimile:   (415) 499-3796
12 pfaulkner@co.marin.ca.us
   slichtblau@co.marin.ca.us
13
   Attorneys for Plaintiff
14 COUNTY OF MARIN

15                    **UNITED STATES DISTRICT COURT**
16                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 17 COUNTY OF MARIN, | No. CV11-0381-SI |
| 18 | |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| 19 | **ORDER EXTENDING (1) PLAINTIFF'S** |
| 20 v. | **TIME TO RESPOND IN OPPOSITION** |
| | **TO DEFENDANT DELOITTE** |
| 21 DELOITTE CONSULTING LLP, SAP | **CONSULTING LLP'S MOTION TO** |
| 22 AMERICA, INC., SAP PUBLIC SERVICES, | **STAY AND RENEWED MOTION TO** |
| INC. and ERNEST W. CULVER, | **REASSIGN; AND (2) DEFENDANT** |
| 23 | **DELOITTE CONSULTING LLP'S TIME** |
| 24 Defendants. | **TO REPLY TO PLAINTIFF'S** |
| | **RESPONSES IN OPPOSITION TO** |
| 25 | **MOTIONS** |
| 26 | |
| | Judge: Honorable Susan Illston |
| 27 | Courtroom: 10, 19th Floor |
| 28 | |

1

2  WHEREAS the County of Marin (the "County") filed the above-captioned action on
3  December 16, 2010 in the Superior Court of the State of California in and for the County of
4  Marin, as case number CIV1006574;

5  WHEREAS defendants removed this action to this Court on January 26, 2011;

6  WHEREAS defendant Deloitte Consulting LLP ("Deloitte Consulting") filed a motion to
7  stay (Dkt. 66) and a renewed motion to reassign action to referee (Dkt. 67) on May 13, 2011, both
8  originally set for hearing on June 17, 2011;

9  WHEREAS pursuant to Local Rule 7-3(a) the County's responses in opposition to the
10 motion to stay and the renewed motion to reassign action to referee are due on May 27, 2011;

11 WHEREAS pursuant to Local Rule 7-3(c) Deloitte Consulting's reply briefs in support of
12 the motion to stay and the renewed motion to reassign action to referee are due on June 3, 2011;

13 WHEREAS pursuant to the Clerk's Notice in this matter (Dkt. No. 78) the hearing on these
14 motions is continued to July 15, 2011;

15 WHEREAS counsel for the County contacted the clerk of the Court regarding the briefing
16 schedule for these motions and was informed that the parties could stipulate to a briefing schedule
17 as long as the briefing was completed on or before June 24, 2011.

18 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the
19 undersigned counsel as follows:

20 The County's time to file responses in opposition to the motion to stay and the renewed
21 motion to reassign action to referee is extended to and including June 3, 2011;

22 Deloitte Consulting's time to file reply briefs in support of the motion to stay and the
23 renewed motion to reassign action to referee is extended to and including June 17, 2011.

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER; Case No. CV11-0381-SI

IT IS SO STIPULATED

Dated: May 26, 2011                    By:     /s/  Mark P. Ressler
                                               Mark P. Ressler
                                               Kasowitz, Benson, Torres & Friedman LLP
                                               *Attorneys for Plaintiff County of Marin*

Dated: May 26, 2011                    By:     /s/  Geoffrey T. Holtz
                                               Geoffrey T. Holtz
                                               Bingham McCutchen LLP
                                               *Attorney for Defendant Deloitte Consulting LLP*

<u>Attestation</u>: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

PURSUANT TO THE STIPULATION, AND GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

5/26/11                                _____
                                       Hon. Susan Illston