| | |
|---|---|
| 1 | Thomas B. Mayhew (State Bar No. 183539) |
| | tmayhew@fbm.com |
| 2 | Christina R. Hollander (State Bar No. 267292) |
| | chollander@fbm.com |
| 3 | Farella Braun + Martel LLP |
| | 235 Montgomery Street, 17th Floor |
| 4 | San Francisco, CA  94104 |
| | Telephone:  (415) 954-4400 |
| 5 | Facsimile:  (415) 954-4480 |
| 6 | Attorneys for Defendant |
| | ERNEST W. CULVER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF MARIN, | Case No.  3:11-cv-00381-SI |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE OF CHRISTINA R. HOLLANDER** |
| DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC. and ERNEST W. CULVER, | |
| Defendants. | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NOTICE OF APPEARANCE OF CHRISTINA
R. HOLLANDER (3:11-cv-00381-SI)

26482\2628616.1

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Christina R. Hollander hereby enters an appearance as counsel of record on behalf of Defendant Ernest W. Culver and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Mr. Culver.

>Christina R. Hollander
>Farella Braun + Martel LLP
>235 Montgomery Street, 17th Floor
>San Francisco, CA 94104
>Telephone: (415) 954-4400
>Fax: (415) 954-4480
>Email: chollander@fbm.com

Dated: May 27, 2011                    FARELLA BRAUN + MARTEL LLP

                                       By:  /s/ *Christina R. Hollander*
                                            Christina R. Hollander

                                       Attorneys for Defendant
                                       ERNEST W. CULVER