Thomas B. Mayhew (State Bar No. 183539)
tmayhew@fbm.com
Christina R. Hollander (State Bar No. 267292)
chollander@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
ERNEST W. CULVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF MARIN,<br><br>Plaintiff,<br><br>vs.<br><br>DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC. and ERNEST W. CULVER,<br><br>Defendants. | Case No. 3:11-cv-00381-SI<br><br>**DEFENDANT ERNEST W. CULVER'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [CIVIL L.R. 3-16]** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, no such interest is known.

Dated: June 3, 2011

FARELLA BRAUN + MARTEL LLP

By: /s/ *Christina R. Hollander*
      Christina R. Hollander

Attorneys for Defendant
ERNEST W. CULVER