MARK P. RESSLER (*pro hac vice*)
R. TALI EPSTEIN (*pro hac vice*)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
mressler@kasowitz.com
tepstein@kasowitz.com

PATRICK K. FAULKNER (SBN 070801)
County Counsel
SHEILA SHAH LICHTBLAU (SBN 167999)
Deputy County Counsel
3501 Civic Center Drive, Room 275
San Rafael, California 94903
Telephone: (415) 499-6117
Facsimile: (415) 499-3796
pfaulkner@co.marin.ca.us
slichtblau@co.marin.ca.us

Attorneys for Plaintiff
COUNTY OF MARIN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC. and ERNEST W. CULVER,<br><br>　　　　　　　　Defendants. | No. CV11-0381-SI<br><br>**DECLARATION OF MARK P. RESSLER IN SUPPORT OF PLAINTIFF COUNTY OF MARIN'S OPPOSITION TO DEFENDANT DELOITTE CONSULTING LLP'S RENEWED MOTION TO REASSIGN ACTION TO REFEREE**<br><br>Date: July 15, 2011<br>Time: 9:00 A.M.<br>Place: Courtroom 10, 19th Floor, 450 Golden Gate Avenue<br>Judge: Hon. Susan Illston |

Declaration of Mark P. Ressler in Support of Plaintiff County of Marin's Opposition to Defendant Deloitte Consulting LLP's Renewed Motion to Reassign Action to Referee; No. CV11-0381-SI

I, MARK P. RESSLER, declare:

I am an attorney at law and a partner at Kasowitz, Benson, Torres and Friedman LLP, admitted *pro hac vice* to practice in the United States District Court for the Northern District of California for the purpose of representing the County of Marin (the "County") in connection with the above-captioned matter. The facts set forth in this declaration are based upon my personal knowledge and, if called as a witness, I could and would testify competently under oath thereto.

1. A true and correct copy of the Implementation Services Agreement, entered into by the County of Marin and Deloitte Consulting LLP on March 29, 2005, is attached as **Exhibit A** to this declaration.

2. A true and correct copy of the Notice of Related Case, filed pursuant to California Rule of Court 3.300 on December 16, 2010 in California Superior Court for the County of Marin, is attached as **Exhibit B** to this declaration.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

DATED: June 3, 2011

KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP

By:   /s/ Mark P. Ressler
       Mark P. Ressler

*Attorney for Plaintiff County of Marin*

Declaration of Mark P. Ressler in Support of Plaintiff County of Marin's Opposition to Defendant Deloitte Consulting LLP's Renewed Motion to Reassign Action to Referee; No. CV11-0381-SI