MARK P. RESSLER (*pro hac vice*)
R. TALI EPSTEIN (*pro hac vice*)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
mressler@kasowitz.com
tepstein@kasowitz.com

PATRICK K. FAULKNER (SBN 070801)
County Counsel
SHEILA SHAH LICHTBLAU (SBN 167999)
Deputy County Counsel
3501 Civic Center Drive, Room 275
San Rafael, California 94903
Telephone: (415) 499-6117
Facsimile: (415) 499-3796
pfaulkner@co.marin.ca.us
slichtblau@co.marin.ca.us

Attorneys for Plaintiff
COUNTY OF MARIN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN,<br><br>      Plaintiff,<br><br>   v.<br><br>DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC. and ERNEST W. CULVER,<br><br>      Defendants. | No. CV11-0381-SI<br><br>**PLAINTIFF COUNTY OF MARIN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS OPPOSITION TO DEFENDANT DELOITTE CONSULTING LLP'S MOTION TO STAY PURSUANT TO *COLORADO RIVER* ABSTENTION DOCTRINE, OR IN THE ALTERNATIVE, RENEWED MOTION TO REASSIGN ACTION TO REFEREE**<br><br>Date: July 15, 2011<br>Time: 9:00 a.m.<br>Place: Courtroom 10, 19th Floor, 450 Golden Gate Avenue<br>Judge: Hon. Susan Illston |

Plaintiff County of Marin's Request for Judicial Notice; No. CV11-0381-SI

## REQUEST FOR JUDICIAL NOTICE

Pursuant to Rule 201 of the Federal Rules of Evidence, the County of Marin (the "County") requests that the Court take judicial notice of two publicly available court documents in a related action. These documents are discussed below and are proferred in support of the County's Opposition to Deloitte Consulting LLP's ("Deloitte") Motion for Stay Pursuant to *Colorado River* Abstention Doctrine or, in the alternative, Renewed Motion to Reassign Action to Referee, which are being filed concurrently with this request.[1]

## BASIS FOR REQUESTING JUDICIAL NOTICE

Under Rule 201 of the Federal Rules of Evidence, a court may take judicial notice of facts that are not "subject to reasonable dispute" and are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b), (d). The Court may take judicial notice of pleadings filed in related cases. *See Burbank-Glendale-Pasadena Airport Auth. v. City of Burbank*, 136 F.3d 1360, 1364 (9th Cir. 1998) (taking judicial notice of pleadings filed in Superior Court of the State of California). The two documents the County requests the Court take judicial notice of are: a Marin Superior Court Docket Sheet for CIV 1002787, dated May 23, 2011 (attached hereto as Exhibit 1), and a March 4, 2011 J. Herlihy order (attached hereto as Exhibit 2). Both are publicly available court documents filed in the related action entitled *County of Marin v. Deloitte Consulting LLP*, CIV 1002787, in the California Superior Court for the County or Marin. The existence of these documents is not subject to reasonable dispute. *See Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) ("[A] court may take judicial notice of 'matters of public record.'") (citation omitted).

---

[1] With its motions, Deloitte has similarly requested that this Court take judicial notice of documents filed in related actions: (1) the Stipulation and Order Appointing Referee, (2) Notice of Related Case, (3) Second Amended Complaint, and (4) the County's Amended Responses and Objections to Deloitte Consulting LLP's First Set of Specially Prepared Interrogatories. (Deloitte's Request for Judicial Notice (Docket Entry ("D.E.") 69).) The County does not oppose Deloitte's request.

## CONCLUSION

For the foregoing reasons, the County requests that the Court take judicial notice of Exhibits 1 and 2, and consider them in ruling on Deloitte's Motion for Stay Pursuant to *Colorado River* Abstention Doctrine or, in the alternative, Renewed Motion to Reassign Action to Reference.

DATED: June 3, 2011

                                        KASOWITZ, BENSON, TORRES
                                            & FRIEDMAN LLP

                          By: /s/ Mark P. Ressler
                               Mark P. Ressler

*Attorney for Plaintiff County of Marin*