BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
ROBERT A. LEWIS (SBN 83630)
GEOFFREY T. HOLTZ (SBN 191370)
DAVID C. BEACH (SBN 226972)
Three Embarcadero Center
San Francisco, CA 94111
Telephone: 415.393.2000
Facsimile: 415.393.2286
robert.lewis@bingham.com

DELOITTE LLP
KAREN KENNARD (SBN 141925)
555 Mission Street, Suite 1400
San Francisco, CA 94105
Telephone: 415.783.4000

Attorneys for
DELOITTE CONSULTING LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN,<br><br>Plaintiff,<br><br>v.<br><br>DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC. and ERNEST W. CULVER,<br><br>Defendants. | No. 3:11-CV-381-SI<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING DUE DATE FOR THE REPLIES TO DEFENDANT DELOITTE CONSULTING'S MOTION FOR STAY PURSUANT TO *COLORADO RIVER* ABSTENTION DOCTRINE AND RENEWED MOTION TO REASSIGN ACTION TO REFEREE<br><br>Date: July 15, 2011<br>Time: 9:00 a.m.<br>Place: 450 Golden Gate Ave. (Courtroom 10, 19th Floor)<br>Judge: Hon. Susan Illston |

Plaintiff County of Marin ("Marin") and Defendant Deloitte Consulting LLP ("Deloitte Consulting"), through their counsel of record, hereby stipulate as follows:

**WHEREAS,** Deloitte Consulting filed its Motion For Stay Pursuant to *Colorado River* Abstention Doctrine and Renewed Motion to Reassign Action to Referee on May 13, 2011.

1

No. 3:11-CV-381-SI

1       **WHEREAS**, Marin filed its Opposition to Deloitte Consulting's Motion For Stay Pursuant to *Colorado River* Abstention Doctrine and Renewed Motion to Reassign Action on June 3, 2011.

      **WHEREAS**, the due date to file reply memoranda in support of Deloitte Consulting's Motion For Stay Pursuant to *Colorado River* Abstention Doctrine and Renewed Motion to Reassign Action to Referee is currently June 17, 2011.

      **WHEREAS**, to accommodate the schedule of counsel for the moving party due to a family emergency, the parties have agreed to continue the due date to file reply memoranda in support of Deloitte Consulting's Motion For Stay Pursuant to *Colorado River* Abstention Doctrine and Renewed Motion to Reassign Action to Referee to June 24, 2011.

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the parties to this action, through their undersigned counsel, that the due date for the reply memoranda in support of Deloitte Consulting's Motion For Stay Pursuant to *Colorado River* Abstention Doctrine and Renewed Motion to Reassign Action to Referee will be continued to June 24, 2011.

DATED: June 16, 2011

      Kasowitz, Benson, Torres & Friedman LLP

      By:     /s/ Mark P. Ressler
      Mark P. Ressler
      Attorneys for Plaintiff and Cross-Defendant
      County of Marin

DATED: June 16, 2011

      Bingham McCutchen LLP

      By:     /s/ David C. Beach
      David C. Beach
      Attorneys for Defendant and Cross-Plaintiff
      Deloitte Consulting LLP

Pursuant to General Order 45.X.B., the filer hereby attests that concurrence in the filing of the document has been obtained from Mark P. Ressler.

2     No. 3:11-CV-381-SI

STIPULATION AND [PROPOSED] ORDER CONTINUING DUE DATE FOR REPLY MEMORANDA IN SUPPORT OF MOTION FOR STAY & RENEWED MOTION TO REASSIGN ACTION TO REFEREE

# ORDER

Upon stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that:

The due date to file reply memoranda in support of Defendant Deloitte Consulting LLP's Motion for Stay Pursuant to *Colorado River* Doctrine and Defendant Deloitte Consulting LLP's Renewed Motion to Reassign Action to Referee is continued to June 24, 2011.

DATED: 6/21, 2011    By: /s/ Susan Illston
Hon. Susan Illston
District Court Judge