BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
ROBERT A. LEWIS (SBN 83630)
GEOFFREY T. HOLTZ (SBN 191370)
Three Embarcadero Center
San Francisco, CA 94111
Telephone: 415.393.2000
Facsimile: 415.393.2286
robert.lewis@bingham.com

DELOITTE LLP
KAREN KENNARD (SBN 141925)
555 Mission Street, Suite 1400
San Francisco, CA 94105-2230
Telephone: 415.783.4000

Attorneys for
DELOITTE CONSULTING LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN,<br><br>    Plaintiff,<br><br>v.<br><br>DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC. and ERNEST W. CULVER,<br><br>    Defendants. | No. 3:11-CV-381-SI<br><br>**SUPPLEMENTAL DECLARATION OF GEOFFREY T. HOLTZ IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR STAY PURSUANT TO *COLORADO RIVER* ABSTENTION DOCTRINE OR, IN THE ALTERNATIVE, REPLY IN SUPPORT OF RENEWED MOTION TO REASSIGN ACTION TO REFEREE**<br><br>Date:   July 15, 2011<br>Time:  9:00 a.m.<br>Place:  450 Golden Gate Ave. (Courtroom 10, 15 Floor)<br>Judge:  Hon. Susan Illston |

I, Geoffrey T. Holtz declare:

1. I am an attorney at law licensed to practice in the State of California and am admitted to practice in the United States District Court for the Northern District of California. I am a partner at the firm of Bingham McCutchen LLP, counsel of record for Defendant Deloitte Consulting LLP ("Deloitte Consulting") in this action. I have personal knowledge of the facts set forth below and could and would testify competently to those facts if called to do so.

No. 3:11-CV-381-SI

SUPP. DECL. OF GEOFFREY T. HOLTZ ISO REPLY ISO MOTION FOR STAY OR, IN THE ALTERNATIVE, REPLY ISO RENEWED MOTION TO REASSIGN ACTION TO REFEREE

2. In *County of Marin v. Deloitte Consulting LLP*, Case No. CIV 1002787 (the "State Action"), on June 21, the referee, the Honorable John F. Herlihy (ret.), held the eighth case management conference in that matter and a ninth is scheduled for July 26, 2011. The case management conference currently scheduled for July 26 was rescheduled from June 14 because of a family illness involving counsel for Deloitte Consulting, and counsel for Marin represented they could not be available again until late July.

3. In the State Action, on October 7, 2010 Deloitte Consulting served its First Set of Special Prepared Interrogatories to Marin. Marin responded to these interrogatories on November 17, 2010. After Judge Herlihy's order compelling further responses, on April 7, 2011, Marin amended its responses. On January 3, 2011, Deloitte Consulting served its Requests for Production on Marin. Marin responded on February 14, 2011 and made productions on June 1, June 6, and June 7 of more than one million pages of documents. In addition, Marin has represented it will produce additional files in the near future. On May 2, 2011, Deloitte Consulting served its Second Set of Specially Prepared Interrogatories to Marin. Marin responded to those interrogatories on June 8, 2011.

4. In the State Action, Deloitte Consulting to date has produced more than 1,155,000 pages of documents in two separate productions on June 10, 2011 and June 23, 2011 in response to the County of Marin's First Set of Requests for Production of Documents.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and this declaration is executed in San Francisco, California on June 24, 2011.

/s/ *Geoffrey T. Holtz*
Geoffrey T. Holtz

2   No. 3:11-CV-381-SI