IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN | CASE NO. 11-CV-00381-SI |
| Plaintiff, | (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| DELOITTE CONSULTING LLP, et al. | |
| Defendant. | |

MICHAEL A. HANIN, whose business address and telephone number is

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 BROADWAY, NEW YORK, NY 10019
(212) 506-1700

and who is an active member in good standing of the bar of THE S. DIST. OF NEW YORK having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing COUNTY OF MARIN

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 6/30/11

Hon. Susan Illston
United States District Judge

*RECEIVED JUN 28 2011*