# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

County of Marin

                   Plaintiff(s),

           v.

Deloitte Consulting LLP, et al.

                 Defendant(s).
_____/

Case No. CV 11-0381-SI

ADR CERTIFICATION BY PARTIES
AND COUNSEL

       Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

       (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

       (2) Discussed the available dispute resolution options provided by the Court and private entities; and

       (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 7/8/2011

                                            [Party] Ernest Culver

Dated: 7/8/2011

                                            [Counsel] Christina Hollander

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

---