**30 minutes**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: 7/15/11

Case No. C-11-0381 SI           Judge: SUSAN ILLSTON

Title: COUNTY OF MARIN -v- DELOITTE CONSULTING

Attorneys: Mark Ressler          Sheila Lichtblau, Geoffrey Holtz, John Fisher, George Niespolo, Matthew Taylor, Thomas Mayhew

Deputy Clerk: Tracy Forakis   Court Reporter: Lydia Zinn

## PROCEEDINGS

1) Motion to Stay and Motion to Reassign Case - HELD

2) 

3) 

Order to be prepared by: ( )Pltf   ( )Deft   (X)Court

Disposition: ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   (X) SUBMITTED PART

Case continued to ___ @ **3:00 p.m.** for Further Case Management Conference

Case continued to ___ @ **9:00 a.m.** for Motions
(Motion due , Opposition  Reply )

Case continued to ___ @ **3:30 p.m.** for Pretrial Conference

Case continued to ___ @ **8:30 a.m.** for Trial (: Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: