1 | MATTHEW A. TAYLOR (*pro hac vice*)
PATRICK J. LOFTUS (*pro hac vice*)
2 | **DUANE MORRIS LLP**
30 South 17th Street
3 | Philadelphia, PA 19103-4196
Telephone: 215.979.1000
4 | Facsimile: 215.979.1020
E-mail: mataylor@duanemorris.com
5 |
STEPHEN H. SUTRO (SBN 172168)
6 | JENNIFER BRIGGS FISHER (SBN 241321)
**DUANE MORRIS LLP**
7 | One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1104
8 | Telephone: 415.957.3000
Facsimile: 415.957.3001
9 | E-Mail:   shsutro@duanemorris.com

10 | Attorneys for Defendants
SAP AMERICA, INC. and SAP PUBLIC SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN,<br><br>    Plaintiffs,<br><br>  vs.<br><br>DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC., and ERNEST W. CULVER,<br><br>    Defendants. | Case No.:  C-11-00381-SI<br><br>**STIPULATION AND [PROPOSED] ORDER (1) CONTINUING HEARING ON MOTIONS TO DISMISS; AND (2) CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**Dept.:  Courtroom 10, 19th Floor**<br><br>**The Honorable Susan Illston** |

WHEREAS the County of Marin (the "County") filed the above-captioned action on December 16, 2010 in the Superior Court of the State of California in and for the County of Marin, as case number CIV1006574;

WHEREAS defendants removed this action to this Court on January 26, 2011;

WHEREAS, pursuant to the Clerk's Notice in this matter (Dkt. No. 35), the initial case management conference was scheduled for April 22, 2011, at 2:30 p.m.;

WHEREAS, pursuant to the parties' Stipulation and the Court's Order in this matter (Dkt. No. 61), the initial case management conference was continued to July 29, 2011, at 2:30 p.m.;

WHEREAS, pursuant to the parties' Stipulation and the Court's Order in this matter (Dkt. No. 61), the County timely amended its complaint on April 6, 2011;

WHEREAS, on May 13, 2011, defendant Deloitte Consulting LLP moved to stay this action or, in the alternative, to refer the claims against it to a referee, and these motions were argued and submitted to the Court on July 15, 2011 (Dkt. No. 101);

WHEREAS defendant SAP America, Inc. and defendant SAP Public Services, Inc. (together, the "SAP Defendants") moved to dismiss the County's Amended Complaint on May 20, 2011 (Dkt. No. 74);

WHEREAS defendant Ernest W. Culver ("Culver") moved to dismiss the County's Amended Complaint on May 20, 2011 (Dkt. No. 72);

WHEREAS a conflict exists for counsel with regard to the August 12, 2011 date for hearing of the SAP Defendants' and Culver's Motions to Dismiss (Dkt. Nos. 72 and 74);

WHEREAS defendants believe that the Court and the parties would benefit if the case management conference in this matter were continued to the same date as the hearings on the pending motions to dismiss; and

WHEREAS the County has consented to defendants' request for a continuance of the currently scheduled case management conference to September 9, 2011;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel as follows:

The hearing date for the SAP Defendants' and defendant Culver's Motions to Dismiss (Dkt. Nos. 72 and 74) is continued to September 9, 2011, at 9:00 am; and

The initial case management conference in this matter is continued to September 9, 2011, at 2:30 p.m.

IT IS SO STIPULATED.

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

Dated: July 21, 2011    By:    /s/ *Mark P. Ressler*
Mark P. Ressler
Tali Espstein
**Attorneys for Plaintiff County of Marin**

DUANE MORRIS LLP

Dated: July 21, 2011    By:    /s/ *Stephen H. Sutro*
Matthew A. Taylor
Patrick J. Loftus
Stephen H. Sutro
**Attorneys for Defendants SAP America, Inc. and SAP Public Services, Inc.**

FARELLA BRAUN + MARTEL LLP

Dated: July 21, 2011    By:    /s/ *Thomas B. Mayhew*
Thomas B. Mayhew
**Attorneys for Defendant Ernest Culver**

BINGHAM McCUTCHEN LLP

Dated: July 21, 2011    By:    /s/ *Robert A. Lewis*
Robert A. Lewis
Geoff Holtz
**Attorneys for Defendant Deloitte Consulting LLP**

1  Attestation: The filer of this document attests that the concurrence of the other signatories
2  thereto has been obtained.
3
4  PURSUANT TO THE STIPULATION, AND GOOD CAUSE APPEARING THEREFORE,
5  IT IS SO ORDERED.

_____
The Hon. Susan Illston