| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | DONN P. PICKETT (SBN 72257) |
| 2 | ROBERT A. LEWIS (SBN 83630) |
| | GEOFFREY T. HOLTZ (SBN 191370) |
| 3 | Three Embarcadero Center |
| | San Francisco, CA 94111 |
| 4 | Telephone: 415.393.2000 |
| | Facsimile: 415.393.2286 |
| 5 | robert.lewis@bingham.com |
| 6 | DELOITTE LLP |
| | KAREN KENNARD (SBN 141925) |
| 7 | 555 Mission Street, Suite 1400 |
| | San Francisco, CA 94105-2230 |
| 8 | Telephone: 415.783.4000 |
| 9 | Attorneys for |
| | DELOITTE CONSULTING LLP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN, | No. CV-11-381-SI |
| Plaintiff, | **SIGNATURE AND CERTIFICATION BY DELOITTE CONSULTING LLP AND LEAD TRIAL COUNSEL** |
| v. | |
| DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC. and ERNEST W. CULVER, | |
| Defendants. | |

No. CV-11-381-SI

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <**www.adr.cand.uscourts.gov**>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Dated: September 2, 2011

DELOITTE CONSULTING LLP

By /s/ Karen Kennard
Karen Kennard

Dated: September 2, 2011

BINGHAM MCCUTCHEN LLP

By /s/ Robert L. Lewis
Robert L. Lewis
Attorneys for Defendant
Deloitte Consulting LLP

No. CV-11-381-SI

SIGNATURE AND CERTIFICATION BY DELOITTE CONSULTING LLP AND LEAD TRIAL COUNSEL
A/74501309.1/2011543-0000341735