| | |
|---|---|
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>Mark P. Ressler (*pro hac vice*)<br>mressler@kasowitz.com<br>R. Tali Epstein (*pro hac vice*)<br>tepstein@kasowitz.com<br>Michael A. Hanin (*pro hac vice*)<br>mhanin@kasowitz.com<br>1633 Broadway<br>New York, NY 10019<br>Telephone: 212.506.1700<br>Facsimile: 212.506.1800<br><br>Attorneys for Plaintiff<br>County of Marin | BINGHAM MCCUTCHEN LLP<br>Donn P. Pickett (SBN 72257)<br>donn.pickett@bingham.com<br>Robert A. Lewis (SBN 83630)<br>robert.lewis@bingham.com<br>Geoffrey T. Holtz (SBN 191370)<br>g.holtz@bingham.com<br>David C. Beach (SBN 226972)<br>duff.beach@bingham.com<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br><br>Attorneys for Defendant<br>Deloitte Consulting LLP |
| DUANE MORRIS LLP<br>Matthew A. Taylor (*pro hac vice*)<br>Patrick J. Loftus (*pro hac vice*)<br>Stephen H. Sutro (SBN 172168)<br>Jennifer Briggs Fisher (SBN 241321)<br>One Market, Spear Tower, Suite 2200<br>San Francisco, CA 94105-1104<br>Telephone: 415.957.3000<br>Facsimile: 415.954.4480<br><br>Attorneys for Defendants<br>SAP America, Inc. and SAP Public Services, Inc. | FARELLA BRAUN + MARTEL LLP<br>Thomas B. Mayhew (SBN 183539)<br>Christina Hollander (SBN 267292)<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: 415.954.4400<br>Facsimile: 415.954.4480<br><br>Attorneys for Defendant<br>Ernest W. Culver |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| County of Marin,<br><br>       Plaintiff,<br>   v.<br><br>Deloitte Consulting LLP, SAP America, Inc., SAP Public Services, Inc., and Ernest W. Culver,<br><br>       Defendants. | No. CV-11-831-SI<br><br>PROPOSED DISCOVERY PLAN |

A/74502093.5/2011543-0000341735

Pursuant to Federal Rule of Civil Procedure 26(f) Plaintiff County of Marin ("Marin") and Defendants Deloitte Consulting LLP ("Deloitte Consulting"), SAP America, Inc., and SAP Public Services, Inc. (collectively "SAP"), and Ernest W. Culver submit the following proposed discovery plan.

### A.  Initial Disclosures

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(C), Defendants object to making pretrial disclosures as premature pending the outcome of four motions currently pending before this Court. Defendant Deloitte Consulting filed a Motion for Stay Pursuant to *Colorado River* Abstention Doctrine and, in the alternative, a Motion to Reassign Action to Referee. The Court heard argument on these motions on July 15, 2011. In addition, SAP and Culver each filed motions to dismiss that are set for hearing on September 9, 2011 at 9 a.m. These motions will determine (1) whether this case proceeds at this time; (2) if so, in what forum; and (3) against which defendants and on which claims. Prior to resolution of these foundational questions, it would be an inefficient use of party and court resources to engage in initial disclosures.

Marin contacted defendants to meet-and-confer regarding the scope of and timing for initial disclosures. Defendants advised Marin of their intended objections that such disclosures are premature pending the outcome of the pending motions. Marin contends defendants have ignored their obligations under Rule 26 and as a result Marin has not provided its disclosures. Defendants contend their objections stated above fulfill their obligations under Rule 26.

### B.  Subjects and Timing of Discovery

Defendants contend that prior to determining whether this case will move forward at this time, and if so, against which parties and in which forum, it is premature to propose a discovery schedule. However, should the case proceed in this forum against any defendant(s), Defendants contend that phased discovery would be appropriate to narrow any contested issues and isolate remaining factual disputes, the details of which could be addressed once the pending motions are resolved.

Plaintiff does not believe that discovery is or should be stayed pending the resolution of Deloitte Consulting's motions to stay and reassign and the SAP Defendants and

Culver's motions to dismiss.

**C.  Electronically Stored Information**

Pursuant to the Implementation Services Agreement ("ISA"), Marin was the custodian of the implementation project records, including documents created by Deloitte Consulting. In the parallel state court action, *County of Marin v. Deloitte Consulting LLP*, case number CIV 1002787, pending in the California Superior Court for the County of Marin, the referee appointed to hear the case has ordered Marin to produce all documents and electronic files requested by Deloitte Consulting relating to the implementation project by no later than September 21, 2011.

Upon learning of the potential for litigation regarding the ERP installation for Marin, Deloitte Consulting issued a litigation hold to all then-current personnel who had participated in the implementation project. Deloitte Consulting collected and is in the process of producing project-related documents and electronic files, if any, from all such personnel, as well as documents relating to risk management for the implementation.

Upon learning of the litigation filed by Marin, the SAP defendants issued a litigation hold to all then-current personnel who were involved with the project.

Marin timely has taken steps to preserve electronic evidence related to the events at issue.

**D.  Privilege and Confidential Materials**

The parties anticipate filing a proposed protective order regarding the protection of privileged and confidential materials in this matter.

DATED:  September 2, 2011

Kasowitz, Benson, Torres & Friedman LLP

By: /s/ *Mark P. Ressler*
Mark P. Ressler
Attorneys for Plaintiff
County of Marin

A/74502093.5/2011543-0000341735

2

DATED: September 2, 2011

                                        Bingham McCutchen LLP

                          By:     /s/ *Robert A. Lewis*
                                          Robert A. Lewis
                                     Attorneys for Defendant
                                     Deloitte Consulting LLP

DATED: September 2, 2011

                                        Duane Morris LLP

                          By:     /s/ *Stephen H. Sutro*
                                        Stephen H. Sutro
                                   Attorneys for Defendants
                    SAP America, Inc. and SAP Public
                                      Services, Inc.

DATED: September 2, 2011

                                    Farella Braun + Martel LLP

                          By:     /s/ *Thomas B. Mayhew*
                                      Thomas B. Mayhew
                                   Attorneys for Defendant
                                     Ernest W. Culver

Pursuant to General Order 45.X.B., the filer hereby attests that concurrence in the filing of the document has been obtained from the signatories.