# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

(212) 506-1700

FACSIMILE: (212) 506-1800

(212) 506 1752

ATLANTA
HOUSTON
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY

September 8, 2011

**BY ECF**

The Honorable Susan Illston
United States District Judge
Northern District of California
San Francisco Courthouse, Courtroom 10
450 Golden Gate Avenue
San Francisco, CA 94102

>   Re:   *County of Marin v. Deloitte Consulting LLP, SAP America, Inc.,*
>   *SAP Public Services, Inc., and Ernest W. Culver*; Case No. 3:11-cv-00381-SI

Dear Judge Illston:

We represent plaintiff the County of Marin (the "County"). We write in connection with an *ex parte* application filed this afternoon by Geoffrey Holtz, counsel for Deloitte Consulting LLP ("Deloitte"). The application concerns a request for an unspecified continuance of the Case Management Conference ("CMC") that is on the calendar for tomorrow, September 9th. For the reasons below, the County opposes the application and submits this letter at the direction of Your Honor's clerk, Ms. Tracy Forakis.

As Your Honor is aware, this action was commenced in December 2010 and the initial CMC in this matter was originally scheduled to occur months ago. While the County has consented to prior requests for continuances, any further continuance of the initial CMC would prejudice the County, which seeks to move forward with discovery in this action.

In accordance with Your Honor's recent order on Deloitte's motion to reassign, Deloitte is no longer a party to this action and its presence is not required at the CMC. In any event, to the extent that issues concerning Deloitte arise at the CMC tomorrow, Mr. Holtz, should be able to address them, as he is the partner handling discovery matters in the reference action before Judge Herlihy.

The Honorable Susan Illston
September 8, 2011
Page 2 of 2

      While we are of course acutely sensitive to Mr. Lewis' loss, we believe that in light of the fact that the remaining parties, as well as Mr. Holtz, can be present tomorrow, it would be most efficient to proceed with the CMC as scheduled.

                      Respectfully submitted,

                      /s/ Mark P. Ressler

cc: Counsel of Record (via email and ECF)