**41 minutes**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 9/9/11

Case No.   C-11-0381 SI          Judge:   SUSAN ILLSTON

Title: COUNTY OF MARIN  -v- DELOITTE CONSULTING

Attorneys: Mark Ressler, Mike Hanin      Geoffrey Holtz, John, David Beach,
                                         Matthew Taylor, Thomas Mayhew, Steven Sutro

Deputy Clerk: Tracy Forakis   Court Reporter: S. Bartlett

**PROCEEDINGS**

1)   Motions to Dismiss - HELD

2)

3)

Order to be prepared by:  (  )Pltf    (  )Deft    (X  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( X ) SUBMITTED
                                  PART

Case continued to **12/16/11   @ 3:00 p.m..** for Further Case Management Conference

Case continued to     **@ 9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to    **@ 3:30 p.m.**  for Pretrial Conference

Case continued to    **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Counsel have agreed to file a joint discovery plan by September 23, 2011.