| | |
|---|---|
| MATTHEW A. TAYLOR (*pro hac vice*) <br> PATRICK J. LOFTUS (*pro hac vice*) <br> STEPHEN H. SUTRO (SBN 172168) <br> **DUANE MORRIS LLP** <br> One Market, Spear Tower, Suite 2200 <br> San Francisco, CA 94105-1104 <br> Telephone: 415.957.3000 <br> Facsimile: 415.957.3001 <br> E-Mail:   shsutro@duanemorris.com <br>            mataylor@duanemorris.com <br>            loftus@duanemorris.com <br><br> Attorneys for Defendants <br> SAP AMERICA, INC. and SAP PUBLIC SERVICES, INC. | DONN P. PICKETT (SBN 72257) <br> ROBERT A. LEWIS (SBN 83630) <br> GEOFFREY T. HOLTZ (SBN 191370) <br> DAVID C. BEACH (SBN 226972) <br> **BINGHAM MCCUTCHEN LLP** <br> Three Embarcadero Center <br> San Francisco, CA  94111-4067 <br> Telephone:  415.393.2000 <br> Facsimile:  415.393.2286 <br> E-Mail:   donn.pickett@bingham.com <br>            robert.lewis@bingham.com <br>            g.holtz@bingham.com <br>            duff.beach@bingham.com <br><br> Attorneys for Defendant <br> DELOITTE CONSULTING LLP |
| MARK P. RESSLER (pro hac vice) <br> R. TALI EPSTEIN (pro hac vice) <br> MICHAEL A. HANIN (pro hac vice) <br> **KASOWITZ, BENSON, TORRES & FRIEDMAN LLP** <br> 1633 Broadway <br> New York, NY  10019 <br> Telephone:  212.506.1700 <br> Facsimile:  212.506.1800 <br> E-Mail:   mressler@kasowitz.com <br>            tepstein@kasowitz.com <br>            mhanin@kasowitz.com <br><br> Attorneys for Plaintiff <br> COUNTY OF MARIN | THOMAS B. MAYHEW (SBN 183539) <br> CHRISTINA HOLLANDER (SBN 267292) <br> **FARELLA BRAUN + MARTEL LLP** <br> 235 Montgomery Street, 17th Floor <br> San Francisco, CA  94104 <br> Telephone:  415.954.4400 <br> Facsimile:  415.954.4480 <br> E-Mail:   tmayhew@fbm.com <br>            chollander@fbm.com <br><br> Attorneys for Defendant <br> ERNEST W. CULVER |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN, <br><br> Plaintiff, <br><br> vs. <br><br> DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC., and ERNEST W. CULVER, <br><br> Defendants. | Case No.: 11-CV-00381-SI <br><br> **REPORT REGARDING DISCOVERY AND COORDINATION WITH RELATED MATTERS** |

WHEREAS, the undersigned counsel, on behalf of plaintiff County of Marin (hereinafter "Marin") filed a complaint in the above-captioned case against Deloitte Consulting, SAP America, Inc., SAP Public Services, Inc. and Ernest Culver (hereinafter "Defendants" and collectively "Parties"), on December 16, 2010 in the Superior Court in the County of Marin;

WHEREAS, Defendants removed the action to this Court on January 26, 2011;

WHEREAS, on May 8, 2010, the County filed a complaint against Deloitte Consulting in Superior Court for the County of Marin, Case No. CIV 1002787, that Marin and Deloitte Consulting subsequently agreed would be referred to a referee for all purposes, now before the Honorable John F. Herlihy, JAMS Ref. No. 1110013078 (hereinafter "State Court Action");

WHEREAS, on September 6, 2011, the Court granted Deloitte Consulting's Motion to Reassign Action to Referee, ordering the referral of the claims in this action against Deloitte Consulting to a referee for all purposes, including trial, pursuant to the terms of the written agreement between Marin and Deloitte Consulting (hereinafter "Referred Claims");

WHEREAS, Defendants SAP America, Inc. and SAP Public Services, Inc. (collectively and hereinafter "SAP") and Defendant Ernest Culver (hereinafter "Culver") filed motions to dismiss this action which were argued to the Court on September 9, 2011 and are now under submission;

THEREFORE, the Parties hereby agree as follows:

1.   Coordination of Discovery.

   a.   Service.  Any matter to be served or produced to any of the Parties shall be served on all of the undersigned counsel for Marin, SAP, Culver, and Deloitte Consulting.  Service may be performed by electronic case filing or other electronic means.

2.   Document Productions.  SAP, Culver, and Marin agree that the following deadlines shall apply to production of documents:

   a.   October 7, 2011:  SAP, Culver, and Marin exchange first set of requests for production;

   b.   October 21, 2011:  Deadline for SAP, Culver, and Marin to meet and confer regarding the categories of documents for collection and custodians whose files should be searched for documents.  SAP, Culver, and Marin also shall

- 1 -   Case No.: 11-CV-00381-SI

meet and confer by this date regarding the form of production of ESI and any electronic search terms used for identifying potentially relevant documents. Responses and objections to the requests for production will be served on November 7, 2011;

c. <u>November 21, 2011</u>: SAP, Culver, and Marin begin a rolling production of non-privileged relevant documents as to which there is no dispute (assuming that a protective order has been entered);

d. <u>January 15, 2012</u>: SAP, Culver, and Marin endeavor in good faith to complete the rolling production of non-privileged relevant documents as to which there is no dispute. The parties may address modification of this date as appropriate at the December 16, 2011 Case Management Conference.

3. <u>Protective Order</u>. All parties to this action shall agree to and be bound by the terms of Protective Orders to be filed by the parties with the Court and the referee no later than thirty days from the date of this Report.

4. <u>Initial Disclosures</u>. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be served two weeks after Marin's Second Amended Complaint is filed. In the matters before the referee, the scope and timing of initial disclosures by Marin and Deloitte Consulting, if any, will be determined by the referee.

**DUANE MORRIS LLP**

Dated: September 23, 2011     By:     /s/
                                      Stephen H. Sutro
                                      **Attorneys for Defendants SAP America, Inc. and SAP Public Services, Inc.**

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**

Dated: September 23, 2011     By:     /s/
                                      Mark Ressler
                                      **Attorneys for Plaintiff County of Marin**

- 2 -     Case No.: 11-CV-00381-SI
REPORT REGARDING DISCOVERY AND COORDINATION WITH RELATED MATTERS
DM1\2859301.3

**BINGHAM McCUTCHEN LLP**

Dated: September 23, 2011          By:    /s/
                                          Geoffrey T. Holtz
                                          **Attorneys for Defendant Deloitte Consulting**

**FARELLA BRAUN & MARTEL LLP**

Dated: September 23, 2011          By:    /s/
                                          Thomas B. Mayhew
                                          **Attorneys for Defendant Ernest Culver**

Attestation:  The filer of this document attests that the concurrence of the other signatories thereto has been obtained.