| | | |
|---|---|---|
| 1 | BINGHAM MCCUTCHEN LLP<br>Donn P. Pickett (SBN 72257) | KASOWITZ, BENSON, TORRES<br>  & FRIEDMAN LLP |
| 2 | donn.pickett@bingham.com<br>Robert A. Lewis (SBN 83630) | Mark P. Ressler (*pro hac vice*)<br>mressler@kasowitz.com |
| 3 | robert.lewis@bingham.com<br>Geoffrey T. Holtz (SBN 191370) | R. Tali Epstein (*pro hac vice*)<br>tepstein@kasowitz.com |
| 4 | g.holtz@bingham.com<br>David C. Beach (SBN 226972) | 1633 Broadway<br>New York, New York 10019 |
| 5 | duff.beach@bingham.com<br>Three Embarcadero Center | Telephone:  212.506.1700<br>Facsimile:  212.506.1800 |
| 6 | San Francisco, CA  94111-4067<br>Telephone:  415.393.2000 | Patrick K. Faulkner (SBN 070801) |
| 7 | Facsimile:  415.393.2286 | County Counsel<br>pfaulkner@co.marin.ca.us |
| 8 | DELOITTE LLP<br>Karen Kennard (SBN 141925) | Sheila Shah Lichtblau (SBN 167999)<br>Deputy County Counsel |
| 9 | 555 Mission Street, Suite 1400<br>San Francisco, CA  94105-2230 | slichtblau@co.marin.ca.us<br>3501 Civic Center Drive, Room 275 |
| 10 | Telephone:  415.783.4000 | San Rafael, California 94903<br>Telephone: 415.499.6117 |
| 11 | Attorneys for Defendant<br>DELOITTE CONSULTING LLP | Facsimile:  415.499.3796 |
| 12 | | Attorneys for Plaintiff<br>COUNTY OF MARIN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | COUNTY OF MARIN, | Case No.  C 11-00381 SI |
| 18 | Plaintiff,<br>     v. | **STIPULATION AND  ORDER APPOINTING REFEREE** |
| 19 | DELOITTE CONSULTING LLP, SAP AMERICA INC., SAP PUBLIC SERVICES, INC., and ERNEST W. CULVER, | |
| 22 | Defendants. | |

**STIPULATION AND ORDER APPOINTING REFEREE**

WHEREAS defendant Deloitte Consulting LLP ("Deloitte Consulting") filed a motion to have the claims asserted against it in this action reassigned to a former judicial officer (the

CV-11-381-SI

---

STIPULATION AND ORDER APPOINTING REFEREE

1  "Referee") pursuant to California Code of Civil Procedure Section 638(a) and Sections 17.14(a)

2  & (b) of the Implementation Services Agreement dated March 29, 2005 ("ISA") between

3  plaintiff County of Marin (the "County") and Deloitte Consulting (collectively the "Parties");

4  WHEREAS the County opposed the motion by Deloitte Consulting;

5  WHEREAS this Court entered an Order on September 6, 2011 granting the motion of

6  Deloitte Consulting to reassign the claims asserted against it in this action to a Referee pursuant

7  to California Code of Civil Procedure Section 638(a) and Sections 17.14(a) & (b) of the ISA; and

8  WHEREAS the Parties have stipulated to the appointment of The Honorable John F.

9  Herlihy (Ret.) to serve as the Referee;

10  IT IS HEREBY ORDERED THAT:

11  1. The claims asserted against Deloitte Consulting in this action are reassigned to former California Superior Court Judge John F. Herlihy as Referee pursuant to Sections 17.14(a) & (b) of the ISA and California Code of Civil Procedure Section 638(a) to hear and determine all issues in this action involving Deloitte Consulting, whether of fact or of law.

16  2. The Referee shall issue a written statement of decision including findings of fact and conclusions of law that shall be reported to the court within forty-five (45) calendar days after the matter has been submitted. The decision of the Referee shall stand as the decision of the court, and upon filing of the statement of decision with the clerk of the court, judgment may be entered thereon in the same manner as if the action had been tried by the court. The decision of the Referee may be excepted to and reviewed in like manner as if made by the court.

STIPULATION AND ORDER APPOINTING REFEREE

SO STIPULATED:

DATED: November 2, 2011

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: _____/s/_____
Mark P. Ressler
Attorneys for County of Marin

DATED: November 2, 2011

BINGHAM McCUTCHEN LLP

By: _____/s/_____
Robert A. Lewis
Attorneys for Deloitte Consulting LLP

IT IS SO ORDERED

DATED: ___11/3_____, 2011

_____
The Hon. Susan Illston
United States District Court Judge

1  SO STIPULATED:

2  DATED: November 2, 2011

3

4                                          KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

5

6                                          By: /s/ Mark P. Ressler
                                               Mark P. Ressler
7                                              Attorneys for County of Marin

8  DATED: November 2, 2011

9                                          BINGHAM McCUTCHEN LLP

10

11                                         By: /s/ Robert A. Lewis
12                                             Robert A. Lewis
                                               Attorneys for Deloitte Consulting LLP
13

14
   IT IS SO ORDERED
15

16 DATED: _____, 2011

17

18                                         _____
19                                         The Hon. Susan Illston
                                           United States District Court Judge
20

21

22

23

24

25

26

27

28

3

STIPULATION AND ORDER APPOINTING REFEREE