BINGHAM MCCUTCHEN LLP
Donn P. Pickett (SBN 72257)
donn.pickett@bingham.com
Robert A. Lewis (SBN 83630)
robert.lewis@bingham.com
Geoffrey T. Holtz (SBN 191370)
g.holtz@bingham.com
David C. Beach (SBN 226972)
duff.beach@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

DELOITTE LLP
Karen Kennard (SBN 141925)
555 Mission Street, Suite 1400
San Francisco, CA 94105-2230
Telephone: 415.783.4000

Attorneys for Defendant
DELOITTE CONSULTING LLP

KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
Mark P. Ressler (*pro hac vice*)
mressler@kasowitz.com
R. Tali Epstein (*pro hac vice*)
tepstein@kasowitz.com
1633 Broadway
New York, New York 10019
Telephone: 212.506.1700
Facsimile: 212.506.1800

Patrick K. Faulkner (SBN 070801)
County Counsel
pfaulkner@co.marin.ca.us
Sheila Shah Lichtblau (SBN 167999)
Deputy County Counsel
slichtblau@co.marin.ca.us
3501 Civic Center Drive, Room 275
San Rafael, California 94903
Telephone: 415.499.6117
Facsimile: 415.499.3796

Attorneys for Plaintiff
COUNTY OF MARIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN,<br><br>    Plaintiff,<br><br>v.<br><br>DELOITTE CONSULTING LLP, SAP AMERICA INC., SAP PUBLIC SERVICES, INC., and ERNEST W. CULVER,<br><br>    Defendants. | Case No. C 11-00381 SI<br><br>**STIPULATION AND ORDER REGARDING THE APPOINTMENT OF REFEREE** |

**RECEIVED**
NOV 0 7 2011
**JAMS-SAN JOSE**

### STIPULATION AND ORDER REGARDING THE APPOINTMENT OF REFEREE

Pursuant to the Order Denying Defendant's Motion To Stay And Granting Defendant's Motion To Reassign The Claims To A Referee issued by the Hon. Susan Illston in the above-captioned matter on September 6, 2011, and pursuant to California Code of Civil Procedure

CV-11-381-SI

Section 638(a), Sections 17.14(a) & (b) of the Implementation Services Agreement dated March 29, 2005 between Plaintiff County of Marin ("Marin") and Defendant Deloitte Consulting LLP ("Deloitte Consulting") (collectively the "Parties"), and the Stipulation and Order Appointing Referee entered in the above-captioned action, the Parties hereby stipulate to the following terms, conditions and procedures concerning the appointment of the Referee:

1. **Identity of the Referee**

The Honorable John F. Herlihy (Ret.), a member of JAMS, will serve as Referee pursuant to the Stipulation and Order Appointing Referee entered by the Hon. Susan Illston. The current business address of Judge Herlihy is JAMS, 160 W. Santa Clara Street, Suite 1150, San Jose, CA 95113, (408) 288-2240 (tel.); (408) 295-5267 (fax). All inquiries concerning scheduling, documents to be filed and served, and other administrative matters shall be directed to Judge Herlihy's case manager, Kristianne Replogle, who can be reached at the contact information listed above and by email at kreplogle@jamsadr.com.

2. **Scope of Referee's Powers**

Pursuant to Sections 17.14(a) & (b) of the ISA and California Code of Civil Procedure Section 638(a), the Referee's authority shall encompass the hearing and determination of all issues in this action involving Deloitte Consulting, whether of fact or of law.

3. **Hearings and Scheduling**

All papers shall be served on the Parties, with a copy to the Referee, by electronic mail or hand delivery. Service by electronic mail shall be considered the same as if service were by hand delivery for purposes of calculating dates and deadlines for hearing and briefing schedules. Papers to be filed with the court may be submitted through the court's Electronic Case Filing system, and a court filing shall be considered timely if it was timely served on the other Parties per the terms of this paragraph. Upon agreement of the Parties, or otherwise for good cause shown, the Referee may shorten or extend the time for doing any act provided for or permitted by this Stipulation and Order.

In the event a scheduling conflict arises regarding a hearing or briefing schedule, the Parties shall attempt to resolve it in good faith. To the extent they are unable to do so, the Parties

shall present the scheduling conflict to the Referee for resolution via telephone.

Hearings may be conducted in person or by telephone, provided both Parties agree to a telephonic hearing. All in-person hearings will be held at the JAMS office at Two Embarcadero Center, Suite 1500, San Francisco, CA 94111, unless otherwise directed by the Referee. Unless both Parties agree otherwise, a court reporter shall be present at all hearings, other than scheduling or administrative hearings involving no determination relating to the merits, with the moving Party to arrange for the reporter's attendance and the cost of the reporter to be divided between the Parties, with one-half borne by each. Orders, rulings, and decisions of the Referee shall be served on all Parties by electronic mail or facsimile directed to each Party's respective counsel, as identified below.

### 4. Trial

The Referee shall issue a written statement of decision including findings of fact and conclusions of law that shall be reported to the court within forty-five (45) calendar days after the matter has been submitted. The decision of the Referee shall stand as the decision of the court, and upon filing of the statement of decision with the clerk of the court, judgment may be entered thereon in the same manner as if the action had been tried by the court. The decision of the Referee may be excepted to and reviewed in like manner as if made by the court.

### 5. Notifications

Any notification, request or other document to be given by any Party pursuant to this Stipulation, shall be delivered as follows:

| | | |
|---|---|---|
| a. | If to County of Marin | Mark P. Ressler<br>R. Tali Epstein<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019<br>Phone: (212) 506-1700<br>Fax: (212) 506-1800<br>Email: mressler@kasowitz.com<br>         tepstein@kasowitz.com<br><br>and |

| | | |
|---|---|---|
| | | Patrick K. Faulkner<br>Sheila Shah Lichtblau<br>Office of the County Counsel,<br>County of Marin<br>3501 Civic Center Drive, Room 275<br>San Rafael, California 94903<br>Phone: (415) 499-6117<br>Fax: (415) 499-3796<br>Email: pfaulkner@co.marin.ca.us<br>slichtblau@co.marin.ca.us |
| b. | If to Deloitte Consulting LLP | Donn P. Pickett<br>Robert A. Lewis<br>Geoffrey T. Holtz<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111<br>Phone: (415) 393-2000<br>Fax: (415) 393.2286<br>Email: donn.pickett@bingham.com<br>robert.lewis@bingham.com<br>g.holtz@bingham.com |

If notice of a change in the foregoing information is given by a Party pursuant to this section, immediately thereafter the notices shall be provided to that Party using the newly noticed information.

6. **Referee's Compensation**

The hourly rate to be charged by Judge Herlihy is $425 per hour. JAMS also may charge its standard non-refundable case management fee of $400 per party, per day for the first three 10-hour days, plus 10% of professional fees per party for time in excess of 30 hours. JAMS' and the Referee's fees, administrative expenses, and costs will be divided between the Parties, with one-half borne by each. The Parties shall equally pay in advance the estimated reasonable fees and costs of the Referee as may be specified by the Referee. Notwithstanding the foregoing, each party retains its respective rights under the Federal Rules of Civil Procedure, and/or as otherwise permitted by law, to move before the Referee for any available sanctions.

STIPULATION AND ORDER RE APPOINTMENT OF REFEREE

1  DATED: November 2, 2011

2                                         KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

                                        By: _____
                                                  Mark P. Ressler
                                              Attorneys for County of Marin

7  DATED: November 2, 2011

                                        BINGHAM McCUTCHEN LLP

                                        By: _____
                                              Robert A. Lewis
                                         Attorneys for Deloitte Consulting LLP

13  IT IS SO ORDERED

15  DATED: November 4, 2011

                                         _____
                                         The Hon. John F. Herlihy (Ret.)

STIPULATION AND ORDER RE APPOINTMENT OF REFEREE