**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COUNTY OF MARIN,

          Plaintiff,

  v.

DELOITTE CONSULTING LLP, et al.,

          Defendants.

No. C 11-00381 SI

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

      The Court HEREBY continues the further Case Management Conference currently set for Friday December 16, 2011 to Friday, January 27, 2011 at 3:00 p.m.  With respect to the issue regarding discovery on defendant Culver's possession of a drive containing County of Marin data, if the parties cannot agree on a resolution, they may utilize the procedure for submitting discovery disputes contained in the Court's Standing Order.

      **IT IS SO ORDERED.**

Dated: December 15, 2011

SUSAN ILLSTON
United States District Judge