BINGHAM MCCUTCHEN LLP
Donn P. Pickett (SBN 72257)
Robert A. Lewis (SBN 83630)
Geoffrey T. Holtz (SBN 191370)
David C. Beach (SBN 226972)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
Email: robert.lewis@bingham.com

DELOITTE LLP
Karen Kennard (SBN 141925)
555 Mission Street, Suite 1400
San Francisco, CA 94105-2230
Telephone: 415.783.4000

Attorneys for Defendant and Cross-Plaintiff
DELOITTE CONSULTING LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN, | No. 3:11-CIV-381-SI |
| Plaintiff, | JAMS Ref. No. 111004372 |
| v. | PROOF OF SERVICE |
| DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC. and ERNEST W. CULVER, | Complaint Filed: May 28, 2010 |
| Defendant. | |
| AND RELATED CROSS-ACTION | |

PROOF OF SERVICE

**PROOF OF SERVICE**

I am over eighteen years of age, not a party in this action, and employed in San Francisco County, California at Three Embarcadero Center, San Francisco, California 94111-4067. I am readily familiar with the practice of this office for collection and processing of correspondence for mail/fax/hand delivery/next business day delivery, and they are deposited that same day in the ordinary course of business.

   Today I served the attached:

   **NOTICE OF ENTRY OF ORDER (REFEREE ORDER NO.'S 2 AND 15)**

[X] (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

| |
|---|
| Matthew A. Taylor<br>Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA 19103<br><br>Michael Hanin<br>Kasowitz Benson Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019<br><br>Patrick J. Loftus<br>Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA 19103 |

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 31, 2012.

               /s/
               Linda F. Nelson