MATTHEW A. TAYLOR (*pro hac vice*)
PATRICK J. LOFTUS (*pro hac vice*)
STEPHEN H. SUTRO (SBN 172168)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail: shsutro@duanemorris.com
 mataylor@duanemorris.com
 loftus@duanemorris.com

Attorneys for Defendants
SAP AMERICA, INC. and SAP PUBLIC SERVICES, INC.

THOMAS B. MAYHEW (SBN 183539)
RICHARD ROBINSON (SBN 280529)
**FARELLA BRAUN + MARTEL LLP**
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: 415.954.4400
Facsimile: 415.954.4480
E-Mail: tmayhew@fbm.com

Attorneys for Defendant
ERNEST W. CULVER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN,<br><br>  Plaintiff,<br><br> vs.<br><br>DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC., and ERNEST W. CULVER,<br><br>  Defendants. | Case No.: 11-CV-00381-SI<br><br>**STATEMENT OF NON-OPPOSITION TO MOTION FOR REMAND**<br><br>Date: February 21, 2012<br>Time: 9:00 a.m.<br>Place: Courtroom 10, 19th Floor<br>Judge: The Honorable Susan Illston |

Defendants SAP Public Services, Inc. and SAP America, Inc. ("SAP") and Ernest Culver ("Culver") do not oppose Plaintiff County of Marin's ("Plaintiff's") Motion for Remand ("Motion"). In its Second Amended Complaint, filed the same time as this Motion on January 17, 2012, Plaintiff has not reasserted any federal cause of action, including those under RICO which were dismissed by this Court's Order on December 27, 2011.

In the event of a remand, Defendants understand that this Court will return the action to Marin County Superior Court. 28 U.S.C. § 1447(d) (discussing "order remanding a case to the State court *from which it was removed*" (emphasis added)); 14C Charles Alan Wright & Arthur R. Miller, FEDERAL PRACTICE & PROCEDURE § 3739 (4th ed. 2009) ("a remanded case must return to the state court from which it was removed. Federal district judges do not have the authority to 'transfer' cases by remanding them to different courts within the same state"); *Jedraszak v. Intromedix, Inc.*, No. 00-CV-7566, 2004 WL 1497559, at *3 (S.D.N.Y. July 2, 2004) ("[r]emand by a federal court to a state county court from which the case was not originally removed is impermissible"); *Petrofsky v. ARA Group, Inc.*, 878 F. Supp. 85, 86 (S.D. Tex. 1995) ("[a] case cannot be remanded to a court from which it did not come, regardless of how just or expedient that result might be").[1]

Venue in Marin County Superior Court is improper, however, and Defendants specifically reserve their right to and will move to transfer the venue of this action to a neutral county following the remand of this matter to Superior Court. California Code of Civil Procedure § 394(a); *MTS v. Superior Court,* 153 Cal.App.4th 293, 297 (2007) ("where an action brought by a county, municipality or local agency has been initiated in the county where the plaintiff agency is situated, a defendant who is not a resident of plaintiff's county may move to transfer the case to a neutral county"); *Anderson v. Superior Court*, 142 Cal.App.3d 112, 115 (1983)("[t]he change of venue to a neutral county provided for in section 394 is mandatory").

---

[1] *Bloom v. Barry*, 755 F.2d 356, 358 (3d Cir. 1985) ("'[r]emand' means 'send back.' It does not mean 'send elsewhere.' The only remand contemplated by the removal statute is remand 'to the State court from which it was removed'" (quoting 28 U.S.C. § 1447(d)); *In re Federal-Mogul Global, Inc.*, 282 B.R. 301, 317 (Bankr. D. Del. 2002) ("remand, by definition, must return the remanded matter to the court from which it was removed").

- 1 -                                                         Case No.: 11-CV-00381-SI
STATEMENT OF NON-OPPOSITION TO MOTION FOR REMAND
DM1\3083718.2

**DUANE MORRIS LLP**

Dated: January 31, 2012   By:   /s/
Stephen H. Sutro
**Attorneys for Defendants SAP America, Inc. and SAP Public Services, Inc.**

**FARELLA BRAUN & MARTEL LLP**

Dated: January 31, 2012   By:   /s/
Thomas B. Mayhew
**Attorneys for Defendant Ernest Culver**

Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

- 2 -   Case No.: 11-CV-00381-SI
STATEMENT OF NON-OPPOSITION TO MOTION FOR REMAND
DM1\3083718.2