IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN,<br><br>　　Plaintiffs,<br><br>　vs.<br><br>DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC., and ERNEST W. CULVER,<br><br>　　Defendants. | Case No.: 11-CV-00381-SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MOVE AGAINST, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT** |

WHEREAS the County of Marin filed the above-captioned action on December 16, 2010 in the Superior Court of the State of California in and for the County of Marin, as case number CIV1006574;

WHEREAS defendants removed this action to this Court on January 26, 2011;

WHEREAS, on December 27, 2011, the Court dismissed the County's RICO claims under 18 U.S.C. §§ 1962 and 1964;

WHEREAS, on January 17, 2012, the County filed its Second Amended Complaint but did not re-assert RICO claims or any new federal claims;

/ / /

WHEREAS, the County has moved for an order remanding the action to Marin County Superior Court; and

WHEREAS, Defendants SAP America, Inc. and SAP Public Services, Inc. ("SAP") and Ernest Culver ("Culver") will not oppose the County's Motion for Remand;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, as follows:

The time for SAP and Culver to move against, answer, or otherwise respond to the Second Amended Complaint is extended to and including ten days following the remand of this action to California Superior Court.

IT IS SO STIPULATED.

**DUANE MORRIS LLP**

Dated: January 31, 2012    By:    /s/
Stephen H. Sutro

**Attorneys for Defendants SAP America, Inc. and SAP Public Services, Inc.**

**FARELLA BRAUN & MARTEL LLP**

Dated: January 31, 2012    By:    /s/
Thomas B. Mayhew
**Attorneys for Defendant Ernest Culver**

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**

Dated: January 31, 2012    By:    /s/
Mark P. Ressler
**Attorneys for Plaintiff County of Marin**

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from stipulating defendants.

- 2 -
CASE NO.: 11-CV-00381-SI
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MOVE AGAINST, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT

DM1\3084870.1

1
2
3  **IT IS SO ORDERED.**
4
5  Dated: _____, 2012
6
7                                    _____
8                                    Susan Illston, United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -   CASE NO.: 11-CV-00381-SI
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MOVE AGAINST, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT

DM1\3084870.1