BINGHAM MCCUTCHEN LLP
Donn P. Pickett (SBN 72257)
Robert A. Lewis (SBN 83630)
Geoffrey T. Holtz (SBN 191370)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286
Email:  robert.lewis@bingham.com

DELOITTE LLP
Karen Kennard (SBN 141925)
555 Mission Street, Suite 1400
San Francisco, CA  94105-2230
Telephone: 415.783.4000

Attorneys for Defendant
DELOITTE CONSULTING LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN,<br><br>    Plaintiff,<br><br>    v.<br><br>DELOITTE CONSULTING LLP, SAP AMERICA, INC., SAP PUBLIC SERVICES, INC. and ERNEST W. CULVER,<br><br>    Defendants. | No. 3:11-CIV-381-SI<br><br>JOINDER IN NON-OPPOSITION TO MOTION TO REMAND<br><br>Date:   February 24, 2012<br>Time:  9:00 a.m.<br>Place:  Courtroom 10, 19th Floor<br>Judge: The Honorable Susan Illston |

1 | By the Court's orders of September 6, 2011 and November 3, 2011, the claims asserted by Plaintiff County of Marin against Defendant Deloitte Consulting LLP were referred to a Referee, The Honorable John F. Herlihy (Ret.), for all purposes pursuant to California Code of Civil Procedure Section 638(a) and Sections 17.14(a) & (b) of the Implementation Services Agreement between those parties, dated March 29, 2005.  Deloitte Consulting LLP hereby joins in the Statement of Non-Opposition to Motion to Remand filed by Defendants SAP Public Services, Inc., SAP America, Inc., and Ernest Culver.

DATED:  January 31, 2012              Bingham McCutchen LLP


                                      By:      /s/ *Geoffrey T. Holtz*
                                              Geoffrey T. Holtz
                                              Attorneys for Defendant
                                              Deloitte Consulting LLP

[PROPOSED] STIPULATED ORDER REMOVING CASE MANAGEMENT CONFERENCE FROM THE COURT CALENDAR