**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MARIN, | No. C 11-00381 SI |
| Plaintiff, | **ORDER GRANTING MOTION TO REMAND** |
| v. | |
| DELOITTE CONSULTING LLP, et al., | |
| Defendants. | |

Currently before the Court is plaintiff's motion to remand this action to Marin County Superior Court. Plaintiff moves to remand because the recently filed Second Amended Complaint omits the federal law cause of action that gave rise to this Court's removal jurisdiction. *See* Docket No. 125. Defendants filed statements of non-opposition, agreeing with plaintiff that this case should be remanded. Docket Nos. 132, 134. The Court GRANTS plaintiff's motion to remand, and vacates the February 24, 2012 hearing on this matter. This case shall be remanded back to Marin County Superior Court.

**IT IS SO ORDERED.**

Dated: February 6, 2012

SUSAN ILLSTON
United States District Judge