**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

February 7, 2012

Marin County Superior Court  
Marin Civic Center, Hall of Justice  
P.O. Box 4988  
San Rafael, CA 94903-4988

RE: CV 11-00381 SI    MARIN COUNTY OF-v-DELOITTE CONSULTING LLP  
     Your Case Number: (CIV 1006574)

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        (X)    Certified copies of docket entries

        (X)    Certified copies of Remand Order

        ()     Other

    Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,

        RICHARD W. WIEKING, Clerk

        /s/

        by:  Yumiko Saito  
        Case Systems Administrator

Enclosures  
Copies to counsel of record

NDC TR-5  Rev. 7/92  
o:\mrg\civil\remand.mrg